**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF NEBRASKA

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Dimensions in Senior Living, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  76-0771058

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 122 N McKenna Avenue<br>Gretna, NE 68028<br>*Number, Street, City, State & ZIP Code* | *P.O. Box, Number, Street, City, State & ZIP Code* |
| Sarpy<br>*County* | **Location of principal assets, if different from principal place of business**<br>*Number, Street, City, State & ZIP Code* |

**5. Debtor's website (URL)**  www.dimsrlvg.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor    **Dimensions in Senior Living, LLC**_____    Case number (*if known*)_____
Name

**7. Describe debtor's business**   A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Dimensions in Senior Living, LLC**_____ Case number (*if known*)_____
    Name

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No<br>■ Yes. |
|---|---|---|

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**          Relationship _____
District _____ When _____ Case number, if known _____

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | . | *Check one:* |
|---|---|---|---|

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**       page 3

11/21/22 3:32PM

Debtor **Dimensions in Senior Living, LLC** _____  Case number (*if known*) _____
    Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|---|---|---|---|
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Dimensions in Senior Living, LLC**                                                Case number (*if known*)
　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 21, 2022**
　　　　　　　　MM / DD / YYYY

X **/s/ Amy Wilcox-Burns**                                            **Amy Wilcox-Burns**
Signature of authorized representative of debtor                       Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

X **/s/ Patrick R. Turner**                                            Date **November 21, 2022**
Signature of attorney for debtor                                       MM / DD / YYYY

**Patrick R. Turner**
Printed name

**Turner Legal Group, LLC**
Firm name

**139 S. 144th Street**
**Omaha, NE 68010**
Number, Street, City, State & ZIP Code

Contact phone   **402-690-3675**         Email address   **pturner@turnerlegalomaha.com**

**23461 NE**
Bar number and State

Debtor **Dimensions in Senior Living, LLC** Case number (*if known*)
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF NEBRASKA

Case number (*if known*) _____ Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Humboldt Assisted Living, LLC** | | Relationship to you | **Affiliate** |
| District | **Nebraska** | When | Case number, if known | |
| Debtor | **Village Place, LLC** | | Relationship to you | **Affiliate** |
| District | **Nebraska** | When | Case number, if known | |
| Debtor | **Village Ridge, LLC** | | Relationship to you | **Affiliate** |
| District | **Nebraska** | When | Case number, if known | |
| Debtor | **WB Real Estate of IOLA, LLC** | | Relationship to you | **Affiliate** |
| District | **Nebraska** | When | Case number, if known | |
| Debtor | **Wilcox Properties of Columbia, LLC** | | Relationship to you | **Affiliate** |
| District | **Nebraska** | When | Case number, if known | |
| Debtor | **Wilcox Properties of Fort Calhoun, LLC** | | Relationship to you | **Affiliate** |
| District | **Nebraska** | When | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name       **Dimensions in Senior Living, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 21, 2022**        X **/s/ Amy Wilcox-Burns**
                                                                Signature of individual signing on behalf of debtor

**Amy Wilcox-Burns**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: **Dimensions in Senior Living, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEBRASKA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| All Copy Products<br>1635 W. 13th Ave<br>Denver, CO 80204 | | | | | | $818.27 |
| Ameritas<br>PO Box 38501<br>Birmingham, AL 35238-5017 | | | | | | $2,005.00 |
| Amy Wilcox-Burns<br>11825 S. 224th St<br>Gretna, NE 68028 | | | | | | $3,282.78 |
| Bank of America Business Card<br>PO Box 15796<br>Wilmington, DE 19886-5796 | | | | | | $22,705.76 |
| City of Gretna<br>204 N. McKenna Ave<br>Gretna, NE 68028 | | | | | | $228.40 |
| Cox Communications<br>PO Box 2380<br>Omaha, NE 68103-4667 | | | | | | $1,029.61 |
| Michael E. Wilcox-CPA<br>122 N McKenna Ave<br>Gretna, NE 68028 | | | | | | $5,875.00 |
| Muzak<br>P. O. Box 71070<br>Charlotte, NC 28272-1070 | | | | | | $297.90 |
| Nebraska Health Care Association<br>1200 Libra Dr., Suite 100<br>Lincoln, NE 68512 | | | | | | $225.00 |

Debtor **Dimensions in Senior Living, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **OPPD**<br>PO Box 3995<br>Omaha, NE 68103-0995 | | | | | | $554.25 |
| **Pitney Bowes Global Financial Services**<br>PO Box 981022<br>Boston, MA 02298-1022 | | | | | | $258.00 |
| **Pitney Bowes Purchase Power**<br>PO Box 981026<br>Boston, MA 02298-1026 | | | | | | $540.08 |
| **Sonya Carlson**<br>112 Wesgaye St.<br>Gretna, NE 68028 | | | | | | $300.00 |
| **Staples Business Credit**<br>PO Box 105638<br>Atlanta, GA 30348-5638 | | | | | | $596.54 |
| **Storage Mart#1401**<br>10921 Sapp Brothers Drive<br>Omaha, NE 68138 | | | | | | $1,133.00 |
| **T-Mobile**<br>PO Box 742596<br>Cincinnati, OH 45274-2596 | | | | | | $1,503.65 |
| **The Villages**<br>365 Marion Blvd<br>Marion, IA 52302 | | | | | | $74,504.88 |
| **Unum**<br>PO Box 406990<br>Atlanta, GA 30384-6990 | | | | | | $3,093.00 |
| **UPS**<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | | | | | | $443.60 |
| **WPS**<br>122 N. McKenna Ave<br>Gretna, NE 68028 | | | | | | $3,740.00 |

# United States Bankruptcy Court
### District of Nebraska

In re  **Dimensions in Senior Living, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Four KB, LLC**<br>**122 N. McKenna Avenue**<br>**Gretna, NE 68028** | | **40%** | **Membership Interests** |
| **WLBC, LLC**<br>**10330 Regency Pkwy Dr.**<br>**Suite 100**<br>**Omaha, NE 68114** | | **60%** | **Membership Units** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November 21, 2022**

Signature  **/s/ Amy Wilcox-Burns**
**Amy Wilcox-Burns**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Nebraska

In re: **Dimensions in Senior Living, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 21, 2022**

**/s/ Amy Wilcox-Burns**
**Amy Wilcox-Burns**/**Chief Restructuring Officer**
Signer/Title

```
All Copy Products
1635 W. 13th Ave
Denver, CO 80204


American National Bank
20635 Highway 370
Gretna, NE 68028


Ameritas
PO Box 38501
Birmingham, AL 35238-5017


Amy Wilcox-Burns
11825 S. 224th St
Gretna, NE 68028


Bank of America
Business Card
PO Box 15796
Wilmington, DE 19886-5796


Black Hills Energy
PO Box 6001
Rapid City, SD 57709-6001


Burns, Ryan E
11825 S. 224th St.
Gretna, NE 68028


City of Gretna
204 N. McKenna Ave
Gretna, NE 68028


Cox Communications
PO Box 2380
Omaha, NE 68103-4667


Fannie Mae
C/O Berkadia Commercial Mortgage, LLC
521 Fifth Avenue., 20th Flr.
New York, NY 10175


Hasting, Amy J
202 W 7th St
Louisville, NE 68037
```

Humboldt Assisted Living, LLC
615 E. Franklin
Humboldt, KS 66748


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


Jean Wilcox
14906 Dorcas Cir
Omaha, NE 68144


Michael E. Wilcox-CPA
122 N McKenna Ave
Gretna, NE 68028


Muzak
P. O. Box 71070
Charlotte, NC 28272-1070


Nebraska Attorney General Office
c/o Philip Carlson, Asst AG
2115 State Capital Building
Lincoln, NE 68509


Nebraska Department of Revenue
Bankruptcy Unit
P.O. Box 94818
Lincoln, NE 94818


Nebraska DHHS
301 Centennial Mall South
Lincoln, NE 68509


Nebraska Health Care Association
1200 Libra Dr., Suite 100
Lincoln, NE 68512


Office Depot
PO Box 660113
Dallas, TX 75266-0113

```
OPPD
PO Box 3995
Omaha, NE 68103-0995


Papillion Sanitation
A Waste Connections Company
PO Box 679859
Dallas, TX 75267-9859


Pitney Bowes Global Financial Services
PO Box 981022
Boston, MA 02298-1022


Pitney Bowes Inc
PO Box 981039
Boston, MA 02298-1039


Pitney Bowes Purchase Power
PO Box 981026
Boston, MA 02298-1026


Roberts, Tawnya J
1254 S 16th St
Blair, NE 68008


Sarpy County Treasurer
1102 E. 1st Street
Papillion, NE 68046


Sonya Carlson
112 Wesgaye St.
Gretna, NE 68028


Staples Business Credit
PO Box 105638
Atlanta, GA 30348-5638


Storage Mart#1401
10921 Sapp Brothers Drive
Omaha, NE 68138


T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596
```

```
The Villages
365 Marion Blvd
Marion, IA 52302


Tritz Plumbing, Inc
4718 S. 135th St.
Omaha, NE 68137


Unum
PO Box 406990
Atlanta, GA 30384-6990


Unum (Life  AD D)
PO Box 409548
Atlanta, GA 30384-9548


UPS
Lockbox 577
Carol Stream, IL 60132-0577


US Attorney's Office
1620 Dodge Street
Suite 1400
Omaha, NE 68102


Wilcox, Karryn D
21750 Erin Circle
Gretna, NE 68028


Wilcox-Burns, Amy L
11825 S. 224th St.
Gretna, NE 68028


WPS
122 N. McKenna Ave
Gretna, NE 68028
```

# United States Bankruptcy Court
## District of Nebraska

In re  **Dimensions in Senior Living, LLC**
Debtor(s)

Case No.
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Dimensions in Senior Living, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Four KB, LLC**
**122 N. McKenna Avenue**
**Gretna, NE 68028**

**WLBC, LLC**
**10330 Regency Pkwy Dr.**
**Suite 100**
**Omaha, NE 68114**

☐ None [*Check if applicable*]

**November 21, 2022**
Date

**/s/ Patrick R. Turner**
**Patrick R. Turner**
Signature of Attorney or Litigant
Counsel for  **Dimensions in Senior Living, LLC**
**Turner Legal Group, LLC**
**139 S. 144th Street**
**Omaha, NE 68010**
**402-690-3675**
**pturner@turnerlegalomaha.com**

# United States Bankruptcy Court
**District of Nebraska**

In re **Dimensions in Senior Living, LLC**

Debtor(s)

Case No.

Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Amy Wilcox-Burns**, declare under penalty of perjury that I am the **Chief Restructuring Officer** of **Dimensions in Senior Living, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 15th day of November, 20**22**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Amy Wilcox-Burns**, **Chief Restructuring Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Amy Wilcox-Burns**, **Chief Restructuring Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Amy Wilcox-Burns**, **Chief Restructuring Officer** of this Corporation is authorized and directed to employ **Patrick R. Turner**, attorney and the law firm of **Turner Legal Group, LLC** to represent the corporation in such bankruptcy case."

Date **November 15, 2022**

Signed **/s/ Amy Wilcox-Burns**
**Amy Wilcox-Burns**

Resolution of Board of Directors
of
**Dimensions in Senior Living, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Amy Wilcox-Burns**, **Chief Restructuring Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Amy Wilcox-Burns**, **Chief Restructuring Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Amy Wilcox-Burns**, **Chief Restructuring Officer** of this Corporation is authorized and directed to employ **Patrick R. Turner**, attorney and the law firm of **Turner Legal Group, LLC** to represent the corporation in such bankruptcy case.

Date  **November 15, 2022**                           Signed  **/s/ Amy Wilcox-Burns**
                                                              **Amy Wilcox-Burns**

Date  **November 15, 2022**                           Signed  **/s/ Amy Wilcox-Burns**
                                                              **Amy Wilcox-Burns**