# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In re Dimensions In Senior Living, LLC et al.,[1] | ) ) | Case No.  22-80860 |
| | ) | Chapter 11 |
| Debtors. | ) ) | |
| | ) | Joint Administered |

## SUPPORT DOCUMENT TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

The following notes regarding the Statement of Financial Affairs and Schedules (collectively the "Schedules") are fully incorporated into and made part of the Schedules. These notes comprise an integral part of the Schedules and should be referred to and considered in connection with any review of the Schedules.

The Schedules should not be deemed to represent financial statements and contain unaudited information. The Schedules reflect the Debtor's reasonable efforts to report known assets and liabilities. In preparing the Schedules, the Debtor relied upon information and advice obtained from books and records, members, third parties, and professionals. Though the Debtor has made reasonable efforts to ensure the accuracy of the Schedules, these efforts are ongoing and the Schedules remain subject to change or amendment (both material and immaterial) in the event the Debtor discovers inadvertent mistakes or omissions, conflicting information, or new information.

Nothing contained in the Schedules constitutes a waiver of any of the Debtor's rights with respect to this chapter 11 case, including, but not limited to, any rights or claims of the Debtor against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in these notes does not limit in any respect the general reservation of rights contained in this paragraph. Nothing contained in the Schedules is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtor, any assertion made therein or herein, or a waiver of the Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules, the Debtor nonetheless may have incorrectly characterized,

---

[1] Dimensions In Senior Living, LLC, Tax I.D.  No.  76-0771058, Village Ridge, LLC, Tax I.D.  No.  20-3042744, Village Place, LLC, Tax I.D.  No.  81-2042780, WB Real Estate Of Iola, LLC, Tax I.D.  No.  46-5548614, Humboldt Assisted Living LLC, Tax I.D.  No.  48-1221950, Wilcox Properties Of Columbia, LLC, Tax I.D.  No.  43-1934089, Wilcox Properties Of Fort Calhoun, LLC, Tax I.D.  No.  20-5822304.

classified, categorized, or designated certain items. The Debtor thus reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the at a later time as is necessary and appropriate.

Listing: (i) a claim on Schedule D as "secured,"; (ii) a claim on Schedule E/F as "priority" or "unsecured,"; (iii) a contract on Schedule G as "executory" or "unexpired"; or (iv) as a co-debtor on Schedule H does not constitute an admission by the Debtor of the legal rights of the claimant or contract counterparty, or a waiver of the Debtor's rights to recharacterize or reclassify such claim or contract.

Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its Schedule on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or by any of the Debtor.  The Debtor reserves all rights to amend its Schedules as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

The preparation of the Schedules required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

Despite reasonable efforts, the Debtor may not have identified and/or set forth all of its causes of action (filed or potential) against third parties as assets in its Schedules, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtor reserves all rights with respect to any causes of action, and nothing in these notes or the Schedules should be construed as a waiver of any such causes of action.

In the circumstance where the Schedules require information regarding "insiders" the Debtor has included information with respect to the individuals who the Debtor believes are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities.  The listing of a party as an insider for purposes of the Schedules is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtor, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtor, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

The Schedules have been signed by an authorized representative of the Debtor.  In reviewing and signing the Schedules, this representative relied upon information, advice, and documents obtained from books and records, board members, third parties, and professionals.  The authorized representative has signed the Schedules to the best of his or her knowledge with the understanding with the information contained in the Schedules is subject to change and ongoing review.

Respectfully submitted,

**Dimensions In Senior Living, LLC, Village Ridge, LLC, Village Place, LLC, WB Real Estate Of Iola, LLC, Humboldt Assisted Living LLC, Wilcox Properties Of Columbia, LLC, and Wilcox Properties Of Fort Calhoun, LLC, Debtors.**

By:     /s/ *Patrick R. Turner*
        TURNER LEGAL GROUP, LLC
        Patrick Turner (NE Bar No. 23461)
        139 S. 144th Street, Suite 665
        Omaha, Nebraska 68010
        Telephone: (402) 690-3675
        pturner@turnerlegalomaha.com

        Counsel for Debtors.

**Fill in this information to identify the case:**

Debtor name     **Village Ridge, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEBRASKA

Case number (if known)   **22-80863**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  4, 2023**          X **/s/ Amy Wilcox-Burns**
                                                        Signature of individual signing on behalf of debtor

                                                        **Amy Wilcox-Burns**
                                                        Printed name

                                                        **Chief Restructuring Officer**
                                                        Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: |
|---|
| Debtor name **Village Ridge, LLC** |
| United States Bankruptcy Court for the:  DISTRICT OF NEBRASKA |
| Case number (if known) **22-80863** |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **American National Bank Operating** | **Checking** | **7846** | $11.74 |
| 3.2. | **American National Bank Payroll** | **checking** | **7853** | $11.74 |
| 3.3. | **American National Bank Petty Cash** | **checking** | **7868** | $11.74 |
| 3.4. | **American National Bank** | **Money Market** | **1783** | $4,197.68 |
| 3.5. | **American National Bank Security Deposits** | **checking** | **5998** | $13,283.11 |
| 3.6. | **Farmers State Bank Operating** | **checking** | **8171** | $86,270.03 |

| Debtor | **Village Ridge, LLC** | | Case number *(If known)* | **22-80863** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 3.7. | **Farmers State Bank Payroll** | checking | 8189 | $17,173.64 |
| 3.8. | **Farmers State Bank Petty Cash** | Checking | 8197 | $521.80 |

**4.**     **Other cash equivalents** *(Identify all)*

**5.**     **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $121,481.48 |

### Part 2:     Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:     Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**     **Accounts receivable**

11a. 90 days old or less:     **5,299.50** -     **0.00** = ....     **$5,299.50**

        face amount         doubtful or uncollectible accounts

11b. Over 90 days old:     **0.00** -     **0.00** = ....     **$0.00**

        face amount         doubtful or uncollectible accounts

**12.**     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---|
| | $5,299.50 |

### Part 4:     Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:     Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**     **Raw materials** | | | | |
| **20.**     **Work in progress** | | | | |

Debtor    **Village Ridge, LLC**                                          Case number *(If known)*  **22-80863**
Name

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**
       **See Attachment to**
       **Schedule Item 39/41**                                      **Unknown**                                    **$0.00**

23.    **Total of Part 5.**                                                                           **$0.00**
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☐ No
       ■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**See Attachment** | **Unknown** | **Comparable sale** | **Unknown** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>**See Attachment** | **Unknown** | | **Unknown** |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**                                                                          **$0.00**
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No

| Debtor | **Village Ridge, LLC** | | Case number *(If known)* **22-80863** |
|---|---|---|---|
| | Name | | |

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **365 Marion Blvd Marion IA 52303 Appraisals have been ordred by the Bank and will be updated accordingly.** | Fee Simple | $0.00 | Appraisal 2018 | $10,010,000.00 |

56.    **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

   | $10,010,000.00 |
   |---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.    **Patents, copyrights, trademarks, and trade secrets**

Debtor   **Village Ridge, LLC**                                         Case number *(If known)*  **22-80863**
_____
Name

61.    **Internet domain names and websites**
       **www.marionvillages.com**                          $0.00                          Unknown

62.    **Licenses, franchises, and royalties**
       **IA Assisted Living**
       **Linn County Food Service**
       **CLIA**                                              $0.00                          Unknown

63.    **Customer lists, mailing lists, or other compilations**
       **Resident List**                                    $0.00                          Unknown

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                              | $0.00 |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                        **Current value of
                                                                        debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**
       **Counter and Setoff Claims against Champions
       Contractors.**                                                            Unknown
       Nature of claim        **Breach of Contract.**
       Amount requested                    $0.00

Debtor    **Village Ridge, LLC**                                                      Case number *(If known)*    **22-80863**
_____Name_____

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Insurance Proceeds held by Berkadia.** | **$180,000.00** |

| 78. | **Total of Part 11.** | **$180,000.00** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Debtor | **Village Ridge, LLC** | Case number *(If known)* | **22-80863** |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $121,481.48 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,299.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $10,010,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $180,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $306,780.98 | + 91b. $10,010,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $10,316,780.98 |

# Village Ridge
## A/R Aging Summary
### As of November 30, 2022

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **Village Ridge Resident 15** | 800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| **Village Ridge Resident 24** | 750.00 | 0.00 | 0.00 | 0.00 | 3,169.50 | 3,919.50 |
| **Village Ridge Resident 30** | 1,330.00 | 0.00 | 0.00 | 0.00 | -750.00 | 580.00 |
| **TOTAL** | 2,880.00 | 0.00 | 0.00 | 0.00 | 2,419.50 | 5,299.50 |

Attachment to Schedule B Item 11

| Quantity | Inventory Item | Value | |
|---|---|---|---|
| | Gas Stove with Griddle | $ | 6,000.00 |
| 2 | One door reach in refrigerator | $ | 3,500.00 |
| 2 | Stainless steel stand | $ | 1,000.00 |
| 1 | Fryer | $ | 1,000.00 |
| | Two door convection oven | $ | 3,000.00 |
| 1 | Steam table | $ | 5,000.00 |
| 3 | Stainless steel table | $ | 3,000.00 |
| 3 | Stainless steel cart | $ | 600.00 |
| | Dish machine with returns | $ | 5,000.00 |
| | Bakers Cart | $ | 1,000.00 |
| | Ice Machine | $ | 3,500.00 |
| | 3 compartment sink | $ | 2,500.00 |
| | Stainless steel table with double sink | $ | 1,600.00 |
| | Food warmer | $ | 900.00 |
| | Food processeor | $ | 300.00 |
| | Floor stand mixer | $ | 1,500.00 |
| 7 | Stainless Steel Shelves | $ | 2,100.00 |
| 2 | Can Rack | $ | 1,500.00 |
| | Walk in Freezer | $ | 10,000.00 |
| | Walk in Cooler | $ | 10,000.00 |
| | Food inventory | $ | 5,000.00 |
| | Kitchen paper, disposable goods | $ | 2,000.00 |
| | Dishware, silverware, glasses | $ | 7,000.00 |
| | Pots, pans, food storage, utensils | $ | 7,500.00 |
| | Linens | $ | 1,500.00 |
| | 6 foot folding table | $ | 150.00 |
| | Popcorn machine | $ | 350.00 |
| | Dining Tables | $ | 10,000.00 |
| | Dining Chairs | $ | 20,000.00 |
| | Upright piano | $ | 2,000.00 |
| | Exercise and therapy equipment | $ | 3,000.00 |
| | Common area furniture | $ | 75,000.00 |
| | Wooden Bird Aviary | $ | 3,500.00 |
| 4 | Television | $ | 5,000.00 |
| | Respite furniture | $ | 5,000.00 |
| | Outdoor furniture | $ | 7,000.00 |
| | Medical supplies | $ | 3,500.00 |
| | Nursing equipment | $ | 3,000.00 |
| | Housekeeping equipment | $ | 5,000.00 |
| | Housekeeping supplies | $ | 1,000.00 |
| 8 | Washers | $ | 4,800.00 |
| 8 | Dryers | $ | 4,800.00 |
| | Maintenance equipment | $ | 5,000.00 |
| | Call System | $ | 25,000.00 |
| | Phone System | $ | 10,000.00 |
| 8 | Computers | $ | 8,000.00 |

Attachment to Schedule B Item 39/41

|    | Item | | |
|----|------|---|---|
|    | Computer equipment | $ | 5,000.00 |
|    | Activity supplies | $ | 2,000.00 |
|    | Holiday decorations | $ | 3,500.00 |
|    | Office supplies | $ | 1,000.00 |
| 10 | Desks | $ | 5,000.00 |
| 10 | Chairs | $ | 3,000.00 |
|    | File Cabinets | $ | 2,000.00 |
|    | Storage Shelves | $ | 2,500.00 |
| 47 | Refrigertors | $ | 47,000.00 |
| 42 | Microwaves | $ | 12,600.00 |
|    | Breakroom Furniture | $ | 3,500.00 |
|    | Beauty Salon | $ | 5,000.00 |
|    |  |  |  |
|    |  | $ | 379,200.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Village Ridge, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEBRASKA |
| Case number (if known) | **22-80863** |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Champion Contractors & Services**<br>Creditor's Name<br><br>**2300 Greenhill Dr.**<br>**Suite 600**<br>**Round Rock, TX 78664**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**365 Marion Blvd,**<br>**Marion IA 52303**<br><br><br>**Describe the lien**<br>**Judgment Lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$181,067.80** | **Unknown** |
| **2.2** **Fannie Mae**<br>Creditor's Name<br><br>**C/O Berkadia Commercial Mortgage, LLC**<br>**521 Fifth Avenue. 20th Flr.**<br>**New York, NY 10175**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2018**<br>**Last 4 digits of account number**<br>**0761** | **Describe debtor's property that is subject to a lien**<br>**365 Marion Blvd,**<br>**Marion IA 52303**<br><br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$5,012,209.00** | **$10,010,000.00** |

| Debtor | **Village Ridge, LLC** | Case number (if known) | **22-80863** |
|---|---|---|---|
| | Name | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  | **$5,193,276.80** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name __**Village Ridge, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF NEBRASKA__

Case number (if known) __22-80863__

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Altdorfer, Dana N**<br>**235 Partridge Ave**<br>**Marion, IA 52302** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Trade Debt** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Bailey, Chantal M**<br>**1740 Cherokee Dr**<br>**Marion, IA 52302** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Trade Debt** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Village Ridge, LLC** | | Case number (if known) | **22-80863** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | |
|---|---|
| **Bell, Ashlee A** | *Check all that apply.* |
| **8050 Jandel Ct** | ☐ Contingent |
| **Toddville, IA 52341** | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| | **Trade Debt** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | |
|---|---|
| **Clabough, Marina S** | *Check all that apply.* |
| **1545 Hillview Dr** | ☐ Contingent |
| **Marion, IA 52302** | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| | **Trade Debt** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | |
|---|---|
| **Cratton, Carrie J** | *Check all that apply.* |
| **640 Bentley Dr Unit 25** | ☐ Contingent |
| **Marion, IA 52302** | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| | **Trade Debt** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | |
|---|---|
| **Deemer, Chanda L** | *Check all that apply.* |
| **1155 11th St** | ☐ Contingent |
| **Marion, IA 52302** | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| | **Trade Debt** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Village Ridge, LLC** | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | **22-80863** |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Dennis, Tawa**
**127 Southview Dr**
**Marion, IA 52302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Drey, Amanda K**
**518 3rd Ave SW**
**Mount Vernon, IA 52314**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ealy, Amy L**
**2550 Hunter's Ridge Road**
**Marion, IA 52302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Ellingson, Dale W**
**3957 Central City Rd**
**Center Point, IA 52213**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Village Ridge, LLC** | | Case number (if known) | **22-80863** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Glandon, Kelsey M**
**4931 Tama St #4**
**Marion, IA 52302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Trade Debt** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Gott, Jody M**
**857 19th St SE**
**Cedar Rapids, IA 52403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Trade Debt** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hanson, Scott A**
**1738 Mt Vernon Rd SE**
**Cedar Rapids, IA 52403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Trade Debt** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Harper, Patricia A**
**1055 Shae Dr**
**Palo, IA 52324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Trade Debt** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Village Ridge, LLC** | Case number (if known) | **22-80863** |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Henry, Jennifer M**
**250 N Elm St**
**Monticello, IA 52310**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Herman, Andrew J**
**272 10th Avenue**
**Marion, IA 52302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Hilbert, Rebekah M**
**1150 Longview Drive**
**Marion, IA 52302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2022**

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **Village Ridge, LLC** | Case number (if known) | **22-80863** |
|---|---|---|---|
| | Name | | |

---

**2.19** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Iowa AG**
**Hoover Building**
**1305 E Walnut Street**
**Des Moines, IA 50319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.20** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Iowa DHHS**
**321 E. 12th Street**
**Des Moines, IA 50319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.21** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Iowa DOR**
**1305 E Walnut Street**
**Fourth Floor, 0107**
**Des Moines, IA 50319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.22** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Knight, Kimberly K**
**1503 Dare NE**
**Cedar Rapids, IA 52402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Village Ridge, LLC** | Case number (if known) | **22-80863** |
|---|---|---|---|
| | Name | | |

---

**2.23** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Leander, Joshua R**
**329 Neta Dr**
**Marion, IA 52302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.24** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Lewis, Shantana S**
**PO Box 481**
**Walford, IA 52351**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.25** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Marion County Treasurer**
**214 E Main Street, #2**
**Knoxville, IA 50138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**2.26** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Martin, Jordan L**
**79 Main Ave**
**Atkins, IA 52206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Village Ridge, LLC** | Case number (if known) | **22-80863** |
|---|---|---|---|
| | Name | | |

---

**2.27**

Priority creditor's name and mailing address

**Martinez, Amy M**
**3045 4th Ave**
**Marion, IA 52302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.28**

Priority creditor's name and mailing address

**May, Hannah E**
**370 Crandall Dr NE**
**Cedar Rapids, IA 52402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.29**

Priority creditor's name and mailing address

**McClinton, Tatiana**
**5240 16th Ave SW**
**Cedar Rapids, IA 52404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.30**

Priority creditor's name and mailing address

**Morgan, Lolita A**
**1423 Wildwood Dr NE**
**Cedar Rapids, IA 52402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Village Ridge, LLC** | | | Case number (if known) | **22-80863** |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mukuna, Edward W**
**190 Ridge Drive #3**
**Marion, IA 52302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Mummelthie, Randi**
**806 36th St SE**
**Cedar Rapids, IA 52403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Niemeier, Diana L**
**2246 Chandler St. SW**
**Cedar Rapids, IA 52404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Pearson, Amber L**
**804 N Williams St**
**Anamosa, IA 52205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Village Ridge, LLC** | Case number (if known) | **22-80863** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Schminkey, Angela L**
**1833 B Ave NE Apt A**
**Cedar Rapids, IA 52402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shelton, Steven**
**2407 Franklin Ave**
**Cedar Rapids, IA 52402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Shrope, Robin J**
**267 Lortz Dr**
**Marion, IA 52302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tapken, Angela M**
**903 E 2nd St #1**
**Anamosa, IA 52205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Village Ridge, LLC** | | Case number (if known) | **22-80863** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Thomas, Tammy L**
**1055 4th St**
**Marion, IA 52302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Trade Debt** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tippey, Sabrina**
**422 23rd St NW**
**Cedar Rapids, IA 52405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Trade Debt** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tipton, Joy E**
**266 Lortz Dr**
**Marion, IA 52302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Trade Debt** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Tonn, Jessica L**
**2246 Chandler St SW**
**Cedar Rapids, IA 52404**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Trade Debt** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Village Ridge, LLC** | | Case number (if known) | **22-80863** |
|---|---|---|---|---|
| | Name | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Vincent, Theresa E**
**94 Simpson St SW**
**Cedar Rapids, IA 52404**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**White-Mohseni, Laura**
**2130 24th St**
**Marion, IA 52302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Wiens, Gary L**
**408 B Avenue NE**
**Mount Vernon, IA 52314**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Wiens, Susan L**
**408 B Avenue NE**
**Mount Vernon, IA 52314**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Village Ridge, LLC** | | Case number (if known) | **22-80863** |
|---|---|---|---|---|
| | Name | | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Wright, Corey J
1877 Hunters Creek Way
Marion, IA 52302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Yoders, Raven R
1160 Elm St
Marion, IA 52302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Trade Debt**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | **$5,498.82** |

**A Place For Mom
Po Box 913241
Denver, CO 80291**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | **$7,163.23** |
|---|---|---|

**Alliant Energy
PO Box 3060
Cedar Rapids, IA 52406-3060**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | **$4,319.00** |
|---|---|---|

**Allied Glass
PO Box 1166
Cedar Rapids, IA 52406**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Village Ridge, LLC** | Case number (if known) | **22-80863** |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address

**ALTUS GTS TRUST**
**2400 Veterans Memorial Blvd, Suite 300**
**Kenner, LA 70062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,601.93**

---

**3.5** | Nonpriority creditor's name and mailing address

**Batteries & Bulbs**
**266 Blairs Ferry Roadm NE**
**Cedar Rapids, IA 52402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$372.75**

---

**3.6** | Nonpriority creditor's name and mailing address

**Blackhawk Automatic Sprinklers**
**PO Box 998**
**Cedar Falls, IA 50613**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,184.90**

---

**3.7** | Nonpriority creditor's name and mailing address

**Bling It On!**
**122 N McKenna Ave**
**Gretna, NE 68028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,148.72**

---

**3.8** | Nonpriority creditor's name and mailing address

**Ciscor**
**2570 W int'l Speedway Blvd**
**Suite 200**
**Daytona Beach, FL 32114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,304.80**

---

**3.9** | Nonpriority creditor's name and mailing address

**City of Marion**
**1225 6th Ave Suite 170**
**Marion, IA 52302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.10** | Nonpriority creditor's name and mailing address

**CLIA Laboratory Program**
**P.O. Box 530882**
**Atlanta, GA 30353-0882**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$360.00**

---

| Debtor | **Village Ridge, LLC** | | Case number (if known) | **22-80863** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $133.75 |
|---|---|---|---|

**Colony Heating and Air Conditioning**
2224 16th Ave SW
Cedar Rapids, IA 52404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,272.34 |
|---|---|---|---|

**Community Pharmacy**
PO Box 524
Gretna, NE 68028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $864.92 |
|---|---|---|---|

**Direct Supply Equipment**
Box 88201
Milwaukee, WI 53288-0201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,985.34 |
|---|---|---|---|

**Emerson Specialty Hardware & Locksmithin**
415 3rd Ave SW
Cedar Rapids, IA 52302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,400.00 |
|---|---|---|---|

**Empowered Connections**
47 Julia Ann Dr NW
Cedar Rapids, IA 52405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,432.94 |
|---|---|---|---|

**Gazette Communications**
PO Box 1862
Cedar Rapids, IA 52406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,403.50 |
|---|---|---|---|

**Goodwin Tucker**
PO Box 3285
Des Moines, IA 50316-0285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Village Ridge, LLC** | | Case number (if known) | **22-80863** |
|---|---|---|---|---|
| | Name | | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$922.10** |
|---|---|---|---|

**Greg's Lawn & Landscaping**
**1200 Continental Place NE**
**Cedar Rapids, IA 52402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$112.35** |
|---|---|---|---|

**Hitech / Price Industrial Electric**
**405 N Troy Rd**
**Robins, IA 52328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$405.00** |
|---|---|---|---|

**Iowa Division of Labor Services**
**150 Des Moines St**
**Des Moines, IA 50309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,723.74** |
|---|---|---|---|

**Iowa Health Care Association**
**1775 90th St**
**West Des Moines, IA 50266-1563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$144.00** |
|---|---|---|---|

**Iowa Physicians Clinic Medical**
**PO Box 1455**
**Des Moines, IA 50306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**JDC Solutions**
**PO Box 896**
**Gretna, NE 68028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,215.21** |
|---|---|---|---|

**Johnson Ctrls Fire Prot (SimplexGrinnell**
**Dept. CH 10320**
**Palatine, IL 60055-0320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Village Ridge, LLC** | | Case number (if known) | **22-80863** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,567.25 |
|---|---|---|---|

**JP Plumbing & Heating, Inc**
**895 7th Ave**
**Marion, IA 52302**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,683.75 |
|---|---|---|---|

**Konica Minolta Premier Finance**
**Po Box 51043**
**Los Angeles, CA 90051-5343**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269.64 |
|---|---|---|---|

**Lampe Appliance Service, Inc**
**210 29th Street NE**
**Cedar Rapids, IA 52402**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.57 |
|---|---|---|---|

**Leading Edge**
**4303 South 90th St.**
**Omaha, NE 68127**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178.35 |
|---|---|---|---|

**linn Coop**
**Car Care Center**
**375 35th St**
**Marion, IA 52302**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,787.68 |
|---|---|---|---|

**Martin Bros. Distributing Co. Inc.**
**c/o Gerry Church**
**406 Viking Road**
**Cedar Falls, IA 50613-0010**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,442.14 |
|---|---|---|---|

**Mediacom**
**6300 Council St. NE**
**Cedar Rapids, IA 52402**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Village Ridge, LLC** | | Case number (*if known*) | **22-80863** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,996.73** |
|---|---|---|---|

**Menards Comm Cap One Trade
Capital One Trade Credit
Po Box 60506
City of Industry, CA 91716-0506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Michael E Wilcox
122 N McKenna Ave
Gretna, NE 68028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,747.77** |
|---|---|---|---|

**MidAmerican Energy
PO Box 8020
Davenport, IA 52808-8020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$133.92** |
|---|---|---|---|

**Motion Picture Licensing Corporation
PO Box 80144
City of Industry, CA 91716-8144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,264.57** |
|---|---|---|---|

**Nationwide
PO Box 10479
Des Moines, IA 50306-0479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,599.10** |
|---|---|---|---|

**NCMIC Finance Corp
PO Box 9118
Des Moines, IA 50306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$790.37** |
|---|---|---|---|

**Office Express
207 2nd Ave. SW
Cedar Rapids, IA 52404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Village Ridge, LLC** | Case number (if known) | **22-80863** |
|---|---|---|---|
| | Name | | |

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,747.00**

**Otis Elevator**
**P. O. Box 73579**
**Chicago, IL 60673-7579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$272.59**

**PlumbMaster**
**PO Box 117187**
**Atlanta, GA 30368-7187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$196.76**

**Plunkett's**
**40 NE 52nd Way**
**Fridley, MN 55421-1014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$505.47**

**Republic Services**
**PO Box 9001154**
**Louiseville, KY 40290-1154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,746.00**

**Residex / tenX Systems, LLC**
**PO Box 368**
**Circle Pines, MN 55014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,364.70**

**Roto-Rooter**
**852 - 44th Street S.E.**
**Cedar Rapids, IA 52403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$269.42**

**Save our Sink**
**8601 Blair Ferry Rd**
**Cedar Rapids, IA 52411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Village Ridge, LLC** | | Case number (if known) | **22-80863** |
|---|---|---|---|---|
| | Name | | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,553.04** |
|---|---|---|---|
| | **Sherwin-Williams Co.**<br>**140 Collins Rd NE**<br>**Cedar Rapids, IA 52402-3229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade Debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$649.00** |
|---|---|---|---|
| | **St Luke's Work Well Solutions**<br>**830-1st Ave NE PO Box 3026**<br>**Cedar Rapids, IA 52406-3026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade Debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,768.67** |
|---|---|---|---|
| | **Staples**<br>**Po Box 105638**<br>**Atlanta, GA 30348-5638** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade Debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$184.56** |
|---|---|---|---|
| | **Star Food Equipment**<br>**6201 S Gateway Dr**<br>**Marion, IA 52302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade Debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,215.20** |
|---|---|---|---|
| | **Stericycle**<br>**PO Box 6575**<br>**Carol Stream, IL 60197-6575** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade Debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$520.00** |
|---|---|---|---|
| | **Streff Electric, Inc**<br>**751 Center Point Road NE**<br>**Cedar Rapids, IA 52402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade Debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$788.00** |
|---|---|---|---|
| | **T D Builders**<br>**3129 Deerfield Dr. NE**<br>**Swisher, IA 52338** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade Debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Village Ridge, LLC** | Case number *(if known)* | **22-80863** |
|---|---|---|---|
| | Name | | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Village Ridge Resident 1**
**3122 Tama St SE**
**Cedar Rapids, IA 52403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Village Ridge Resident 10**
**1327 Petrus Dr**
**Cedar Rapids, IA 52402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Village Ridge Resident 11**
**365 Marion Blvd #224**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Village Ridge Resident 12**
**1017 Orrian Dr SE**
**Cedar Rapids, IA 52403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Village Ridge Resident 13**
**202 20th St NE**
**Cedar Rapids, IA 52402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Village Ridge Resident 14**
**365 Marion Blvd #201**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Village Ridge Resident 15**
**1190 4th St**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Village Ridge, LLC** | Case number (if known) | **22-80863** |
|---|---|---|---|
| | Name | | |

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Village Ridge Resident 16**
**2290 Rosewood Ridge Court**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Village Ridge Resident 17**
**777 Grove St**
**Central City, IA 52214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Village Ridge Resident 18**
**418 6th Ave Ste 1101**
**Des Moines, IA 50309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Village Ridge Resident 19**
**525 Knollwood Dr SE**
**Cedar Rapids, IA 52403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Village Ridge Resident 2**
**P.O. Box 233**
**Walker, IA 52352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Village Ridge Resident 20**
**514 Green Valley Ter. SE**
**Cedar Rapids, IA 52403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Village Ridge Resident 21**
**1975 Brown Deer Tr.**
**Coralville, IA 52241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Village Ridge, LLC** | Case number (*if known*) | **22-80863** |
|---|---|---|---|
| | Name | | |

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Village Ridge Resident 22**
**345 Marion Blvd #101**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Village Ridge Resident 23**
**570 Phanton Woods Rd #4**
**Mukwonago, WI 53149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Village Ridge Resident 24**
**305 Larick Dr**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Village Ridge Resident 25**
**140 N Mentzer Rd**
**Robinms, IA 52328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Village Ridge Resident 26**
**PO Box 5787**
**Coralville, IA 52241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Village Ridge Resident 27**
**2590 Hillview Dr**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Village Ridge Resident 28**
**1412 Goldfinch Ct NE**
**Swisher, IA 52338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Village Ridge, LLC** | | Case number *(if known)* | **22-80863** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Village Ridge Resident 29**
**365 Marion Blvd #111**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Village Ridge Resident 3**
**3490 Willowridge Rd Unit D**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Village Ridge Resident 30**
**PO Box 134**
**Blairstown, IA 52209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Village Ridge Resident 31**
**3550 Stone Creek Circle SW Unit 201**
**Cedar Rapids, IA 52404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Village Ridge Resident 32**
**365 Marion Blvd MC#17**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Village Ridge Resident 33**
**2108 Larry Drive NE**
**Cedar Rapids, IA 52402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Village Ridge Resident 34**
**6842 Spear Point Ct**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Village Ridge, LLC** | | Case number (if known) | **22-80863** |
|---|---|---|---|---|
| | Name | | | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Village Ridge Resident 35**<br>**365 Marion Blvd #209**<br>**Marion, IA 52302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Village Ridge Resident 36**<br>**707 43rd St NE**<br>**Cedar Rapids, IA 52402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Village Ridge Resident 37**<br>**728 Raleigh Ln**<br>**Marion, IA 52302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Village Ridge Resident 38**<br>**2585 Lansing Drive**<br>**Marion, IA 52302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Village Ridge Resident 39**<br>**365 MArion Blvd #110**<br>**Marion, IA 52302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Village Ridge Resident 4**<br>**345 Marion Blvd #104**<br>**Marion, IA 52302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Village Ridge Resident 40**<br>**c/o Scott Owen**<br>**2300E Ave NE**<br>**Cedar Rapids, IA 52402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Village Ridge, LLC** | Case number (if known) | **22-80863** |
|---|---|---|---|
| | Name | | |

---

**3.88**

**Nonpriority creditor's name and mailing address**

**Village Ridge Resident 41**
**365 Marion Blvd #103**
**Marion, IA 52302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.89**

**Nonpriority creditor's name and mailing address**

**Village Ridge Resident 42**
**5724 Hwy 1**
**Martelle, IA 52305**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.90**

**Nonpriority creditor's name and mailing address**

**Village Ridge Resident 43**
**7721 Burr Ridge Dr NE**
**Cedar Rapids, IA 52402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.91**

**Nonpriority creditor's name and mailing address**

**Village Ridge Resident 44**
**3245 English Cove Lane**
**Marion, IA 52302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.92**

**Nonpriority creditor's name and mailing address**

**Village Ridge Resident 45**
**Attn:Todd Larson**
**Moline, IL 61265**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.93**

**Nonpriority creditor's name and mailing address**

**Village Ridge Resident 46**
**680 Oak Park Circle**
**Marion, IA 52302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.94**

**Nonpriority creditor's name and mailing address**

**Village Ridge Resident 47**
**365 Marion Blvd #202**
**Marion, IA 52302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Village Ridge, LLC** | Case number (*if known*) | **22-80863** |
|---|---|---|---|
| | Name | | |

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Village Ridge Resident 48**
**1240 McGowan Blvd**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Village Ridge Resident 49**
**2882 Stone Rd**
**Springville, IA 52336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Village Ridge Resident 5**
**708 4th Ave**
**Coggon, IA 52218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Village Ridge Resident 50**
**5302 Bent Tree Ct NE**
**Cedar Rapids, IA 52411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Village Ridge Resident 51**
**317 E Terrace Dr**
**Center Point, IA 52213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Village Ridge Resident 52**
**365 Marion Blvd. #203**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Village Ridge Resident 53**
**365 Marion Blvd #215**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Village Ridge, LLC** | Case number *(if known)* | **22-80863** |
| | Name | | |

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Village Ridge Resident 54**
**701 Rose Ave**
**Des Moines, IA 50315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Village Ridge Resident 55**
**267 Lortz Dr**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Village Ridge Resident 56**
**4390 Flagstick Dr**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Village Ridge Resident 57**
**365 Marion Blvd #206**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Village Ridge Resident 58**
**65 Bunker Hill Dr**
**Lisbon, IA 52253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Village Ridge Resident 59**
**1345 Starry Dr**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Village Ridge Resident 6**
**555 Penn Ridge Pl**
**North Liberty, IA 52317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Village Ridge, LLC** | Case number (*if known*) | **22-80863** |
|---|---|---|---|
| | Name | | |

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Village Ridge Resident 60**
**365 Marion Blvd #213**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Village Ridge Resident 61**
**1226 34th St NE**
**Cedar Rapids, IA 52402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Village Ridge Resident 62**
**3125 Shasta Ct. NE**
**Cedar Rapids, IA 52402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Village Ridge Resident 63**
**1240 E Ave**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Village Ridge Resident 7**
**3025 Hollenbeck Rd**
**Palo, IA 52324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Village Ridge Resident 8**
**6445 S. Maple Avenue #1036**
**Tempe, AZ 85283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Village Ridge Resident 9**
**365 Marion Blvd #108**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Village Ridge, LLC** | | Case number (if known) | **22-80863** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,800.00** |
|---|---|---|---|

**WB Leasing, LLC**
**122 N McKenna Ave**
**Gretna, NE 68028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,409.73** |
|---|---|---|---|

**Wells Fargo Vendor Financial Services, L**
**Po Box 030310**
**Los Angeles, CA 90030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,478.40** |
|---|---|---|---|

**West Bend Mutual Ins Co**
**Bin 432**
**Milwaukee, WI 53288-0432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,680.00** |
|---|---|---|---|

**Wilcox Professional Services**
**122 N McKenna Ave**
**Gretna, NE 68028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$141.09** |
|---|---|---|---|

**Xtream**
**Po Box 5744**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 260,431.81 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 260,431.81 |

**Fill in this information to identify the case:**

Debtor name   **Village Ridge, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEBRASKA

Case number (if known)   **22-80863**

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest   **Management Agreement** | |
| State the term remaining | **Dimensions in Senior Living LLC** |
| List the contract number of any government contract | **122 N McKenna Ave** **Fort Calhoun, NE 68023** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest   **Copier Machine Lease and Maintance Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Konica Minolta Business Solutions** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest   **Biohazardous Waste Disposal** | |
| State the term remaining | **Stericycle** |
| List the contract number of any government contract | **PO Box 6575** **Carol Stream, IL 60197-6575** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest   **2014 Ford E 450 14 passenger bus with 2 wheel chairs** | |
| State the term remaining | |
| List the contract number of any government contract | **WB Leasing LLC** |

1/04/23  9:00AM

| Debtor 1 | **Village Ridge, LLC** | | Case number (*if known*) | **22-80863** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **2018 Ford Taurus SEL AWD 4 DR** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **WB Leasing LLC** |

**Fill in this information to identify the case:**

Debtor name      **Village Ridge, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)   **22-80863**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Amy Wilcox-Burns** | | **Fannie Mae** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Jean Wilcox** | | **Fannie Mae** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **Michael E. Wilcox** | | **Fannie Mae** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.4  **Ryan Burns** | | **Fannie Mae** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Village Ridge, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEBRASKA

Case number (if known)  **22-80863**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**  **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,752,457.40** |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$2,710,327.00** |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$3,023,123.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **Village Ridge, LLC** | | Case number (if known) | **22-80863** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **See Attached** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **The attachment may include payments made in the ordinary course of business** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **See Attached** | | $0.00 | **the attached may include payments made in the ordinary course of business and outside the time frame** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Champion Contractor and Services Commerial LLC v. Dimensions, Valley Ridge LLC, et al.**<br>**LACV009015** | **Breach of Contract and Collections.** | **Linn County District Court Cedar Rapids, IA 52401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Village Ridge, LLC**                                                                 Case number *(if known)*  **22-80863**

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. | **Johnson Controls Fire Protection v. Village Ridge of Marion** | collections | **Iowa District Court Linn County Iowa** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Susan Pierce v. Villag Ridge LLC CP-02-22-77913/26A-2022-003 75** | **Employment/Wag es** | **Iowa Civil Rights Commission State Building 400 E 14th St Des Moines, IA 50319** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Champion Contractor and Services Commerial LLC v. Dimensions, Valley Ridge LLC, et al. CI 22-1249** | Collections. | **Sarpy County District Court Papillion, NE 68046** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Damages to Facility on 4/7/2020 and  8/10/2020 (This is outside the time frame,  but payments were onging as well as issues with the contractor's lawsuit)** | **This is still being determined.** | **4/7/2020 and 8/10/2020** | **Unknown** |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Village Ridge, LLC**

Case number *(if known)*  **22-80863**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Turner Legal Group** | | **11/7/2022** | **$0.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Village Place LLC** | | | |
| 11.2. | **Erickson & Sederstrom 10330 Regency Parkway Dr., #100 Omaha, NE 68114** | | **11-7-2022** | **$0.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | **Village Ridge, LLC** | Case number *(if known)* | **22-80863** |

---

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Debtor | **Village Ridge, LLC** | Case number *(if known)* | **22-80863** |

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Michael E Wilcox CPS** **122 N McKenna Ave** **Gretna, NE 68028** | **to present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

1/04/23  9:00AM

| Debtor | **Village Ridge, LLC** | | Case number *(if known)* | **22-80863** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Jean Wilcox | 122 N McKenna Ave Gretna, NE 68023 | Managing Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Amy Wilcox-Burns | 122 N McKenna Ave Gretna, NE 68023 | Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Ryan Burns | 122 N McKenna Ave Fort Calhoun, NE 68023 | Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Michael E Wilcox | 122 N McKenna Ave Gretna, NE 68028 | Member | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

Debtor    **Village Ridge, LLC**                                    Case number *(if known)*  **22-80863**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  4, 2023**

**/s/ Amy Wilcox-Burns**                                    **Amy Wilcox-Burns**
Signature of individual signing on behalf of the debtor                Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

# Village Ridge

Register: 1003 · Operating-Farmers St. Bank

12/27/2022 4:33 PM

From 08/24/2022 through 11/22/2022

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 08/24/2022 | | Farmers St. Bank | ADMINISTRATIVE EXPENS... | overdraft | 29.00 | X | | 72,681.88 |
| 08/24/2022 | | | 1007 · Petty Cash-Farmers St. ... | Funds Transfer | 380.00 | X | | 72,301.88 |
| 08/25/2022 | | Misc | INCOME:6995 · Miscellaneous... | deposit transfer | | X | 2,050.00 | 74,351.88 |
| 08/25/2022 | | Farmers St. Bank | ADMINISTRATIVE EXPENS... | overdrafts | 58.00 | X | | 74,293.88 |
| 08/25/2022 | | | 1005 · Payroll-Farmers State B... | Funds Transfer | 1,200.00 | X | | 73,093.88 |
| 08/26/2022 | dm | Mediacom | 2000 · Accounts Payable | | 2,829.52 | X | | 70,264.36 |
| 08/26/2022 | dm | Mediacom | 2000 · Accounts Payable | | 471.43 | X | | 69,792.93 |
| 08/26/2022 | 9687 | Assurity Life Insurance Com... | -split- | Group ID 1000000173 | 147.29 | X | | 69,645.64 |
| 08/26/2022 | 9688 | Unum (Life and AD&D) | 2000 · Accounts Payable | | 104.03 | X | | 69,541.61 |
| 08/26/2022 | 9689 | Unum (LTC) | 2000 · Accounts Payable | | 335.40 | X | | 69,206.21 |
| 08/26/2022 | 9690 | Unum (STD) | 2100 · Payroll Liabilities | Policy # 0617839-001 | 471.39 | X | | 68,734.82 |
| 08/29/2022 | | | -split- | Deposit | | X | 5,739.00 | 74,473.82 |
| 08/29/2022 | | | -split- | Deposit | | | 4,800.00 | 79,273.82 |
| 08/29/2022 | | Farmers St. Bank | ADMINISTRATIVE EXPENS... | overdrafts | 58.00 | X | | 79,215.82 |
| 08/29/2022 | | | 1007 · Petty Cash-Farmers St. ... | Funds Transfer | 1,000.00 | X | | 78,215.82 |
| 08/30/2022 | | Leviton Law | ADMINISTRATIVE EXPENS... | | 1,200.00 | X | | 77,015.82 |
| 08/30/2022 | dm | Martin Bros. Distributing Co... | 2000 · Accounts Payable | | 606.20 | X | | 76,409.62 |
| 08/30/2022 | dm | Martin Bros. Distributing Co... | 2000 · Accounts Payable | | 251.48 | X | | 76,158.14 |
| 08/30/2022 | dm | Martin Bros. Distributing Co... | 2000 · Accounts Payable | | 7,397.10 | X | | 68,761.04 |
| 08/30/2022 | 9691 | Olson, Larry | 4280 · Room Security Deposits | | 875.00 | | | 67,886.04 |
| 08/30/2022 | 9692 | Owen, Muriel | 1200 · Accounts Receivable | | 900.00 | | | 66,986.04 |
| 08/31/2022 | | | -split- | Deposit | | X | 26,450.22 | 93,436.26 |
| 08/31/2022 | | Farmers St. Bank | ADMINISTRATIVE EXPENS... | overdraft | 29.00 | X | | 93,407.26 |
| 08/31/2022 | | | ADMINISTRATIVE EXPENS... | Service Charge | 22.74 | X | | 93,384.52 |
| 08/31/2022 | DM | United Health Care | -split- | | 7,402.69 | X | | 85,981.83 |
| 08/31/2022 | DM | Principal Financial Group | 2100 · Payroll Liabilities | | 375.66 | X | | 85,606.17 |
| 09/01/2022 | | | -split- | Deposit | | X | 12,600.00 | 98,206.17 |
| 09/01/2022 | 9693 | Ciscor | 2000 · Accounts Payable | | 663.20 | X | | 97,542.97 |

Village Ridge

12/27/2022 4:33 PM

Register: 1003 · Operating-Farmers St. Bank

From 08/24/2022 through 11/22/2022

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 09/02/2022 | | | -split- | Deposit | | X | 23,291.00 | 120,833.97 |
| 09/02/2022 | dm | Republic Services | 2000 · Accounts Payable | | 4,043.90 | X | | 116,790.07 |
| 09/05/2022 | 9694 | Dimensions in Senior Living | 4140 · Accrued Management F... | | 6,000.00 | X | | 110,790.07 |
| 09/06/2022 | | | -split- | Deposit | | X | 140,526.53 | 251,316.60 |
| 09/06/2022 | | | -split- | Deposit | | X | 15,565.00 | 266,881.60 |
| 09/06/2022 | | | 1005 · Payroll-Farmers State B... | Funds Transfer 9-7-2... | 75,000.00 | X | | 191,881.60 |
| 09/06/2022 | | | 1007 · Petty Cash-Farmers St. ... | Funds Transfer | 125.00 | X | | 191,756.60 |
| 09/06/2022 | | | 1007 · Petty Cash-Farmers St. ... | Funds Transfer - acti... | 372.34 | X | | 191,384.26 |
| 09/09/2022 | dm | MidAmerican Energy | 2000 · Accounts Payable | | 364.42 | X | | 191,019.84 |
| 09/09/2022 | dm | MidAmerican Energy | 2000 · Accounts Payable | | 228.17 | X | | 190,791.67 |
| 09/09/2022 | DM | Berkadia Commercial Mortg... | 2000 · Accounts Payable | Loan 338220761 | 43,853.19 | X | | 146,938.48 |
| 09/11/2022 | 9695 | City of Marion | 2000 · Accounts Payable | Landlord Registration | 100.00 | X | | 146,838.48 |
| 09/13/2022 | dm | TimeIPS | 2000 · Accounts Payable | | 248.75 | X | | 146,589.73 |
| 09/14/2022 | dm | Republic Services | 2000 · Accounts Payable | | 4,042.03 | X | | 142,547.70 |
| 09/14/2022 | dm | Alliant Energy | 2000 · Accounts Payable | | 8,674.23 | X | | 133,873.47 |
| 09/15/2022 | | | 1005 · Payroll-Farmers State B... | Funds Transfer | 16,000.00 | X | | 117,873.47 |
| 09/19/2022 | | | -split- | Deposit | | X | 12,680.00 | 130,553.47 |
| 09/19/2022 | dm | Marion Municipal Water De... | 2000 · Accounts Payable | | 2,783.60 | X | | 127,769.87 |
| 09/20/2022 | DM | Nationwide | 2000 · Accounts Payable | | 482.00 | X | | 127,287.87 |
| 09/21/2022 | dm | Greg's Lawn & Landscaping | 2000 · Accounts Payable | | 926.62 | X | | 126,361.25 |
| 09/21/2022 | 9696 | Adam Jungjohann | 2000 · Accounts Payable | August 2022 | 745.85 | X | | 125,615.40 |
| 09/21/2022 | 9697 | JDC Solutions | 2000 · Accounts Payable | | 200.00 | X | | 125,415.40 |
| 09/21/2022 | | | 1005 · Payroll-Farmers State B... | Funds Transfer 9-2-2... | 48,000.00 | X | | 77,415.40 |
| 09/23/2022 | DM | Unum (STD) | 2100 · Payroll Liabilities | Policy # 0617839-001 | 744.52 | X | | 76,670.88 |
| 09/26/2022 | | | -split- | Deposit | | X | 9,979.08 | 86,649.96 |
| 09/26/2022 | | | -split- | Deposit | | X | 4,675.12 | 91,325.08 |
| 09/26/2022 | dm | Mediacom | 2000 · Accounts Payable | | 471.43 | X | | 90,853.65 |
| 09/26/2022 | dm | Mediacom | 2000 · Accounts Payable | | 2,829.52 | X | | 88,024.13 |

# Village Ridge

12/27/2022 4:33 PM

Register: 1003 · Operating-Farmers St. Bank

From 08/24/2022 through 11/22/2022

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 09/28/2022 | | | 1005 · Payroll-Farmers State B... | Funds Transfer | 14,700.00 | X | | 73,324.13 |
| 09/30/2022 | | | -split- | Deposit | | X | 24,804.44 | 98,128.57 |
| 09/30/2022 | | Leviton Law | ADMINISTRATIVE EXPENS... | | 1,200.00 | X | | 96,928.57 |
| 09/30/2022 | | | ADMINISTRATIVE EXPENS... | Service Charge | 27.55 | X | | 96,901.02 |
| 09/30/2022 | dm | Martin Bros. Distributing Co... | 2000 · Accounts Payable | | 11,905.65 | X | | 84,995.37 |
| 09/30/2022 | dm | Martin Bros. Distributing Co... | 2000 · Accounts Payable | | 2,248.49 | X | | 82,746.88 |
| 09/30/2022 | dm | Martin Bros. Distributing Co... | 2000 · Accounts Payable | | 1,652.19 | X | | 81,094.69 |
| 09/30/2022 | DM | Principal Financial Group | 2100 · Payroll Liabilities | | 259.30 | X | | 80,835.39 |
| 09/30/2022 | DM | United Health Care | -split- | | 7,161.84 | X | | 73,673.55 |
| 09/30/2022 | | | 4000 · Reconciliation Discrepa... | Balance Adjustment | | X | 0.01 | 73,673.56 |
| 09/30/2022 | | | 3900 · Retained Earnings | to correct outstandin... | | X | 110,177.43 | 183,850.99 |
| 09/30/2022 | | | 3900 · Retained Earnings | to correct credits on ... | 185,491.63 | X | | -1,640.64 |
| 10/03/2022 | | | -split- | Deposit | | X | 23,939.50 | 22,298.86 |
| 10/05/2022 | | | -split- | Deposit | | X | 146,680.00 | 168,978.86 |
| 10/05/2022 | 9698 | Dimensions in Senior Living | 4140 · Accrued Management F... | | 6,000.00 | X | | 162,978.86 |
| 10/06/2022 | | | -split- | Deposit | | X | 26,964.75 | 189,943.61 |
| 10/06/2022 | | | 1005 · Payroll-Farmers State B... | Funds Transfer 10-7-... | 65,000.00 | X | | 124,943.61 |
| 10/11/2022 | DM | Berkadia Commercial Mortg... | 2000 · Accounts Payable | | 43,853.19 | X | | 81,090.42 |
| 10/12/2022 | dm | TimeIPS | 2000 · Accounts Payable | | 252.73 | X | | 80,837.69 |
| 10/12/2022 | DM | MidAmerican Energy | 2000 · Accounts Payable | | 260.38 | X | | 80,577.31 |
| 10/12/2022 | DM | MidAmerican Energy | 2000 · Accounts Payable | | 443.80 | X | | 80,133.51 |
| 10/13/2022 | DM | Alliant Energy | 2000 · Accounts Payable | | 7,916.59 | X | | 72,216.92 |
| 10/17/2022 | dm | Marion Municipal Water De... | 2000 · Accounts Payable | | 2,398.78 | X | | 69,818.14 |
| 10/17/2022 | DM | Nationwide | 2000 · Accounts Payable | | 4,746.33 | X | | 65,071.81 |
| 10/17/2022 | DM | West Bend Mutual Ins Co | 2000 · Accounts Payable | | 4,333.00 | X | | 60,738.81 |
| 10/17/2022 | 9700 | Modern Piping Service Divis... | 2000 · Accounts Payable | | 31,703.09 | X | | 29,035.72 |
| 10/18/2022 | | | -split- | Deposit | | X | 16,735.00 | 45,770.72 |
| 10/18/2022 | 9699 | US Postmaster | ADMINISTRATIVE EXPENS... | | 137.05 | X | | 45,633.67 |

12/27/2022 4:33 PM

## Village Ridge

Register: 1003 · Operating-Farmers St. Bank
From 08/24/2022 through 11/22/2022
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| | | | | | | | | 44,716.10 |
| 10/20/2022 | DM | Greg's Lawn & Landscaping | 2000 · Accounts Payable | | 917.57 | X | | -20,283.90 |
| 10/21/2022 | | | 1005 · Payroll-Farmers State B... | Funds Transfer 10-21... | 65,000.00 | X | | -20,483.90 |
| 10/24/2022 | 9701 | JDC Solutions | 2000 · Accounts Payable | | 200.00 | X | | -21,229.75 |
| 10/24/2022 | 9702 | Adam Jungjohann | 2000 · Accounts Payable | September 2022 | 745.85 | X | | -21,258.75 |
| 10/26/2022 | | Farmers St. Bank | ADMINISTRATIVE EXPENS... | | 29.00 | X | | -21,357.45 |
| 10/26/2022 | DM | Legal Shield | 2100 · Payroll Liabilities | | 98.70 | X | | -21,826.89 |
| 10/26/2022 | DM | Mediacom | 2000 · Accounts Payable | | 469.44 | X | | -24,656.41 |
| 10/26/2022 | DM | Mediacom | 2000 · Accounts Payable | | 2,829.52 | X | | -31,645.73 |
| 10/26/2022 | DM | Republic Services | 2000 · Accounts Payable | | 6,989.32 | X | | -12,645.73 |
| 10/26/2022 | | | 3900 · Retained Earnings | Funds Transfer | | X | 19,000.00 | -8,295.73 |
| 10/27/2022 | | | 1499 · Undeposited Funds | Deposit | | X | 4,350.00 | 3,677.27 |
| 10/27/2022 | | | -split- | Deposit | | X | 11,973.00 | 3,490.27 |
| 10/27/2022 | | | 1007 · Petty Cash-Farmers St. ... | Funds Transfer - Oct ... | 187.00 | X | | 16,510.27 |
| 10/27/2022 | | | -split- | Deposit | | X | 13,020.00 | 16,510.27 |
| 10/31/2022 | | Konica Minolta Premier Fina... | 2000 · Accounts Payable | QuickBooks generate... | | X | | 16,485.50 |
| 10/31/2022 | | | ADMINISTRATIVE EXPENS... | Service Charge | 24.77 | X | | 16,352.58 |
| 10/31/2022 | DM | Unum (Life and AD&D) | 2000 · Accounts Payable | | 132.92 | X | | 15,918.74 |
| 10/31/2022 | DM | Principal Financial Group | 2100 · Payroll Liabilities | | 433.84 | X | | 5,719.24 |
| 10/31/2022 | DM | United Health Care | -split- | | 10,199.50 | X | | 5,690.24 |
| 10/31/2022 | DM | Farmers St. Bank | ADMINISTRATIVE EXPENS... | stop payment | 29.00 | X | | 4,490.24 |
| 11/01/2022 | | Leviton Law | ADMINISTRATIVE EXPENS... | | 1,200.00 | X | | -1,053.82 |
| 11/02/2022 | 9703 | Quality First Insurance, LLC | 2000 · Accounts Payable | | 5,544.06 | X | | 19,274.82 |
| 11/03/2022 | | | -split- | Deposit | | X | 20,328.64 | 44,799.60 |
| 11/04/2022 | | | -split- | Deposit | | X | 25,524.78 | -7,200.40 |
| 11/04/2022 | | | 1005 · Payroll-Farmers State B... | Funds Transfer 11-7-... | 52,000.00 | X | | -13,200.40 |
| 11/05/2022 | 9709 | Dimensions in Senior Living | 4140 · Accrued Management F... | | 6,000.00 | X | | 142,548.10 |
| 11/07/2022 | | | -split- | Deposit | | X | 155,748.50 | 142,548.10 |
| 11/09/2022 | | Martin Bros. Distributing Co... | 2000 · Accounts Payable | QuickBooks generate... | | X | | 142,548.10 |

# Village Ridge

12/27/2022 4:33 PM

Register: 1003 · Operating-Farmers St. Bank
From 08/24/2022 through 11/22/2022
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 11/09/2022 | dm | MidAmerican Energy | 2000 · Accounts Payable | | 921.04 | X | | 141,627.06 |
| 11/10/2022 | | | -split- | Deposit | | X | 24,105.00 | 165,732.06 |
| 11/10/2022 | | | -split- | Deposit | | X | 4,873.26 | 170,605.32 |
| 11/10/2022 | 9704 | Amy Wilcox-Burns | 2000 · Accounts Payable | | 185.37 | X | | 170,419.95 |
| 11/10/2022 | 9705 | Empowered Connections | 2000 · Accounts Payable | | 800.00 | X | | 169,619.95 |
| 11/10/2022 | 9706 | Blackhawk Automatic Sprink... | 2000 · Accounts Payable | | 653.48 | X | | 168,966.47 |
| 11/10/2022 | | | 1005 · Payroll-Farmers State B... | Funds Transfer 11-7-... | 15,000.00 | X | | 153,966.47 |
| 11/10/2022 | | | 1007 · Petty Cash-Farmers St. ... | Funds Transfer | 401.25 | X | | 153,565.22 |
| 11/11/2022 | | | 1007 · Petty Cash-Farmers St. ... | Funds Transfer-Nov ... | 556.00 | X | | 153,009.22 |
| 11/14/2022 | dm | Alliant Energy | 2000 · Accounts Payable | | 5,229.80 | X | | 147,779.42 |
| 11/14/2022 | dm | TimeIPS | 2000 · Accounts Payable | | 270.64 | X | | 147,508.78 |
| 11/14/2022 | dm | MidAmerican Energy | 2000 · Accounts Payable | | 1,045.84 | X | | 146,462.94 |
| 11/14/2022 | DM | Greg's Lawn & Landscaping | 2000 · Accounts Payable | | 922.10 | X | | 145,540.84 |
| 11/15/2022 | | Martin Bros. Distributing Co... | 2000 · Accounts Payable | QuickBooks generate... | | | | 145,540.84 |
| 11/15/2022 | 9707 | Dimensions in Senior Living | -split- | Group ID 1000000173 | 393.99 | X | | 145,146.85 |
| 11/17/2022 | 9708 | Dimensions in Senior Living | -split- | Group ID 1000000173 | 463.23 | X | | 144,683.62 |
| 11/17/2022 | | | 1005 · Payroll-Farmers State B... | Funds Transfer | 6,000.00 | X | | 138,683.62 |
| 11/21/2022 | dm | Marion Municipal Water De... | 2000 · Accounts Payable | | 2,702.92 | X | | 135,980.70 |
| 11/21/2022 | | | 1005 · Payroll-Farmers State B... | Funds Transfer 11-22... | 63,262.94 | X | | 72,717.76 |
| 11/22/2022 | 9710 | US Postmaster | ADMINISTRATIVE EXPENS... | | 120.00 | X | | 72,597.76 |

4:34 PM
12/27/22

Case 22-80860-BSK    Doc 84    Filed 01/04/23    Entered 01/04/23 09:13:31    Desc Main
Document    Page 63 of 67

Village Ridge
Vendor Balance Detail
As of November 30, 2022

| | Type | Date | Num | Account | | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Adam Jungjohann** | | | | | | | 0.00 |
| | Bill | 11/01/2020 | | 2000 | Accounts Payable | 745.85 | 745.85 |
| | Bill Pmt -Check | 11/29/2020 | 9277 | 2000 | Accounts Payable | -745.85 | 0.00 |
| | Bill | 12/01/2020 | | 2000 | Accounts Payable | 745.85 | 745.85 |
| | Bill Pmt -Check | 12/29/2020 | 9317 | 2000 | Accounts Payable | -745.85 | 0.00 |
| | Bill | 01/01/2021 | | 2000 | Accounts Payable | 745.85 | 745.85 |
| | Bill Pmt -Check | 01/29/2021 | 9343 | 2000 | Accounts Payable | -745.85 | 0.00 |
| | Bill | 02/01/2021 | | 2000 | Accounts Payable | 745.85 | 745.85 |
| | Bill Pmt -Check | 02/28/2021 | 9365 | 2000 | Accounts Payable | -745.85 | 0.00 |
| | Bill | 03/01/2021 | | 2000 | Accounts Payable | 745.85 | 745.85 |
| | Bill Pmt -Check | 03/29/2021 | 9374 | 2000 | Accounts Payable | -745.85 | 0.00 |
| | Bill | 04/01/2021 | | 2000 | Accounts Payable | 745.85 | 745.85 |
| | Bill Pmt -Check | 04/30/2021 | 9398 | 2000 | Accounts Payable | -745.85 | 0.00 |
| | Bill | 05/01/2021 | | 2000 | Accounts Payable | 745.85 | 745.85 |
| | Bill | 06/01/2021 | | 2000 | Accounts Payable | 745.85 | 1,491.70 |
| | Bill Pmt -Check | 06/10/2021 | 9445 | 2000 | Accounts Payable | -745.85 | 745.85 |
| | Bill Pmt -Check | 06/29/2021 | 9475 | 2000 | Accounts Payable | -745.85 | 0.00 |
| | Bill | 07/01/2021 | | 2000 | Accounts Payable | 745.85 | 745.85 |
| | Bill Pmt -Check | 07/29/2021 | 9496 | 2000 | Accounts Payable | -745.85 | 0.00 |
| | Bill | 08/01/2021 | | 2000 | Accounts Payable | 745.85 | 745.85 |
| | Bill Pmt -Check | 08/31/2021 | 9514 | 2000 | Accounts Payable | -745.85 | 0.00 |
| | Bill | 09/01/2021 | | 2000 | Accounts Payable | 745.85 | 745.85 |
| | Bill Pmt -Check | 09/29/2021 | 9529 | 2000 | Accounts Payable | -745.85 | 0.00 |
| | Bill | 10/01/2021 | | 2000 | Accounts Payable | 745.85 | 745.85 |
| | Bill Pmt -Check | 10/29/2021 | 9554 | 2000 | Accounts Payable | -745.85 | 0.00 |
| | Bill | 11/01/2021 | | 2000 | Accounts Payable | 745.85 | 745.85 |
| | Bill Pmt -Check | 11/29/2021 | 9577 | 2000 | Accounts Payable | -745.85 | 0.00 |
| | Bill | 12/01/2021 | | 2000 | Accounts Payable | 745.85 | 745.85 |
| | Bill Pmt -Check | 12/29/2021 | 9596 | 2000 | Accounts Payable | -745.85 | 0.00 |
| | Bill | 01/29/2022 | | 2000 | Accounts Payable | 745.85 | 745.85 |
| | Bill Pmt -Check | 01/31/2022 | 9602 | 2000 | Accounts Payable | -745.85 | 0.00 |
| | Bill | 02/21/2022 | | 2000 | Accounts Payable | 745.85 | 745.85 |
| | Bill Pmt -Check | 02/28/2022 | 9626 | 2000 | Accounts Payable | -745.85 | 0.00 |
| | Bill | 03/01/2022 | | 2000 · Accounts Payable | | 745.85 | 745.85 |
| | Bill Pmt -Check | 03/31/2022 | 9642 | 2000 | Accounts Payable | -745.85 | 0.00 |
| | Bill | 04/01/2022 | | 2000 | Accounts Payable | 745.85 | 745.85 |
| | Bill Pmt -Check | 04/29/2022 | 9661 | 2000 | Accounts Payable | -745.85 | 0.00 |
| | Bill | 05/01/2022 | | 2000 | Accounts Payable | 745.85 | 745.85 |
| | Bill | 06/01/2022 | | 2000 | Accounts Payable | 745.85 | 1,491.70 |
| | Bill Pmt -Check | 06/09/2022 | 9674 | 2000 | Accounts Payable | -745.85 | 745.85 |
| | Bill | 07/01/2022 | | 2000 | Accounts Payable | 745.85 | 1,491.70 |
| | Bill Pmt -Check | 07/18/2022 | 9680 | 2000 | Accounts Payable | -745.85 | 745.85 |
| | Bill | 08/01/2022 | | 2000 | Accounts Payable | 745.85 | 1,491.70 |
| | Bill Pmt -Check | 08/16/2022 | 9685 | 2000 | Accounts Payable | -745.85 | 745.85 |
| | Bill | 09/01/2022 | | 2000 | Accounts Payable | 745.85 | 1,491.70 |
| | Bill Pmt -Check | 09/21/2022 | 9696 | 2000 | Accounts Payable | -745.85 | 745.85 |
| | Bill Pmt -Check | 10/24/2022 | 9702 | 2000 | Accounts Payable | -745.85 | 0.00 |

Attachment to Statement of Financial
Affairs Item 4

4:34 PM
12/27/22

Case 22-80860-BSK    Doc 84    Filed 01/04/23 Entered 01/04/23 09:13:31    Desc Main
Document    Page 64 of 67

Village Ridge
Vendor Balance Detail
As of November 30, 2022

| | Type | Date | Num | Account | Amount | Balance |
|---|---|---|---|---|---|---|
| **Total Adam Jungjohann** | | | | | 0.00 | 0.00 |
| **Amy Wilcox-Burns** | | | | | | 0.00 |
| | Bill | 08/31/2022 | | 2000 · Accounts Payable | 61.79 | 61.79 |
| | Bill | 09/30/2022 | | 2000 · Accounts Payable | 61.79 | 123.58 |
| | Bill | 10/31/2022 | | 2000 · Accounts Payable | 61.79 | 185.37 |
| | Bill Pmt -Check | 11/10/2022 | 9704 | 2000 · Accounts Payable | -185.37 | 0.00 |
| | Bill | 11/23/2022 | | 2000 · Accounts Payable | 87.00 | 87.00 |
| **Total Amy Wilcox-Burns** | | | | | 87.00 | 87.00 |
| **Bling It On!** | | | | | | 1,237.00 |
| | Bill | 11/08/2020 | 876063 | 2000 · Accounts Payable | 294.03 | 1,531.03 |
| | Bill | 12/11/2020 | 876066 | 2000 · Accounts Payable | 359.41 | 1,890.44 |
| | General Journal | 12/31/2021 | | 2000 · Accounts Payable | -1,890.44 | 0.00 |
| **Total Bling It On!** | | | | | -1,237.00 | 0.00 |
| **Dimensions in Senior Living** | | | | | | 19,251.62 |
| | Bill | 11/01/2020 | | 2000 · Accounts Payable | 10,974.23 | 30,225.85 |
| | Bill | 11/23/2020 | | 2000 · Accounts Payable | 87.00 | 30,312.85 |
| | Bill Pmt -Check | 11/30/2020 | 9279 | 2000 · Accounts Payable | -10,974.23 | 19,338.62 |
| | Bill | 11/30/2020 | | 2000 · Accounts Payable | 516.06 | 19,854.68 |
| | Bill | 12/01/2020 | | 2000 · Accounts Payable | 9,809.03 | 29,663.71 |
| | Bill Pmt -Check | 12/31/2020 | 9327 | 2000 · Accounts Payable | -9,809.03 | 19,854.68 |
| | Bill | 12/31/2020 | | 2000 · Accounts Payable | 621.57 | 20,476.25 |
| | Bill | 01/01/2021 | | 2000 · Accounts Payable | 9,523.47 | 29,999.72 |
| | Bill Pmt -Check | 01/14/2021 | 9333 | 2000 · Accounts Payable | -87.00 | 29,912.72 |
| | Bill | 01/24/2021 | | 2000 · Accounts Payable | 597.06 | 30,509.78 |
| | Bill Pmt -Check | 01/31/2021 | 9350 | 2000 · Accounts Payable | -9,523.47 | 20,986.31 |
| | Bill | 01/31/2021 | | 2000 · Accounts Payable | 360.17 | 21,346.48 |
| | Bill | 02/01/2021 | | 2000 · Accounts Payable | 9,362.72 | 30,709.20 |
| | Bill | 02/09/2021 | | 2000 · Accounts Payable | 144.60 | 30,853.80 |
| | Bill Pmt -Check | 02/18/2021 | 9352 | 2000 · Accounts Payable | -144.60 | 30,709.20 |
| | Bill Pmt -Check | 02/28/2021 | 9364 | 2000 · Accounts Payable | -9,362.72 | 21,346.48 |
| | Bill | 02/28/2021 | | 2000 · Accounts Payable | 542.07 | 21,888.55 |
| | Bill | 03/01/2021 | | 2000 · Accounts Payable | 9,502.41 | 31,390.96 |
| | Bill | 03/17/2021 | | 2000 · Accounts Payable | 200.00 | 31,590.96 |
| | Bill Pmt -Check | 03/22/2021 | 9373 | 2000 · Accounts Payable | 0.00 | 31,590.96 |
| | Bill | 03/31/2021 | | 2000 · Accounts Payable | 45.00 | 31,635.96 |
| | Bill | 03/31/2021 | | 2000 · Accounts Payable | 450.00 | 32,085.96 |
| | Bill | 03/31/2021 | | 2000 · Accounts Payable | 9,970.13 | 42,056.09 |
| | Bill Pmt -Check | 04/14/2021 | 9390 | 2000 · Accounts Payable | -9,502.41 | 32,553.68 |
| | Bill | 04/30/2021 | | 2000 · Accounts Payable | 400.00 | 32,953.68 |
| | Bill | 05/01/2021 | | 2000 · Accounts Payable | 9,916.42 | 42,870.10 |
| | Bill Pmt -Check | 05/10/2021 | 9415 | 2000 · Accounts Payable | -9,970.13 | 32,899.97 |
| | Bill | 05/10/2021 | | 2000 · Accounts Payable | 200.00 | 33,099.97 |
| | Bill Pmt -Check | 05/10/2021 | 9414 | 2000 · Accounts Payable | 0.00 | 33,099.97 |
| | Bill Pmt -Check | 05/10/2021 | 9416 | 2000 · Accounts Payable | -13,337.61 | 19,762.36 |
| | Bill | 05/31/2021 | | 2000 · Accounts Payable | 1,175.90 | 20,938.26 |
| | Bill | 06/01/2021 | | 2000 · Accounts Payable | 10,090.41 | 31,028.67 |
| | Bill | 06/21/2021 | | 2000 · Accounts Payable | 23.90 | 31,052.57 |

| Type | Date | Num | Account | Amount | Balance |
|---|---|---|---|---|---|
| Bill Pmt -Check | 06/21/2021 | 9457 | 2000 · Accounts Payable | 0.00 | 31,052.57 |
| Bill Pmt -Check | 08/30/2021 | 9480 | 2000 · Accounts Payable | -9,916.42 | 21,136.15 |
| Bill | 06/30/2021 | | 2000 · Accounts Payable | 300.00 | 21,436.15 |
| Bill | 07/31/2021 | | 2000 · Accounts Payable | 411.52 | 21,847.67 |
| Bill | 08/01/2021 | | 2000 · Accounts Payable | 8,183.96 | 30,031.63 |
| Bill | 08/31/2021 | | 2000 · Accounts Payable | 1,091.18 | 31,122.81 |
| Bill | 09/01/2021 | | 2000 · Accounts Payable | 7,517.12 | 38,639.93 |
| Bill | 09/30/2021 | | 2000 · Accounts Payable | 481.16 | 39,121.09 |
| Bill | 10/01/2021 | | 2000 · Accounts Payable | 8,671.94 | 47,793.03 |
| Bill | 10/31/2021 | | 2000 · Accounts Payable | 409.14 | 48,202.17 |
| Bill | 11/01/2021 | | 2000 · Accounts Payable | 15,506.36 | 63,708.53 |
| Bill | 11/30/2021 | | 2000 · Accounts Payable | 454.81 | 64,163.34 |
| Bill | 12/01/2021 | | 2000 · Accounts Payable | 9,315.82 | 73,479.16 |
| Bill | 12/31/2021 | | 2000 · Accounts Payable | 409.31 | 73,888.47 |
| General Journal | 12/31/2021 | | 2000 · Accounts Payable | -44,369.13 | 29,519.34 |
| General Journal | 12/31/2021 | | 2000 · Accounts Payable | -29,095.44 | 423.90 |
| Bill | 01/31/2022 | | 2000 · Accounts Payable | 466.00 | 889.90 |
| Bill | 02/12/2022 | | 2000 · Accounts Payable | 10,501.90 | 11,391.80 |
| Bill | 02/28/2022 | | 2000 · Accounts Payable | 505.67 | 11,897.47 |
| Bill | 03/01/2022 | | 2000 · Accounts Payable | 10,546.37 | 22,443.84 |
| Bill | 03/31/2022 | | 2000 · Accounts Payable | 344.19 | 22,788.03 |
| General Journal | 03/31/2022 | | 2000 · Accounts Payable | -11,377.21 | 11,410.82 |
| General Journal | 03/31/2022 | | 2000 · Accounts Payable | -10,986.92 | 423.90 |
| Bill | 04/01/2022 | | 2000 · Accounts Payable | 10,653.96 | 11,077.86 |
| Bill | 04/30/2022 | · | 2000 · Accounts Payable | 277.34 | 11,355.20 |
| General Journal | 04/30/2022 | | 2000 · Accounts Payable | -10,931.30 | 423.90 |
| Bill | 05/01/2022 | | 2000 · Accounts Payable | 10,773.30 | 11,197.20 |
| General Journal | 05/31/2022 | | 2000 · Accounts Payable | -17,691.52 | -6,494.32 |
| Bill | 06/01/2022 | | 2000 · Accounts Payable | 10,961.83 | 4,467.51 |
| Bill | 06/30/2022 | | 2000 · Accounts Payable | 711.15 | 5,178.66 |
| General Journal | 06/30/2022 | | 2000 · Accounts Payable | -26,672.98 | -21,494.32 |
| Bill | 07/01/2022 | | 2000 · Accounts Payable | 11,216.52 | -10,277.80 |
| Bill | 08/31/2022 | | 2000 · Accounts Payable | 100.00 | -10,177.80 |

Total Dimensions in Senior Living | | | | -29,429.42 | -10,177.80 |

JDC Solutions | | | | | 0.00 |

| Bill | 11/01/2020 | | 2000 · Accounts Payable | 200.00 | 200.00 |
| Bill | 12/01/2020 | | 2000 · Accounts Payable | 200.00 | 400.00 |
| Bill Pmt -Check | 12/03/2020 | 9281 | 2000 · Accounts Payable | -200.00 | 200.00 |
| Bill | 12/29/2020 | Inv 522 | 2000 · Accounts Payable | 250.00 | 450.00 |
| Bill | 01/01/2021 | | 2000 · Accounts Payable | 200.00 | 650.00 |
| Bill Pmt -Check | 01/07/2021 | 9328 | 2000 · Accounts Payable | -450.00 | 200.00 |
| Bill | 02/01/2021 | | 2000 · Accounts Payable | 200.00 | 400.00 |
| Bill Pmt -Check | 02/26/2021 | 9363 | 2000 · Accounts Payable | -400.00 | 0.00 |
| Bill | 03/01/2021 | | 2000 · Accounts Payable | 200.00 | 200.00 |
| Bill | 04/01/2021 | | 2000 · Accounts Payable | 200.00 | 400.00 |
| Bill Pmt -Check | 04/30/2021 | 9397 | 2000 · Accounts Payable | -400.00 | 0.00 |
| Bill | 05/01/2021 | | 2000 · Accounts Payable | 200.00 | 200.00 |

4:34 PM
12/27/22

Case 22-80860-BSK    Doc 84    Filed 01/04/23 Entered 01/04/23 09:13:31    Desc Main
Document  Page 66 of 67

YJ Auto Bldg

Vendor Balance Detail
As of November 30, 2022

| Type | Date | Num | Account | Amount | Balance |
|------|------|-----|---------|--------|---------|
| Bill | 05/03/2021 | 961 | 2000 · Accounts Payable | 610.96 | 810.96 |
| Bill Pmt -Check | 05/25/2021 | 9426 | 2000 · Accounts Payable | -610.96 | 200.00 |
| Bill | 06/01/2021 | | 2000 · Accounts Payable | 200.00 | 400.00 |
| Bill Pmt -Check | 06/10/2021 | 9444 | 2000 · Accounts Payable | -200.00 | 200.00 |
| Bill | 07/01/2021 | | 2000 · Accounts Payable | 200.00 | 400.00 |
| Bill Pmt -Check | 07/07/2021 | 9476 | 2000 · Accounts Payable | -200.00 | 200.00 |
| Bill Pmt -Check | 07/30/2021 | 9497 | 2000 · Accounts Payable | -200.00 | 0.00 |
| Bill | 08/01/2021 | | 2000 · Accounts Payable | 200.00 | 200.00 |
| Bill | 09/01/2021 | | 2000 · Accounts Payable | 200.00 | 400.00 |
| Bill Pmt -Check | 09/14/2021 | 9513 | 2000 · Accounts Payable | -200.00 | 200.00 |
| Bill | 10/01/2021 | | 2000 · Accounts Payable | 200.00 | 400.00 |
| Bill Pmt -Check | 10/06/2021 | 9528 | 2000 · Accounts Payable | -200.00 | 200.00 |
| Bill | 11/01/2021 | | 2000 · Accounts Payable | 200.00 | 400.00 |
| Bill Pmt -Check | 11/11/2021 | 9555 | 2000 · Accounts Payable | -200.00 | 200.00 |
| Bill | 12/01/2021 | | 2000 · Accounts Payable | 200.00 | 400.00 |
| Bill Pmt -Check | 12/09/2021 | 9576 | 2000 · Accounts Payable | -200.00 | 200.00 |
| Bill | 12/29/2021 | Inv 968 | 2000 · Accounts Payable | 250.00 | 450.00 |
| Bill | 01/01/2022 | | 2000 · Accounts Payable | 200.00 | 650.00 |
| Bill Pmt -Check | 01/11/2022 | 9594 | 2000 · Accounts Payable | -200.00 | 450.00 |
| Bill | 02/01/2022 | | 2000 · Accounts Payable | 200.00 | 650.00 |
| Bill Pmt -Check | 02/07/2022 | 9601 | 2000 · Accounts Payable | -200.00 | 450.00 |
| Bill Pmt -Check | 02/07/2022 | 9603 | 2000 · Accounts Payable | -250.00 | 200.00 |
| Bill | 03/01/2022 | | 2000 · Accounts Payable | 200.00 | 400.00 |
| Bill Pmt -Check | 03/16/2022 | 9627 | 2000 · Accounts Payable | -200.00 | 200.00 |
| Bill Pmt -Check | 03/31/2022 | 9643 | 2000 · Accounts Payable | -200.00 | 0.00 |
| Bill | 04/01/2022 | | 2000 · Accounts Payable | 200.00 | 200.00 |
| Bill | 05/01/2022 | | 2000 · Accounts Payable | 200.00 | 400.00 |
| Bill Pmt -Check | 05/09/2022 | 9655 | 2000 · Accounts Payable | -200.00 | 200.00 |
| Bill | 06/01/2022 | | 2000 · Accounts Payable | 200.00 | 400.00 |
| Bill | 06/07/2022 | 696 | 2000 · Accounts Payable | 1,071.07 | 1,471.07 |
| Bill Pmt -Check | 06/09/2022 | 9673 | 2000 · Accounts Payable | -1,271.07 | 200.00 |
| Bill | 07/01/2022 | | 2000 · Accounts Payable | 200.00 | 400.00 |
| Bill Pmt -Check | 07/18/2022 | 9681 | 2000 · Accounts Payable | -200.00 | 200.00 |
| Bill | 08/01/2022 | | 2000 · Accounts Payable | 200.00 | 400.00 |
| Bill Pmt -Check | 08/16/2022 | 9684 | 2000 · Accounts Payable | -200.00 | 200.00 |
| Bill | 09/01/2022 | | 2000 · Accounts Payable | 200.00 | 400.00 |
| Bill Pmt -Check | 09/21/2022 | 9697 | 2000 · Accounts Payable | -200.00 | 200.00 |
| Bill | 10/01/2022 | | 2000 · Accounts Payable | 200.00 | 400.00 |
| Bill Pmt -Check | 10/24/2022 | 9701 | 2000 · Accounts Payable | -200.00 | 200.00 |
| **Total JDC Solutions** | | | | **200.00** | **200.00** |
| **Michael E Wilcox** | | | | | **3,510.00** |
| Bill | 11/30/2020 | | 2000 · Accounts Payable | 300.00 | 3,810.00 |
| Bill | 12/31/2020 | | 2000 · Accounts Payable | 300.00 | 4,110.00 |
| Bill | 01/22/2021 | | 2000 · Accounts Payable | 300.00 | 4,410.00 |
| Bill | 02/22/2021 | | 2000 · Accounts Payable | 300.00 | 4,710.00 |
| Bill | 03/22/2021 | | 2000 · Accounts Payable | 300.00 | 5,010.00 |
| Bill | 04/22/2021 | | 2000 · Accounts Payable | 200.00 | 5,210.00 |

4:34 PM
12/27/22

Case 22-80860-BSK    Doc 84    Filed 01/04/23 Entered 01/04/23 09:13:31    Desc Main
Document    Page 67

Vendor Balance Detail
As of November 30, 2022

| | Type | Date | Num | Account | Amount | Balance |
|---|---|---|---|---|---|---|
| | Bill | 05/24/2021 | | 2000 · Accounts Payable | 200.00 | 5,410.00 |
| | Bill | 07/02/2021 | | 2000 · Accounts Payable | 1,475.00 | 6,885.00 |
| | General Journal | 12/31/2021 | | 2000 · Accounts Payable | -6,585.00 | 300.00 |
| **Total Michael E Wilcox** | | | | | -3,210.00 | 300.00 |
| **Wilcox Professional Services** | | | | | | 13,200.00 |
| | General Journal | 12/31/2021 | | 2000 · Accounts Payable | -13,200.00 | 0.00 |
| **Total Wilcox Professional Services** | | | | | -13,200.00 | 0.00 |
| **Wilcox Properties of Fort Calhoun** | | | | | | 0.00 |
| | Bill | 11/29/2022 | 9763140 | 2000 · Accounts Payable | 288.71 | 288.71 |
| | Bill | 11/29/2022 | 9763334 | 2000 · Accounts Payable | 101.65 | 390.36 |
| | Bill | 11/29/2022 | 9763333 | 2000 · Accounts Payable | 249.45 | 639.81 |
| | Bill | 11/29/2022 | 9763324 | 2000 · Accounts Payable | 2,837.12 | 3,476.93 |
| | Bill | 11/29/2022 | 9763139 | 2000 · Accounts Payable | 3,287.19 | 6,764.12 |
| | Bill | 11/29/2022 | 9763336 | 2000 · Accounts Payable | 90.96 | 6,855.08 |
| | Bill Pmt -Check | 11/29/2022 | 9711 | 2000 · Accounts Payable | -6,855.08 | 0.00 |
| **Total Wilcox Properties of Fort Calhoun** | | | | | 0.00 | 0.00 |