## UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nebraska

In Re. Dimensions in Senior Living LLC

§
§
§
§

Debtor(s)

Case No.  22-80860

Lead Case No.  22-80860

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2023

Petition Date: 11/21/2022

Months Pending: 8

Industry Classification: | 6 | 2 | 3 | 3 |

Reporting Method:              Accrual Basis ⦿              Cash Basis ◯

Debtor's Full-Time Employees (current):              3

Debtor's Full-Time Employees (as of date of order for relief):              5

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Amy Wilcox-Burns

Signature of Responsible Party

08/23/2023

Date

Amy Wilcox-Burns

Printed Name of Responsible Party

122 N. McKenna Ave, Gretna, NE 68028

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                              1

Debtor's Name Dimensions in Senior Living LLC                          Case No. 22-80860

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $4,608 | |
| b. | Total receipts (net of transfers between accounts) | $15,000 | $218,888 |
| c. | Total disbursements (net of transfers between accounts) | $20,208 | $220,043 |
| d. | Cash balance end of month (a+b+c) | $-600 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $20,208 | $220,043 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. | Accounts receivable (total net of allowance) | $621,797 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 |
| d | Total current assets | $493,234 |
| e. | Total assets | $629,071 |
| f. | Postpetition payables (excluding taxes) | $2,919 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $2,919 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $137,372 |
| n. | Total liabilities (debt) (j+k+l+m) | $140,291 |
| o. | Ending equity/net worth (e-n) | $488,780 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $28,220 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $28,220 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $23,486 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $4,735 | $63,961 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  Dimensions in Senior Living LLC                    Case No.  22-80860

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Dimensions in Senior Living LLC                                  Case No.  22-80860

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Dimensions in Senior Living LLC                                           Case No.  22-80860

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name Dimensions in Senior Living LLC                                    Case No.  22-80860

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name  Dimensions in Senior Living LLC                                    Case No.  22-80860

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Dimensions in Senior Living LLC                                    Case No.  22-80860

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $319 | $2,405 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ○  No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ○  No ◉

c. Were any payments made to or on behalf of insiders?  Yes ◉  No ○

d. Are you current on postpetition tax return filings?  Yes ◉  No ○

e. Are you current on postpetition estimated tax payments?  Yes ◉  No ○

f. Were all trust fund taxes remitted on a current basis?  Yes ◉  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ○  No ◉

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ○  No ○  N/A ◉

i. Do you have:    Worker's compensation insurance?  Yes ◉  No ○

      If yes, are your premiums current?  Yes ◉  No ○  N/A ○  (if no, see Instructions)

      Casualty/property insurance?  Yes ◉  No ○

      If yes, are your premiums current?  Yes ◉  No ○  N/A ○  (if no, see Instructions)

      General liability insurance?  Yes ◉  No ○

      If yes, are your premiums current?  Yes ◉  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?  Yes ○  No ◉

k. Has a disclosure statement been filed with the court?  Yes ○  No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ◉  No ○

Debtor's Name  Dimensions in Senior Living LLC                                        Case No.  22-80860

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⬤ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⬤ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Amy Wilcox-Burns                                          Amy Wilcox-Burns
_____                    _____
Signature of Responsible Party                              Printed Name of Responsible Party

CRO                                                                      08/23/2023
_____                    _____
Title                                                                       Date

Debtor's Name Dimensions in Senior Living LLC                                    Case No.  22-80860



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name Dimensions in Senior Living LLC                    Case No.  22-80860



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Dimensions in Senior Living LLC                                    Case No.  22-80860



PageThree



PageFour

# Dimensions
## Profit & Loss
### July 2023

|  | Jul 23 |
|---|---|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **Income** | |
|       **6000 · Management Fee** | 28,220.47 |
|     **Total Income** | 28,220.47 |
|   **Total Income** | 28,220.47 |
|   **Expense** | |
|     **7120 · Bank Service Charges** | 35.00 |
|     **7160 · Dues and Subscriptions** | 42.00 |
|     **7170 · Equipment Rental** | 115.19 |
|     **7180 · Insurance** | 635.68 |
|     **7199 · Employee Benefits** | 3,864.92 |
|     **7250 · Postage and Delivery** | 54.81 |
|     **7270 · Professional Fees** | 379.00 |
|     **7290 · Rent** | 3,263.88 |
|     **7296 · Long Term Storage** | 103.00 |
|     **7340 · Telephone** | 1,618.08 |
|     **7400 · Utilities** | 352.22 |
|     **7550 · Office Supplies** | 268.44 |
|     **7560 · Payroll Expenses** | 2,420.13 |
|     **7562 · Guaranteed Payments** | 10,333.32 |
|   **Total Expense** | 23,485.67 |
| **Net Ordinary Income** | 4,734.80 |
| **Net Income** | **4,734.80** |

**Dimensions**
**Balance Sheet**
**As of July 31, 2023**

10:55 AM
08/23/23
Accrual Basis

|  | Jul 31, 23 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1030 · Checking American National | 3,662.90 |
| 1035 · Payroll American National | 648.37 |
| **Total Checking/Savings** | 4,311.27 |
| **Accounts Receivable** | |
| 1200 · *Accounts Receivable | 654,400.92 |
| **Total Accounts Receivable** | 654,400.92 |
| **Other Current Assets** | |
| 1255 · Rec-Tapestry Senior Living | 1,700.00 |
| 1257 · Rec-Autumn Pointe | 47,801.42 |
| 1261 · Rec - Village Place | 36,576.74 |
| 1262 · Rec-Candlelight Lodge | 835,305.90 |
| 1263 · Reimbursed Expenses | 100,580.22 |
| 1266 · Rec-Greystone | 8,024.50 |
| 1499 · Undeposited Funds | 12,674.68 |
| **Total Other Current Assets** | 1,042,663.46 |
| **Total Current Assets** | 1,701,375.65 |
| **Fixed Assets** | |
| 2010 · EQUIPMENT | 150,634.83 |
| 2012 · ACCUM. DEPRN. - EQUIPMENT | -150,340.85 |
| **Total Fixed Assets** | 293.98 |
| **Other Assets** | |
| 1256 · Rec-Humboldt Assisted Living | 38,967.25 |
| **Total Other Assets** | 38,967.25 |
| **TOTAL ASSETS** | **1,740,636.88** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 4005 · Accounts Payable | 71,020.42 |
| **Total Accounts Payable** | 71,020.42 |
| **Other Current Liabilities** | |
| 4040 · Payroll Liabilities | 27,032.91 |
| 4250 · Loan  from Tapestry | 226,712.93 |
| 4251 · Payable - Autumn Pointe | 204,764.10 |
| 4252 · Payable-Humboldt Assisted Livin | 50,841.45 |
| 4253 · Payable-WB Real Estate of Iola | 32,267.11 |
| 4254 · Payable - Village Place | 79,989.33 |
| 4255 · Payable-Concepts Senior Living | 156,105.60 |
| **Total Other Current Liabilities** | 777,713.43 |
| **Total Current Liabilities** | 848,733.85 |
| **Long Term Liabilities** | |
| 4200 · Loan - Concepts | 4,600.00 |
| 4300 · Note Pay - Wilcox Properties | 7,300.00 |
| **Total Long Term Liabilities** | 11,900.00 |
| **Total Liabilities** | 860,633.85 |
| **Equity** | |
| 3000 · Opening Bal Equity | -3,249.01 |

**10:55 AM**

**Dimensions**

**08/23/23**

**Balance Sheet**

**Accrual Basis**

**As of July 31, 2023**

|  | Jul 31, 23 |
| --- | --- |
| 5000 · Partner One Equity | 204,883.23 |
| 5010 · Retained Earnings | 638,760.17 |
| Net Income | 39,608.64 |
| **Total Equity** | 880,003.03 |
| **TOTAL LIABILITIES & EQUITY** | **1,740,636.88** |

10:55 AM

08/23/23

Accrual Basis

# Dimensions
## Transactions by Account
### As of July 31, 2023

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **1030 · Checking American National** | | | | | | | | | |
| Bill Pmt -Check | 07/03/2023 | 7236 | City of Gretna | | X | 4005 · Account... | | 31.06 | 8,870.95 |
| Deposit | 07/03/2023 | | | Deposit | X | 1499 · Undepo... | | 115.19 | 8,839.89 |
| Bill Pmt -Check | 07/05/2023 | DM | Muzak | 125385 | X | 4005 · Account... | 4,500.00 | | 13,339.89 |
| Transfer | 07/06/2023 | | | Funds Transf... | X | 1035 · Payroll... | | 1,242.00 | 13,224.70 |
| Check | 07/07/2023 | 7237 | Amy Wilcox-Burns | | X | 7562 · Guarant... | | 2,833.33 | 11,982.70 |
| Check | 07/07/2023 | 7238 | Ryan Burns | | X | 7562 · Guarant... | | 2,333.33 | 9,149.37 |
| Bill Pmt -Check | 07/12/2023 | DM | Papillion Sanitation | | X | 4005 · Account... | | 49.25 | 6,816.04 |
| Liability Check | 07/13/2023 | DM | Empower Retirement | 375679-01 | X | -SPLIT- | | 174.91 | 6,766.79 |
| Bill Pmt -Check | 07/18/2023 | DM | T-Mobile | | X | 4005 · Account... | | 580.76 | 6,591.88 |
| Bill Pmt -Check | 07/19/2023 | DM | Amazon | | X | 7550 · Office S... | | 189.16 | 6,011.12 |
| Transfer | 07/20/2023 | | | Funds Transfer | X | 1035 · Payroll... | | 1,214.00 | 5,821.96 |
| Bill Pmt -Check | 07/20/2023 | 7241 | Unum (Life & AD&D) | Billing # 0603... | | 4005 · Account... | | 2.48 | 4,607.96 |
| Bill Pmt -Check | 07/20/2023 | 7242 | Unum | Billing # 0128... | | 4005 · Account... | | 633.20 | 4,605.48 |
| Bill Pmt -Check | 07/20/2023 | 7243 | Assurity Life Insuran... | | | 4005 · Account... | | 556.36 | 3,972.28 |
| Check | 07/21/2023 | 7239 | Amy Wilcox-Burns | | X | 7562 · Guarant... | | 2,833.33 | 3,415.92 |
| Check | 07/21/2023 | 7240 | Ryan Burns | | X | 7562 · Guarant... | | 2,333.33 | 582.59 |
| Bill Pmt -Check | 07/21/2023 | DM | Cox Communications | 501 7210 024... | X | 4005 · Account... | | 1,037.10 | -1,750.74 |
| Bill Pmt -Check | 07/25/2023 | DM | Amy Wilcox-Burns | | X | 4005 · Account... | | 42.00 | -2,787.84 |
| Bill Pmt -Check | 07/26/2023 | DM | OPPD | | X | 4005 · Account... | | 409.48 | -2,829.84 |
| Check | 07/26/2023 | DM | Amazon | | X | 7550 · Office S... | | 48.36 | -3,239.32 |
| Liability Check | 07/27/2023 | DM | Empower Retirement | 375679-01 | X | -SPLIT- | | 185.34 | -3,287.88 |
| Bill Pmt -Check | 07/31/2023 | DM | Principal Life Insura... | | | 4005 · Account... | | 170.51 | -3,473.02 |
| Bill Pmt -Check | 07/31/2023 | DM | United HealthCare | 399748 | | 4005 · Account... | | 3,106.23 | -3,643.53 |
| Liability Check | 07/31/2023 | DM | Nebraska Dept. of R... | 9478639 | | 4040 · Payroll... | | 52.34 | -6,749.76 |
| Deposit | 07/31/2023 | | | Deposit | X | 1499 · Undepo... | 6,000.00 | | -6,802.10 |
| Deposit | 07/31/2023 | | | Deposit | | 1499 · Undepo... | 4,500.00 | | 3,697.90 |
| Check | 07/31/2023 | | | Service Charge | X | 7120 · Bank S... | | 35.00 | 3,662.90 |
| **Total 1030 · Checking American National** | | | | | | | 15,000.00 | 20,208.05 | 3,662.90 |
| **TOTAL** | | | | | | | 15,000.00 | 20,208.05 | 3,662.90 |

10:56 AM

08/23/23

Accrual Basis

# Dimensions
## Transactions by Account
### As of July 31, 2023

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **1035 · Payroll American National** | | | | | | | | | |
| Liability Check | 07/06/2023 | | QuickBooks Payroll ... | Created by P... | X | -SPLIT- | | | 389.85 |
| Transfer | 07/06/2023 | | | Funds Transf... | X | 1030 · Checkin... | | 949.72 | -559.87 |
| Paycheck | 07/07/2023 | DD1602 | Hasting, Amy J | Direct Deposit | X | -SPLIT- | 1,242.00 | | 682.13 |
| Paycheck | 07/07/2023 | DD1603 | Roberts, Tawnya J | Direct Deposit | X | -SPLIT- | 0.00 | | 682.13 |
| Paycheck | 07/07/2023 | DD1604 | Wilcox, Karryn D | Direct Deposit | X | -SPLIT- | 0.00 | | 682.13 |
| Liability Check | 07/20/2023 | | QuickBooks Payroll ... | Created by P... | X | -SPLIT- | 0.00 | | -246.83 |
| Transfer | 07/20/2023 | | | Funds Transfer | X | 1030 · Checkin... | | 928.96 | 967.17 |
| Paycheck | 07/21/2023 | DD1605 | Hasting, Amy J | Direct Deposit | X | -SPLIT- | 1,214.00 | | 967.17 |
| Paycheck | 07/21/2023 | DD1606 | Wilcox, Karryn D | Direct Deposit | X | -SPLIT- | 0.00 | | 967.17 |
| Liability Check | 07/31/2023 | DM | Nebraska U.C. Fund | 0306631007 | X | 4040 · Payroll ... | 0.00 | 318.80 | 648.37 |
| Total 1035 · Payroll American National | | | | | | | 2,456.00 | 2,197.48 | 648.37 |
| **TOTAL** | | | | | | | **2,456.00** | **2,197.48** | **648.37** |

**Dimensions**

**A/R Aging Summary**

**As of July 31, 2023**

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **Arrowood Lane** | 22,368.23 | 0.00 | 0.00 | 0.00 | -3,790.40 | 18,577.83 |
| **Autumn Pointe** | 84,669.18 | 0.00 | 0.00 | 0.00 | -13,853.07 | 70,816.11 |
| **Candlelight Lodge** | 90,226.41 | 0.00 | 0.00 | 0.00 | 69,787.33 | 160,013.74 |
| **Greystone** | 51,141.92 | 0.00 | 0.00 | 0.00 | 0.00 | 51,141.92 |
| **Village Place** | 29,902.34 | 0.00 | 0.00 | 0.00 | 4,310.30 | 34,212.64 |
| **Village Ridge** | 343,489.18 | 0.00 | 0.00 | 0.00 | -98,355.38 | 245,133.80 |
| **TOTAL** | 621,797.26 | 0.00 | 0.00 | 0.00 | -41,901.22 | 579,896.04 |



**AMERICAN NATIONAL BANK**

PO Box 2139
Omaha, NE 68103-2139

**RETURN SERVICE REQUESTED**

DIMENSIONS IN SENIOR LIVING
122 N MC KENNA AVE
GRETNA NE 68028 - 8079

July 2023

Reporting Activity
July 03 2023 - July 31 2023

Page 1 of 5



Managing Your Accounts

Customer Service
During business hours

NE/IA: 800.279.0007
MN: 651.290.8176

Mailing Address

PO Box 2139
Omaha, NE 68103

Online Access

www.american.bank

## SUMMARY OF ACCOUNTS

| ACCOUNT TYPE | ACCOUNT NUMBER | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|---|
| Business Value | XXXXXX2711 | $6,667.52 | $10,352.52 |

# Business Value XXXXXX2711

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 7/03/23 | Beginning Balance | $6,667.52 |
| | Deposits (3) | $24,919.88 |
| | Withdrawals (23) | $21,234.88 |
| 7/31/23 | Ending Balance | $10,352.52 |

## Interest Summary

| Description | Amount |
|---|---|
| Average Ledger | $12,236.65 |
| Average Collected | $11,532.52 |
| Service Charge | $0.00 |
| Interest Paid | $0.00 |
| APY Earned | 0.00% |
| Interest Paid YTD | $0.00 |

## TRANSACTION ACTIVITY  FOR Business Value XXXXXX2711

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 07/03 | Online Xfer From/To: 320405251-D/3102711-D | $4,500.00 |
| 07/05 | Remote Deposit | $14,419.88 |
| 07/31 | Remote Deposit | $6,000.00 |

### WITHDRAWALS

| Date | Description | Debits |
|---|---|---|
| 07/03 | EDI PAYMTSUNITED HEALTHCAR 718790023339 ISA*00*    *00* *ZZ*1411289245 *ZZ*BNYMEL LON   *230703*1039*U*00401* | $-3,106.23 |
| 07/05 | EFT    MUZAK LLC 352995 | $-115.19 |



EQUAL HOUSING
LENDER

# Treasury Management

## Solutions Tailored to Fit Your Needs

Whether you are a small business owner, non-profit, or large corporation, our products and services are designed to meet your organization's unique needs.

## PAYABLES

### Business Bill Pay
Pay vendors without writing checks

### Automated Clearing House (ACH)
Low-cost, secure way to make and receive payments

### Business Credit Cards
Save time and money with a single card for expenses

### Wire Transfers
Transfer funds quickly and safely

## FRAUD PROTECTION

### Positive Pay
Protection against check fraud

## RECEIVABLES

### Remote Deposit Capture
Deposit checks 24/7 from the convenience of your office

### Merchant Services
A holistic approach to accepting card payments

## INFORMATION REPORTING & LIQUIDITY MANAGEMENT

### Business Online Banking
Comprehensive information reporting right at your fingertips

### Sweep/Zero Balance Accounts (ZBA)
Maximize use of funds and increase funds control

July 2023

| Date | Description | Amount |
|------|-------------|--------|
| 07/05 | INSUR CLM PLIC-SBD PACT#213161356 | $-170.51 |
| 07/06 | Online Xfer From/To: 3102711-D/3102703-D | $-1,242.00 |
| .1 | Account Analysis Charge | $-35.00 |
| 07/13 | WEB_PAY  WASTE CONNECTION 73091953071223 WEB  DIMENSIONS IN SENIOR L | $-49.25 |
| 07/17 | EMPOWER  EMPOWER 120024366591 ISA*00*    *00* *ZZ*EMPOWER    *ZZ*Dimens ions in S*230714*1046*U*00400* | $-174.91 |
| 07/20 | PCS SVC  T-MOBILE.COM 8186918 WEB  DIMENSIONS IN SENIOR L 800-937-8997 | $-580.76 |
| 07/20 | Online Xfer From/To: 3102711-D/3102703-D | $-1,214.00 |
| 07/24 | BANK DRAFT  COX COMM OMA fxzvd2QvyiJDC2D TEL  Dimensions in Senior L | $-1,037.10 |
| 07/27 | BILLPAY  OMAHA PUBLIC POW OMAHA PUBLIC PO TEL  IVR ANONYMOUS BILLPAY | $-409.48 |
| 07/31 | EMPOWER  EMPOWER 708187645846 ISA*00*    *00* *ZZ*EMPOWER    *ZZ*Dimens ions in S*230728*1044*U*00400* | $-185.34 |

## Checks Paid

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---------|------|--------|---------|------|--------|---------|------|--------|
| 7233 | 7/05 | 1781.44 | 7237 | 7/12 | 2833.33 | 7244 * | 7/26 | 42.00 |
| 7234 | 7/12 | 221.34 | 7238 | 7/12 | 2333.33 | 99514806 * | 7/19 | 189.16 |
| 7235 | 7/05 | 268.43 | 7239 | 7/26 | 2833.33 | 99902285 * | 7/26 | 48.36 |
| 7236 | 7/07 | 31.06 | 7240 | 7/26 | 2333.33 | | | |

* Denotes missing check numbers

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## DAILY BALANCES

| Date | Account | Balance | Date | Account | Balance | Date | Account | Balance |
|------|---------|---------|------|---------|---------|------|---------|---------|
| 07/03 | XXXXXX2711 | $8,061.29 | 07/12 | XXXXXX2711 | $13,449.54 | 07/24 | XXXXXX2711 | $10,204.36 |
| 07/05 | XXXXXX2711 | $20,145.60 | 07/13 | XXXXXX2711 | $13,400.29 | 07/26 | XXXXXX2711 | $4,947.34 |
| 07/06 | XXXXXX2711 | $18,903.60 | 07/17 | XXXXXX2711 | $13,225.38 | 07/27 | XXXXXX2711 | $4,537.86 |
| 07/07 | XXXXXX2711 | $18,872.54 | 07/19 | XXXXXX2711 | $13,036.22 | 07/31 | XXXXXX2711 | $10,352.52 |
| 07/11 | XXXXXX2711 | $18,837.54 | 07/20 | XXXXXX2711 | $11,241.46 | | | |

| Account: XXXXXX2711 | Date: 07-05-2023 |
|---|---|
| Number: 7233 | Amount: 1781.44 |



| Account: XXXXXX2711 | Date: 07-12-2023 |
|---|---|
| Number: 7234 | Amount: 221.34 |



| Account: XXXXXX2711 | Date: 07-05-2023 |
|---|---|
| Number: 7235 | Amount: 268.43 |



| Account: XXXXXX2711 | Date: 07-07-2023 |
|---|---|
| Number: 7236 | Amount: 31.06 |



| Account: XXXXXX2711 | Date: 07-12-2023 |
|---|---|
| Number: 7237 | Amount: 2833.33 |



| Account: XXXXXX2711 | Date: 07-12-2023 |
|---|---|
| Number: 7238 | Amount: 2333.33 |



| Account: XXXXXX2711 | Date: 07-26-2023 |
|---|---|
| Number: 7239 | Amount: 2833.33 |



| Account: XXXXXX2711 | Date: 07-26-2023 |
|---|---|
| Number: 7240 | Amount: 2333.33 |



| Account: XXXXXX2711 | Date: 07-26-2023 |
|---|---|
| Number: 7244 | Amount: 42.00 |



| Account: XXXXXX2711 | Date: 07-19-2023 |
|---|---|
| Number: 99514806 | Amount: 189.16 |

99902285

Charge To: Wilcox-Burns Amy    87IWCZ0FU24ZM5      07/25/23
07257000404

Pay to the order of: AMAZON.COM SERVI                 *48.36*

FORTY-EIGHT AND 36/100                                DOLLARS

ABA 104000854    Account 3102711          Pre-Authorized Payment

⑆99902285⑆ ⑈104000854⑈    ⑆3102711⑆ ⫽000004836⫽

Account: XXXXXX2711        Date: 07-26-2023
Number: 99902285           Amount: 48.36

---

**Remote Deposit**                    Credit

**DIMENSIONS IN SENIOR LIVING**
*DIMENSIONS OPERATING - 2711*          Date:      7/5/2023
122 N MC KENNA AVE                     Items:     4
GRETNA, NE 68028                       Amount:    $14,419.88
402-330-6840                           Batch ID:  18330065902
                                       Account ID: 1235141 8585421
                                       Acct Num:  3102711

Account: XXXXXX2711        Date: 07-05-2023
Number:                    Amount: 14419.88

---

**Remote Deposit**                    Credit

**DIMENSIONS IN SENIOR LIVING**
*DIMENSIONS OPERATING - 2711*          Date:      7/31/2023
122 N MC KENNA AVE                     Items:     1
GRETNA, NE 68028                       Amount:    $6,000.00
402-330-6840                           Batch ID:  18510468882
                                       Account ID: 1235141 8585421
                                       Acct Num:  3102711

Account: XXXXXX2711        Date: 07-31-2023
Number:                    Amount: 6000.00

11:13 AM

08/18/23

# Dimensions

## Reconciliation Summary

### 1030 · Checking American National, Period Ending 07/31/2023

|  | Jul 31, 23 |
|---|---|
| **Beginning Balance** | 6,667.52 |
|    **Cleared Transactions** | |
|      **Checks and Payments - 23 items** | -21,234.88 |
|      **Deposits and Credits - 3 items** | 24,919.88 |
|     **Total Cleared Transactions** | 3,685.00 |
| **Cleared Balance** | 10,352.52 |
|    **Uncleared Transactions** | |
|      **Checks and Payments - 19 items** | -11,189.62 |
|     **Total Uncleared Transactions** | -11,189.62 |
| **Register Balance as of 07/31/2023** | -837.10 |
|    **New Transactions** | |
|      **Checks and Payments - 9 items** | -10,159.42 |
|      **Deposits and Credits - 2 items** | 18,226.88 |
|     **Total New Transactions** | 8,067.46 |
| **Ending Balance** | 7,230.36 |

11:13 AM

08/18/23

# Dimensions
## Reconciliation Detail
### 1030 · Checking American National, Period Ending 07/31/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 6,667.52 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 23 items** | | | | | | |
| Bill Pmt -Check | 06/28/2023 | 7233 | Amy Wilcox-Burns | X | -1,781.44 | -1,781.44 |
| Bill Pmt -Check | 06/28/2023 | 7235 | Amy Wilcox-Burns | X | -268.43 | -2,049.87 |
| Bill Pmt -Check | 06/30/2023 | DM | United HealthCare | X | -3,106.23 | -5,156.10 |
| Bill Pmt -Check | 06/30/2023 | 7234 | Amy Wilcox-Burns | X | -221.34 | -5,377.44 |
| Bill Pmt -Check | 06/30/2023 | DM | Principal Life Insura... | X | -170.51 | -5,547.95 |
| Bill Pmt -Check | 07/03/2023 | 7236 | City of Gretna | X | -31.06 | -5,579.01 |
| Bill Pmt -Check | 07/05/2023 | DM | Muzak | X | -115.19 | -5,694.20 |
| Transfer | 07/06/2023 | | | X | -1,242.00 | -6,936.20 |
| Check | 07/07/2023 | 7237 | Amy Wilcox-Burns | X | -2,833.33 | -9,769.53 |
| Check | 07/07/2023 | 7238 | Ryan Burns | X | -2,333.33 | -12,102.86 |
| Bill Pmt -Check | 07/12/2023 | DM | Papillion Sanitation | X | -49.25 | -12,152.11 |
| Liability Check | 07/13/2023 | DM | Empower Retirement | X | -174.91 | -12,327.02 |
| Bill Pmt -Check | 07/18/2023 | DM | T-Mobile | X | -580.76 | -12,907.78 |
| Check | 07/19/2023 | DM | Amazon | X | -189.16 | -13,096.94 |
| Transfer | 07/20/2023 | | | X | -1,214.00 | -14,310.94 |
| Check | 07/21/2023 | 7239 | Amy Wilcox-Burns | X | -2,833.33 | -17,144.27 |
| Check | 07/21/2023 | 7240 | Ryan Burns | X | -2,333.33 | -19,477.60 |
| Bill Pmt -Check | 07/21/2023 | DM | Cox Communications | X | -1,037.10 | -20,514.70 |
| Bill Pmt -Check | 07/25/2023 | 7244 | Amy Wilcox-Burns | X | -42.00 | -20,556.70 |
| Bill Pmt -Check | 07/26/2023 | DM | OPPD | X | -409.48 | -20,966.18 |
| Check | 07/26/2023 | DM | Amazon | X | -48.36 | -21,014.54 |
| Liability Check | 07/27/2023 | DM | Empower Retirement | X | -185.34 | -21,199.88 |
| Check | 07/31/2023 | | | X | -35.00 | -21,234.88 |
| | | | **Total Checks and Payments** | | -21,234.88 | -21,234.88 |
| | | | | | | |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 06/30/2023 | | | X | 14,419.88 | 14,419.88 |
| Deposit | 07/03/2023 | | | X | 4,500.00 | 18,919.88 |
| Deposit | 07/31/2023 | | | X | 6,000.00 | 24,919.88 |
| | | | **Total Deposits and Credits** | | 24,919.88 | 24,919.88 |
| | | | **Total Cleared Transactions** | | 3,685.00 | 3,685.00 |
| **Cleared Balance** | | | | | 3,685.00 | 10,352.52 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 19 items** | | | | | | |
| Bill Pmt -Check | 01/31/2023 | | All Copy Products | | -900.81 | -900.81 |
| Bill Pmt -Check | 01/31/2023 | | Jean Wilcox | | -124.64 | -1,025.45 |
| Bill Pmt -Check | 01/31/2023 | | Storage Mart#1401 | | -103.00 | -1,128.45 |
| Bill Pmt -Check | 02/28/2023 | | Ryan Burns | | -72.09 | -1,200.54 |
| Bill Pmt -Check | 02/28/2023 | | Ryan Burns | | -365.67 | -1,566.21 |
| Bill Pmt -Check | 04/28/2023 | | Amy Wilcox-Burns | | -81.64 | -1,647.85 |
| Bill Pmt -Check | 04/28/2023 | | All Copy Products | | -2,697.24 | -4,345.09 |
| Bill Pmt -Check | 04/28/2023 | | Nebraska Health Ca... | | -475.00 | -4,820.09 |
| Bill Pmt -Check | 04/28/2023 | | U.S. Trustees | | -360.00 | -5,180.09 |
| Bill Pmt -Check | 06/09/2023 | | Ryan Burns | | -158.60 | -5,338.69 |
| Bill Pmt -Check | 06/09/2023 | | Amy Wilcox-Burns | | -25.99 | -5,364.68 |
| Bill Pmt -Check | 06/16/2023 | | All Copy Products | | -900.42 | -6,265.10 |
| Bill Pmt -Check | 06/16/2023 | DM | Pitney Bowes Purch... | | -403.40 | -6,668.50 |
| Bill Pmt -Check | 07/20/2023 | 7242 | Unum | | -633.20 | -7,301.70 |
| Bill Pmt -Check | 07/20/2023 | 7243 | Assurity Life Insuran... | | -556.36 | -7,858.06 |
| Bill Pmt -Check | 07/20/2023 | 7241 | Unum (Life & AD&D) | | -2.48 | -7,860.54 |
| Bill Pmt -Check | 07/31/2023 | DM | United HealthCare | | -3,106.23 | -10,966.77 |
| Bill Pmt -Check | 07/31/2023 | DM | Principal Life Insura... | | -170.51 | -11,137.28 |
| Liability Check | 07/31/2023 | DM | Nebraska Dept. of R... | | -52.34 | -11,189.62 |
| | | | **Total Checks and Payments** | | -11,189.62 | -11,189.62 |
| | | | **Total Uncleared Transactions** | | -11,189.62 | -11,189.62 |
| **Register Balance as of 07/31/2023** | | | | | -7,504.62 | -837.10 |

Page 1

11:13 AM

08/18/23

# Dimensions
## Reconciliation Detail
### 1030 · Checking American National, Period Ending 07/31/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **New Transactions** | | | | | | |
| **Checks and Payments - 9 items** | | | | | | |
| Bill Pmt -Check | 08/01/2023 | 7245 | City of Gretna | | -37.11 | -37.11 |
| Transfer | 08/04/2023 | | | | -1,548.00 | -1,585.11 |
| Check | 08/07/2023 | 7246 | Amy Wilcox-Burns | | -2,833.33 | -4,418.44 |
| Check | 08/07/2023 | 7247 | Ryan Burns | | -2,333.33 | -6,751.77 |
| Bill Pmt -Check | 08/08/2023 | DM | Black Hills Energy | | -50.15 | -6,801.92 |
| Bill Pmt -Check | 08/10/2023 | 7248 | Storage Mart#1401 | | -2,443.64 | -9,245.56 |
| Bill Pmt -Check | 08/16/2023 | 7251 | Unum | | -633.20 | -9,878.76 |
| Bill Pmt -Check | 08/16/2023 | 7249 | Assurity Life Insuran... | | -278.18 | -10,156.94 |
| Bill Pmt -Check | 08/16/2023 | 7250 | Unum (Life & AD&D) | | -2.48 | -10,159.42 |
| Total Checks and Payments | | | | | -10,159.42 | -10,159.42 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 08/06/2023 | | | | 4,500.00 | 4,500.00 |
| Deposit | 08/06/2023 | | | | 13,726.88 | 18,226.88 |
| Total Deposits and Credits | | | | | 18,226.88 | 18,226.88 |
| Total New Transactions | | | | | 8,067.46 | 8,067.46 |
| **Ending Balance** | | | | | **562.84** | **7,230.36** |



**AMERICAN NATIONAL BANK**

PO Box 2139
Omaha, NE 68103-2139

**RETURN SERVICE REQUESTED**

DIMENSIONS IN SENIOR LIVING
PAYROLL ACCOUNT
122 N MC KENNA AVE
GRETNA NE 68028 - 8079

July 2023

Reporting Activity
July 03 2023 - July 31 2023

Page 1 of 3

**Managing Your Accounts**

Customer Service
During business hours
NE/IA: 800.279.0007
MN: 651.290.8176

Mailing Address
PO Box 2139
Omaha, NE 68103

Online Access
www.american.bank

## SUMMARY OF ACCOUNTS

| ACCOUNT TYPE | ACCOUNT NUMBER | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|---|
| Business Value | XXXXXX2703 | $389.85 | $967.17 |

# Business Value XXXXXX2703

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 7/03/23 | Beginning Balance | $389.85 |
| | Deposits (2) | $2,456.00 |
| | Withdrawals (2) | $1,878.68 |
| 7/31/23 | Ending Balance | $967.17 |

## Interest Summary

| Description | Amount |
|---|---|
| Average Ledger | $769.84 |
| Average Collected | $769.84 |
| Service Charge | $0.00 |
| Interest Paid | $0.00 |
| APY Earned | 0.00% |
| Interest Paid YTD | $0.00 |

## TRANSACTION ACTIVITY FOR Business Value XXXXXX2703

**DEPOSITS AND CREDITS**

| Date | Description | Amount |
|---|---|---|
| 07/06 | Online Xfer From/To: 3102711-D/3102703-D | $1,242.00 |
| 07/20 | Online Xfer From/To: 3102711-D/3102703-D | $1,214.00 |

**WITHDRAWALS**

| Date | Description | Debits |
|---|---|---|
| 07/06 | QUICKBOOKS INTUIT PAYROLL S 760771058 | $-949.72 |
| 07/20 | QUICKBOOKS INTUIT PAYROLL S 760771058 | $-928.96 |



EQUAL HOUSING
LENDER

# Treasury Management

## Solutions Tailored to Fit Your Needs

Whether you are a small business owner, non-profit, or large corporation, our products and services are designed to meet your organization's unique needs.

## PAYABLES

### Business Bill Pay
Pay vendors without writing checks

### Automated Clearing House (ACH)
Low-cost, secure way to make and receive payments

### Business Credit Cards
Save time and money with a single card for expenses

### Wire Transfers
Transfer funds quickly and safely

## FRAUD PROTECTION

### Positive Pay
Protection against check fraud

## RECEIVABLES

### Remote Deposit Capture
Deposit checks 24/7 from the convenience of your office

### Merchant Services
A holistic approach to accepting card payments

## INFORMATION REPORTING & LIQUIDITY MANAGEMENT

### Business Online Banking
Comprehensive information reporting right at your fingertips

### Sweep/Zero Balance Accounts (ZBA)
Maximize use of funds and increase funds control

|  | Total For<br>This Period | Total<br>Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## DAILY BALANCES

| Date | Account | Balance | Date | Account | Balance | Date | Account | Balance |
|---|---|---|---|---|---|---|---|---|
| 07/03 | XXXXXX2703 | $389.85 | 07/06 | XXXXXX2703 | $682.13 | 07/20 | XXXXXX2703 | $967.17 |

11:15 AM

08/18/23

**Dimensions**

# Reconciliation Summary

### 1035 · Payroll American National, Period Ending 07/31/2023

|  | Jul 31, 23 |
|---|---|
| **Beginning Balance** | 389.85 |
| **Cleared Transactions** | |
| Checks and Payments - 2 items | -1,878.68 |
| Deposits and Credits - 7 items | 2,456.00 |
| **Total Cleared Transactions** | 577.32 |
| **Cleared Balance** | 967.17 |
| **Uncleared Transactions** | |
| Checks and Payments - 1 item | -318.80 |
| **Total Uncleared Transactions** | -318.80 |
| **Register Balance as of 07/31/2023** | 648.37 |
| **New Transactions** | |
| Checks and Payments - 2 items | -2,163.46 |
| Deposits and Credits - 6 items | 1,548.00 |
| **Total New Transactions** | -615.46 |
| **Ending Balance** | 32.91 |

11:15 AM

08/18/23

# Dimensions
## Reconciliation Detail
### 1035 · Payroll American National, Period Ending 07/31/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 389.85 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Liability Check | 07/06/2023 | | QuickBooks Payroll ... | X | -949.72 | -949.72 |
| Liability Check | 07/20/2023 | | QuickBooks Payroll ... | X | -928.96 | -1,878.68 |
| Total Checks and Payments | | | | | -1,878.68 | -1,878.68 |
| **Deposits and Credits - 7 items** | | | | | | |
| Transfer | 07/06/2023 | | | X | 1,242.00 | 1,242.00 |
| Paycheck | 07/07/2023 | DD1602 | Hasting, Amy J | X | 0.00 | 1,242.00 |
| Paycheck | 07/07/2023 | DD1604 | Wilcox, Karryn D | X | 0.00 | 1,242.00 |
| Paycheck | 07/07/2023 | DD1603 | Roberts, Tawnya J | X | 0.00 | 1,242.00 |
| Transfer | 07/20/2023 | | | X | 1,214.00 | 2,456.00 |
| Paycheck | 07/21/2023 | DD1605 | Hasting, Amy J | X | 0.00 | 2,456.00 |
| Paycheck | 07/21/2023 | DD1606 | Wilcox, Karryn D | X | 0.00 | 2,456.00 |
| Total Deposits and Credits | | | | | 2,456.00 | 2,456.00 |
| Total Cleared Transactions | | | | | 577.32 | 577.32 |
| **Cleared Balance** | | | | | 577.32 | 967.17 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Liability Check | 07/31/2023 | DM | Nebraska U.C. Fund | | -318.80 | -318.80 |
| Total Checks and Payments | | | | | -318.80 | -318.80 |
| Total Uncleared Transactions | | | | | -318.80 | -318.80 |
| **Register Balance as of 07/31/2023** | | | | | 258.52 | 648.37 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Liability Check | 08/04/2023 | | QuickBooks Payroll ... | | -1,211.24 | -1,211.24 |
| Liability Check | 08/21/2023 | | QuickBooks Payroll ... | | -952.22 | -2,163.46 |
| Total Checks and Payments | | | | | -2,163.46 | -2,163.46 |
| **Deposits and Credits - 6 items** | | | | | | |
| Transfer | 08/04/2023 | | | | 1,548.00 | 1,548.00 |
| Paycheck | 08/07/2023 | DD1607 | Hasting, Amy J | | 0.00 | 1,548.00 |
| Paycheck | 08/07/2023 | DD1609 | Wilcox, Karryn D | | 0.00 | 1,548.00 |
| Paycheck | 08/07/2023 | DD1608 | Roberts, Tawnya J | | 0.00 | 1,548.00 |
| Paycheck | 08/22/2023 | DD1610 | Hasting, Amy J | | 0.00 | 1,548.00 |
| Paycheck | 08/22/2023 | DD1611 | Wilcox, Karryn D | | 0.00 | 1,548.00 |
| Total Deposits and Credits | | | | | 1,548.00 | 1,548.00 |
| Total New Transactions | | | | | -615.46 | -615.46 |
| **Ending Balance** | | | | | **-356.94** | **32.91** |