**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| In re Dimensions In Senior Living, LLC et al.,[1] | ) | Case No. 22-80860 |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | Joint Administered |

**9013-1 NOTICE**

NOTICE IS HEREBY GIVEN TO ALL PARTIES IN INTEREST that Debtors filed their:

A.  MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 363, FED. R. BANK P. 6004, AND LOCAL R. BANK. P. 6004-1: (I) AUTHORIZING AND APPROVING THE SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES; AND (II) GRANTING RELATED RELIEF

NOTICE IS FURTHER GIVEN:

1.  That the last day to object or resist the above referenced filing is **OCTOBER 9, 2023**.

2.  That if the objection/resistance period expires without the filing of any objection or resistance, the Bankruptcy Court will consider entering an Order approving the referenced filings without further hearing.

Respectfully submitted.

                                              **Dimensions In Senior Living, LLC, et al., Debtors.**

By:    /s/ *Patrick R. Turner*
           TURNER LEGAL GROUP, LLC
           Patrick Turner (NE Bar No. 23461)
           139 S. 144th Street, Suite 665
           Omaha, Nebraska 68010
           Telephone: (402) 690-3675
           pturner@turnerlegalomaha.com

---

[1] Dimensions In Senior Living, LLC, Tax I.D. No. 76-0771058, Village Ridge, LLC, Tax I.D. No. 20-3042744, Village Place, LLC, Tax I.D. No. 81-2042780, WB Real Estate Of IOLA, LLC, Tax I.D. No. 46-5548614, Humboldt Assisted Living LLC, Tax I.D. No. 48-1221950, Wilcox Properties Of Columbia, LLC, Tax I.D. No. 43-1934089, Wilcox Properties Of Fort Calhoun, LLC, Tax I.D. No. 20-5822304.