**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| In re Dimensions In Senior Living, LLC et al.,[1] | ) | Case No. 22-80860 |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | Joint Administered |

## NOTICE OF CHANGES AND MODIFICATIONS TO BIDDING PROCEDURES TO BE USED IN RELATION TO THE PROPOSED SALE OF DEBTORS' ASSETS

COME NOWS Dimensions In Senior Living, LLC, Village Ridge, LLC, Village Place, LLC, WB Real Estate Of Iola, LLC, Humboldt Assisted Living LLC, Wilcox Properties Of Columbia, LLC, and Wilcox Properties Of Fort Calhoun, LLC (collectively, the "Debtors"), as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Chapter 11 Cases"), and hereby give this *Notice of Changes and Modifications to Bidding Procedures To Be Used In Connection With The Sale Of All Or Substantially All Of Debtors' Assets*, and in support of this same, the Debtors respectfully represent the following:

### Jurisdiction And Venue

1. On November 21, 2022, (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. This Court has jurisdiction over these cases pursuant to 28 U.S.C. § 1334 and venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. By Nebraska General Rule 1.5 of the United States District Court for the District of Nebraska, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination, as permitted by 28 U.S.C. § 157(a). This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (O).

2. On February 16, 2023, Debtors filed their *Motion For Order Approving Bidding Procedures To Be Used In Relation To The Proposed Sale Of Debtors Assets* (the "Procedures Motion"). Filing No. 130.

3. On March 24, 2023, the Court entered an *Order* granting the Procedures Motion and approving the bidding procedures detailed therein (the "Procedures Order"). Filing No. 161.

4. Among other items, the Procedures Order established May 15, 2023, as the deadline for interested parties to submit written bids for the purchase of some or all of Debtor's assets, and May 25, 2023, as the auction date for the sale of some or all of Debtor's assets.

5. Section II(J) of the Procedures Order states that "[i]f necessary to satisfy fiduciary duties, Debtors, in consultation with the Lender, may amend or supplement these Bidding Procedures at any time in any manner that is consistent with these Bidding Procedures and will best promote the goals of the Bidding Process, including extending or modifying the dates described herein and imposing other

---

[1] Dimensions In Senior Living, LLC, Tax I.D. No. 76-0771058, Village Ridge, LLC, Tax I.D. No. 20-3042744, Village Place, LLC, Tax I.D. No. 81-2042780, WB Real Estate Of IOLA, LLC, Tax I.D. No. 46-5548614, Humboldt Assisted Living LLC, Tax I.D. No. 48-1221950, Wilcox Properties Of Columbia, LLC, Tax I.D. No. 43-1934089, Wilcox Properties Of Fort Calhoun, LLC, Tax I.D. No. 20-5822304.

terms and conditions on Preliminarily Qualified Bidders and Qualified Bidders.

6. Debtors have received multiple bids and proposals that are quite varied in nature. These bids vary based on acquisition terms, purchase price, which particular facilities would be purchased (some vs all), and whether or not a potential buyer would be able to assume certain of Debtors' loans as part of the consideration package. Debtors require additional time to finalize negotiations, allow some or all of the Lenders to undertake loan assumption negotiations and/or underwriting steps, and to determine if an auction process remains necessary or feasible or whether Debtors should move forward with plans of reorganization.

7. After consultation and prior notice with and to Debtor's broker, B. Riley Advisory Services, and prior notice given to Debtors' Lenders, as well as at the request of several interested parties, and pursuant to Section II(J) of the Procedures Order, Debtors provide Notice that the bidding procedures approved by the Procedures Order are hereby modified as follows:

b. Unless the Lender is the only Qualified Bidder, an auction (the "Auction") shall be conducted at a time and place to be identified and beginning at 10:00 a.m. (Central Standard Time) on **October 13, 2023**, or such other place and time as Debtors shall notify all Qualified Bidders who have submitted Qualified Bids and expressed their intent to participate in the Auction, as set forth above.

8. Other than the modifications to the bid deadline and auction date, all other provisions bidding procedures approved by the Procedures Order are unaltered at this time.

9. Debtors reserve the right to make additional amendments and modifications to the bidding procedures approved by the Procedures Order pursuant to Section II(J) of the Procedures Order.

**Dimensions In Senior Living, LLC et al, Debtors.**

By:    /s/ *Patrick R. Turner*
       TURNER LEGAL GROUP, LLC
       Patrick Turner (NE Bar No. 23461)
       139 S. 144th Street, Suite 665
       Omaha, Nebraska 68010
       Telephone: (402) 690-3675
       pturner@turnerlegalomaha.com

Counsel for Debtors.