**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| In re Dimensions In Senior Living, LLC et al.,[1] | ) | Case No. 22-80860 |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | Joint Administered |

## SECOND APPLICATION FOR INTERIM APPROVAL OF FEES AND EXPENSES

COMES NOW Turner Legal Group, LLC ("Applicant"), pursuant to Fed. R. Bank. P. 2016 and Neb. R. Bank. P. 2016-1, 11 U.S.C. § 330, and the Motion to Approve Procedures for Interim Compensation and Reimbursement of Professional Fees previously entered and approved by this Court, the undersigned submits this Second Application for Interim Approval of Fee and Expense for Debtors' Counsel.

## BACKGROUND

1.   On November 21, 2022, (the "Petition Date"), Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  This Court has jurisdiction over this case pursuant to 28 U.S.C. §1334.  Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  No party has requested the appointment of a trustee or examiner in the Chapter 11 Cases, and no committees have been appointed or designated.

2.   On November 23, 2022, Debtors filed their *Motion To Approve Procedures For Interim Compensation And Reimbursement Of Professional Fees* at Filing No. 17, which motion was approved by this Court on December 28, 2022, at Filing No. 71 (the "Procedures").

3.   On May 17, 2023, Applicant filed its Application for Interim Approval of Fee and Expenses (the "First Application").  Filing No. 197.  On July 6, 2023, the Court entered an Order approving the First Application awarding fees of $60,412.00 and expenses of $1,889.94.  Of this amount, $32,193.00 in fees and $0.00 in expenses remain outstanding.  Applicant possesses $52,994.00 in trust.

4.   In accordance with the Procedure, Applicant submits this Second Application for Interim Approval of Fee and Expense of Attorney's Fees and Expenses of actual and necessary costs and expenses incurred by Applicant as Counsel to Debtors from April 1, 2023, to June 30, 2023 (the "Period").

5.   Applicant was employed by Debtors on an hourly basis for the purpose of representing Debtors in the conduct of these Chapter 11 Case and its business affairs.  Applicant was employed to perform all services as were necessary or reasonable for and on behalf of Debtors on an hourly basis, with no budget or limitation being imposed upon services rendered or fees incurred in connection therewith.

6.   The names and hourly rates of all of Applicant's attorneys, paralegals and legal assistants who billed time with respect to this case are as set forth on Exhibit "A", as attached hereto and by this reference incorporated herein.  The hourly rates reflected on Exhibit "A" are the customary and standard hourly rates for

---

[1] Dimensions In Senior Living, LLC, Tax I.D. No. 76-0771058, Village ridge, LLC, Tax I.D. No. 20-3042744, Village Place, LLC, Tax I.D. No. 81-2042780, Wb Real Estate Of Iola, LLC, Tax I.D. No. 46-5548614, Humboldt Assisted Living LLC, Tax I.D. No. 48-1221950, Wilcox Properties Of Columbia, LLC, Tax I.D. No. 43-1934089, Wilcox Properties Of Fort Calhoun, LLC, Tax I.D. No. 20-5822304..

such attorneys, paralegals and legal assistants.  The average hourly rate charged by Applicant to Debtors during the Period ranges between $100.00/h to $310.00/h.

7.   Attached hereto as Exhibit "A" is a break-down by project code that includes the numbers of hours spent by Applicant per ABA Bankruptcy Code project categories.  A copies of a applicable invoices are set forth on Exhibit "C" attached hereto.

8.   All services for which compensation is requested by Applicant were performed for and on behalf of Debtors and not on behalf of any other person.  The services rendered by Applicant in this case were necessary and have aided in the collection, preservation, and sale of the assets of the estates, and the orderly administration thereof.

9.   The reasonable value of the services rendered by Applicant as counsel for Debtors in this Chapter 11 case during the Period is $31,968.50.  Of this amount, $31,968.50 remains outstanding.

10.  Applicant has expended the sum of $538.74 for actual and necessary costs and expenses incurred by Applicant as counsel to Debtors during the Period.  Of this amount $538.74 remains outstanding.

11.  Set forth on Exhibit "A" is a detailed listing of Applicant's out-of-pocket expenses incurred with reference to this case.

## CASE STATUS

12.  The Plans and Disclosure Statements have not yet been filed in this case.  Debtors intend to file multiple plans and disclosure statements following the sale process described below.

13.  To the best of Applicant's knowledge, all UST Quarterly Fees are current and all Monthly Operating Reports have been filed.

14.  On February 6, 2023, Debtors filed there: (i) *Motion For Order Approving Bidding Procedures To Be Used In Relation To The Proposed Sale Of Debtors Assets* (Filing No. 130) (the "Procedures Motion"); and (ii) their *Motion For Order Pursuant To 11 U.S.C. §§ 105(a) and 365 And fed. R. Bankp. 6006 Authorizing And Approving Procedures Governing The Assumption And Assignment Of Executory Contracts And Unexpired Leases* (Filing No. 131) (the "Assumption Motion").

15.  The Assumption Motion was approved by Order of the Court on March 10, 2023. Filing No. 154. The Procedures Motion was approved by Order of the Court on March 10, 2023. Filing No. 161.

16.  During this time, Debtors' Financial Advisor, B. Riley Advisory Services, has undertaken a substantial marketing process that is generating substantial interest in Debtors' assets as a going concern.[2]  As things stand, the sale process remains ongoing and Debtors are speaking with multiple parties interested in purchase some or all of Debtors' assets.  Following this sale process, Debtors intend to file one or more plans of reorganization and disclosure statements.

17.  At the same time, Debtors retained the services of Paul Land and Plaza Commercial Realty to act as a licensed real estate broker to market the assets of Wilcox Properties of Columbia, LLC ("Columbia").  On September 8, 2023, Debtors filed their Amended Motion to Sell (Filing No. 254) in which Debtors sought permission to sell certain assets of Columbia to a third party (the "Sale Motion").  On October 13, 2023, the Court entered an Order granting the Sale Motion and Debtors anticipate closing this sale within the next 21 days.

---

[2] B. Riley is not, however, actively marketing the assets of Wilcox Properties of Columbia, LLC.

## **CONCLUSION**

18.  Applicant requests that the Court approve this fee application pursuant to 11 U.S.C. § 330 as fees and expenses which were reasonable, actual and necessary to the administration of the bankruptcy estate.

WHEREFORE, Debtors respectfully request that the Court enter an order: (a) granting this motion; (b) approving compensation in the amount of $31,968.50 and approving expenses in the amount of $538.74; and (c) granting such other and further relief as is just and proper.

Dated this 25th day of October, 2023.

By: /s Patrick Turner
Patrick R. Turner (#23461)
Turner Legal Group, LLC
14707 California Street, #1
Omaha, NE 68154
Tel: 402-690-3675
pturner@turnerlegalomaha.com

Counsel for Debtors.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| In re Dimensions In Senior Living, LLC et al., | ) | Case No. 22-80860 |
| | ) | |
| Debtors. | ) | Chapter 11, Joint Administered |

**Exhibit "A"**
**SUMMARY SHEET**

1. Total Compensation and Expenses Currently Requested in this Application.
   a. Fees –           $31,968.50 (100% Amount listed)
   b. Expenses –     $538.74

2. Total Compensation and Expenses Previously Requested (Petition Date through March 20, 2023).
   a. Fees –           $60,412.00
   b. Expenses –     $1,889.94

3. Total Compensation and Expenses Previously Awarded by the Court
   a. Fees –           $60,412.00
   b. Expenses –     $1,889.94

4. Name and Current Billing Rate for each person who billed time during period, total hours billed, average billing rate, and total fees billed:

| Timekeeper Name | Role | Work Hours | Work Rate | Work Amount |
|---|---|---|---|---|
| Turner, Patrick R | Attorney | 92.7 | $310.00 | $28,737.00 |
| Jenna Taylor | Paralegal | 28.1 | $115.00 | $3,231.50 |
| **Total** | | | | $31,968.50 |

5. Detailed listing of Applicant's out-of-pocket expenses incurred with reference to this case:

| Work Date | Cost Type | Amount |
|---|---|---|
| 06/12/2023 | Printing, Postage and Mailing Fees | $538.74 |

6. Project Codes.

| Task-Code | Task | Work Hours | Work Amount |
|---|---|---|---|
| B110 | B110 Case Administration. | 22.2 | $3,957.00 |
| B130 | B130 Asset Disposition. | 26.8 | $8,308.00 |
| B140 | B140 Relief from Stay/Adequate Protection Proceedings. | 5.2 | $1,612.00 |
| B160 | B160 Fee/Employment Applications. | 13.1 | $1,506.50 |
| B210 | B210 Business Operations. | 41.8 | $12,958.00 |
| B310 | B310 Claims Administration and Objections. | 11.7 | $3,627.00 |
| Total | | 120.80 | $31,968.50 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| In re Dimensions In Senior Living, LLC et al., | ) | Case No. 22-80860 |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | Joint Administered |

**Exhibit "C"**

**INVOICES**

# Turner Legal Group, LLC

# INVOICE

139 S. 144TH STREET
#665
Omaha, 68010
pturner@turnerlegalomaha.com
https://turnerlegalomaha.com/
O: (402) 690-3675

| | |
|---|---|
| Number | 548 |
| Issue Date | 5/1/2023 |
| Due Date | 5/31/2023 |
| Email | amyburns@dimsrlvg.com |

## Bill To:

Amy Wilcox-Burns

O: (402) 898-1079

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>4/3/2023<br>B210. Status call with Mr. Biehl re Columbia property. | Patrick Turner | $310.00 | 0.10 | $31.00 |
| Time<br>4/3/2023<br>B140. Addressing sale offers and appraisal needs. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>4/4/2023<br>B210. Reviewing property appraisals. | Patrick Turner | $310.00 | 1.10 | $341.00 |
| Time<br>4/4/2023<br>B210. Reviewing summary of reserve and maintenance and escrow accounts. | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>4/7/2023<br>B140. Reviewing additional Columbia purchase offer. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>4/10/2023<br>B210. Addressing E&S fee application revisions. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>4/10/2023<br>B210. Status call with Mr. Burns. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>4/10/2023<br>B210. Status call with Ms. Taylor. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>4/10/2023<br>B140. Continuing review and analysis of appraisals. | Patrick Turner | $310.00 | 1.50 | $465.00 |
| Time<br>4/10/2023<br>B210. Preparing for and attending status conference with Mrs. Burns and Ms. Taylor. | Patrick Turner | $310.00 | 1.50 | $465.00 |
| Time<br>4/11/2023<br>B210. Addressing Storage Mart bill. | Patrick Turner | $310.00 | 0.20 | $62.00 |

| Time Entries | Billed | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>4/11/2023<br>B210. Status call with Mr. Biehl. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>4/11/2023<br>B210. Addressing status list with ANB including addressing process to address insurance claim and repairs. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>4/11/2023<br>B210. Addressing Farmers State Bank ACH agreement. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>4/11/2023<br>B140. Reviewing additional Columbia sale offers. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>4/12/2023<br>B210. Addressing inquiries from ANB re taxes and escrow issues. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>4/13/2023<br>B310. Addressing Deere and Co. claim resolution. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>4/13/2023<br>B210. Addressing inquiry from Mr. Whaley re sale offers on Fort Calhoun. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>4/13/2023<br>B210. Reviewing new budgets. | Patrick Turner | $310.00 | 0.80 | $248.00 |
| Time<br>4/13/2023<br>B140. Addressing Columbia sale issues. | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>4/13/2023<br>B210. Reviewing MORs. | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>4/13/2023<br>B210. Addressing and researching Columbia insurance policy and law re impact on property sale on insurance claim. | Patrick Turner | $310.00 | 2.50 | $775.00 |
| Time<br>4/14/2023<br>B140. Addressing new Columbia sale offer. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>4/17/2023<br>B140. Status call with Mr. Land re Columbia Sale. | Patrick Turner | $310.00 | 0.10 | $31.00 |
| Time<br>4/17/2023<br>B210. Status Call with Mr. Biehl. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>4/17/2023<br>B210. Addressing Berkadia payment inquiry. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>4/17/2023<br>B140. Addressing new Columbia sale offer. | Patrick Turner | $310.00 | 0.40 | $124.00 |

| Time Entries | Billed | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>4/18/2023<br>B140. Addressing new Columbia sale offer. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>4/18/2023<br>B210. Status Call with Mr. Biehl. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>4/19/2023<br>B210. Call with Ms. Taylor re MORs. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>4/19/2023<br>B210. Addressing Columbia insurance issues. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>4/19/2023<br>B210. Reviewing draft MORs for March. | Patrick Turner | $310.00 | 0.60 | $186.00 |
| Time<br>4/19/2023<br>B210. Addressing fee application issues. | Patrick Turner | $310.00 | 0.70 | $217.00 |
| Time<br>4/19/2023<br>B140. Status call with Mr. Peil re asset sale. | Patrick Turner | $310.00 | 0.80 | $248.00 |
| Time<br>4/20/2023<br>B210. Addressing and analyzing Columbia insurance issues re UST request. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>4/21/2023<br>B210. Addressing MORs. | Patrick Turner | $310.00 | 1.60 | $496.00 |
| Time<br>4/21/2023<br>B310. Analyzing Champions claim issues and possible counteraction. | Patrick Turner | $310.00 | 1.80 | $558.00 |
| Time<br>4/21/2023<br>B310. Continuing claim analysis. | Patrick Turner | $310.00 | 2.90 | $899.00 |
| Time<br>4/21/2023<br>B140. Status call with Mr. Heiman. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>4/21/2023<br>B140. Addressing Columbia sale offers. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>4/21/2023<br>B210. Addressing StoragMart issues. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>4/24/2023<br>B210. Researching and analyzing status on National Registry of Historic Buildings on BK sale. | Patrick Turner | $310.00 | 2.20 | $682.00 |
| Time<br>4/25/2023<br>B210. Addressing with Cintas re unpaid bills. | Patrick Turner | $310.00 | 0.30 | $93.00 |

| Time Entries | Billed | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>4/26/2023<br>B210. Continuing research re BK court jurisdiction and stay issues in continued state court litigation. | Patrick Turner | $310.00 | 1.80 | $558.00 |
| Time<br>4/26/2023<br>B140. Addressing new Columbia sale offer. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>4/27/2023<br>B210. Addressing Farmers Bank ACH issues. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>4/27/2023<br>B140. Continuing to address Columbia sale offers and issues. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>4/27/2023<br>B210. Status call with Mr. Heiman re DISL issues. | Patrick Turner | $310.00 | 0.70 | $217.00 |
| Time<br>4/28/2023<br>B140. Reviewing Broker information request. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| | Time Entries Total | | 32.50 | $10,075.00 |

| | |
|---|---|
| Total (USD) | $10,075.00 |
| Paid | $0.00 |
| Balance | $10,075.00 |
| I-511 Previous Balance | $9,616.00 |
| I-521 Previous Balance | $14,610.94 |
| I-533 Previous Balance | $9,856.00 |
| Total Outstanding | $44,157.94 |

# Turner Legal Group, LLC

# INVOICE

139 S. 144TH STREET
#665
Omaha, 68010
pturner@turnerlegalomaha.com
https://turnerlegalomaha.com/
O: (402) 690-3675

| | |
|---|---|
| Number | 563 |
| Issue Date | 5/26/2023 |
| Due Date | 6/25/2023 |
| Email | amyburns@dimsrlvg.com |

## Bill To:

Amy Wilcox-Burns

O: (402) 898-1079

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>4/7/2023<br>B160. Categorization of time entries for March for monthly fee application. Billged by Jenna Taylor. | Patrick Turner | $115.00 | 0.30 | $34.50 |
| Time<br>4/10/2023<br>B110. Meeting with PT AWB and RB to discuss outstanding issues and sale. Meeting with PT to discuss case administration and outstanding issues. Billed by Jenna Taylor. | Patrick Turner | $115.00 | 1.00 | $115.00 |
| Time<br>4/10/2023<br>B160. Emails to PT and PH regarding 1st Monthly Fee App and slight revision to the same. Billed by Jenna Taylor. | Patrick Turner | $115.00 | 0.20 | $23.00 |
| Time<br>4/15/2023<br>B110. Review and of Operating Reports for the Debtor specifically balances and AR and PL. Correction to cumulative Totals on DISL and Humboldt Operating Report. Email to PT and AWB regarding the same. Billed by Jenna Taylor. | Patrick Turner | $115.00 | 1.80 | $207.00 |
| Time<br>4/18/2023<br>B110. Review of Operating Report for Valley Ridge. Finalize reports specifically Section 5 payments to lawyers. Billed by Jenna Taylor. | Patrick Turner | $115.00 | 0.80 | $92.00 |
| Time<br>4/19/2023<br>B160. Drafting of First Interim Application. Determination of March Amounts and Categorization Totals for application. Drafting of all exhibits with calculations. Billed by Jenna Taylor. | Patrick Turner | $115.00 | 3.10 | $356.50 |
| Time<br>4/19/2023<br>B110. Conference with PT regarding Operating Reports and final revisions of the same. Billed by Jenna Taylor. | Patrick Turner | $115.00 | 0.20 | $23.00 |
| Time<br>4/21/2023<br>B160. Continuation on First Interim Fee Application. Review of UST 1996 Guidelines to aid in drafting of interim application. Additional information gathered for background and case status sections. Billed by Jenna Taylor. | Patrick Turner | $115.00 | 1.20 | $138.00 |

| Time Entries | Billed | Rate | Hours | Sub |
|---|---|---|---|---|
| **Time Entries Total** | | | **8.60** | **$989.00** |

| | |
|---|---|
| Total (USD) | $989.00 |
| Paid | $0.00 |
| Balance | $989.00 |
| I-511 Previous Balance | $9,616.00 |
| I-521 Previous Balance | $14,610.94 |
| I-533 Previous Balance | $9,856.00 |
| I-548 Previous Balance | $10,075.00 |
| Total Outstanding | $45,146.94 |

# Turner Legal Group, LLC

# INVOICE

139 S. 144TH STREET
#665
Omaha, 68010
pturner@turnerlegalomaha.com
https://turnerlegalomaha.com/
O: (402) 690-3675

| Number | 571 |
|---|---|
| Issue Date | 6/16/2023 |
| Due Date | 7/16/2023 |
| Email | amyburns@dimsrlvg.com |

## Bill To:

Amy Wilcox-Burns

O: (402) 898-1079

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>5/1/2023<br>B210. Reviewing Ombudsman reports. | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>5/1/2023<br>B140. Reviewing Debtor financials for sale due diligence. | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>5/1/2023<br>B310. Addressing challenge of Champions judgment in Iowa court. | Patrick Turner | $310.00 | 1.40 | $434.00 |
| Time<br>5/1/2023<br>B140. Addressing sale offers re Columbia property. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>5/1/2023<br>B210. Status call with Mr. Heiman. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>5/2/2023<br>B210. Addressing Cintas post-petition services claim. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>5/2/2023<br>B310. Addressing challenge of Champions judgment in Iowa court. | Patrick Turner | $310.00 | 0.60 | $186.00 |
| Time<br>5/2/2023<br>B140. Reviewing Debtor financials for sale due diligence. | Patrick Turner | $310.00 | 0.80 | $248.00 |
| Time<br>5/3/2023<br>B210. Addressing inquiry from Mr. Burns re VP repair process. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>5/3/2023<br>B310. Addressing possible resolution of Champions claim challenge. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>5/3/2023<br>B140. Reviewing additional due diligence information re sale inquiries. | Patrick Turner | $310.00 | 0.90 | $279.00 |

| Time Entries | Billed | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>5/4/2023<br>B310. Addressing Deere claim issues. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>5/4/2023<br>B210. Status call with Mr. Biehl re ANB issues. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>5/4/2023<br>B140. Status call with Mr. Peil re sale. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>5/4/2023<br>B160. Final Review of First Interim Fee Application. Billed by Jenna Taylor. | Patrick Turner | $115.00 | 0.80 | $92.00 |
| Time<br>5/4/2023<br>B160. Draft of Erickson Sederstrom March Fee Application with all Exhibits and Classification of Time Entries for ABA Codes. Billed by Jenna Taylor. | Patrick Turner | $115.00 | 1.80 | $207.00 |
| Time<br>5/4/2023<br>B110. Addressing interim fee application. | Patrick Turner | $310.00 | 1.20 | $372.00 |
| Time<br>5/5/2023<br>B130. Addressing revised budgets and cash collateral stipulations. | Patrick Turner | $310.00 | 2.10 | $651.00 |
| Time<br>5/5/2023<br>B110. Addressing E&S fee application. | Patrick Turner | $310.00 | 0.70 | $217.00 |
| Time<br>5/5/2023<br>B210. Status call with Mr. Heiman. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>5/5/2023<br>B140. Reviewing revised Columbia property offer. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>5/8/2023<br>B140. Status call with Whaley. | Patrick Turner | $310.00 | 0.10 | $31.00 |
| Time<br>5/8/2023<br>B140. Reviewing status of Columbia offers. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>5/8/2023<br>B130. Addressing CC budgets and related issues. | Patrick Turner | $310.00 | 0.80 | $248.00 |
| Time<br>5/8/2023<br>B310. Addressing and reviewing Motion for Relief and possible answer to IA lawsuit and motion to Vacate IA judgments. | Patrick Turner | $310.00 | 1.30 | $403.00 |
| Time<br>5/8/2023<br>B210. Addressing response to Missouri AG civil complaint. | Patrick Turner | $310.00 | 1.50 | $465.00 |
| Time<br>5/9/2023<br>B310. Addressing order re Champions MFR and impact on IA proceedings. | Patrick Turner | $310.00 | 0.70 | $217.00 |

| Time Entries | Billed | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>5/9/2023<br>B210. Reviewing UST statement of UST fees and reviewing past MORs. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>5/9/2023<br>B140. Addressing ANB inquiry re status of sale. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>5/10/2023<br>B210. Addressing Debtor inquiry re repairs and improvements to facilities. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>5/10/2023<br>B140. Status call with Mr. Land re Columbia. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>5/10/2023<br>B140. Status call with Mr. Peil. | Patrick Turner | $310.00 | 0.10 | $31.00 |
| Time<br>5/10/2023<br>B140. Addressing changes to bid deadlines. | Patrick Turner | $310.00 | 0.60 | $186.00 |
| Time<br>5/10/2023<br>B130. Addressing revised CC stipulations and budgets. | Patrick Turner | $310.00 | 1.20 | $372.00 |
| Time<br>5/10/2023<br>B110. Addressing UST fees and review of operating reports for possible amendment. | Patrick Turner | $310.00 | 1.50 | $465.00 |
| Time<br>5/11/2023<br>B140. Status call with Mr. Peil and banks. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>5/11/2023<br>B310. Addressing renewed Champions MFR and hearings. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>5/12/2023<br>B210. Call with Ms. Taub re MORs and fee applications. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>5/12/2023<br>B140. Addressing Columbia sale updates. | Patrick Turner | $310.00 | 0.70 | $217.00 |
| Time<br>5/12/2023<br>B110. Status Conference with PT. Conference regarding extension on bidding procedures with PT and various creditor attorneys. Billed by Jenna Taylor. | Patrick Turner | $115.00 | 0.50 | $57.50 |
| Time<br>5/15/2023<br>B140. Addressing modifications to bidding procedures and creditor inquires re same. | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>5/15/2023<br>B210. Initial review of April MORs. | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>5/15/2023<br>B140. Call with Mr. Whaley re sale status. | Patrick Turner | $310.00 | 0.10 | $31.00 |

| Time Entries | Billed | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>5/15/2023<br>B210. Addressing inquiry from Ms. Pham re VR bank balances. | Patrick Turner | $310.00 | 0.10 | $31.00 |
| Time<br>5/15/2023<br>B140. Addressing Champions inquiry into Iowa property sale. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>5/15/2023<br>B140. Addressing inquiry from Mr. Land re Motion for Relief impact on Columbia. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>5/16/2023<br>B210. Addressing VR necessary repairs and fund request. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>5/16/2023<br>B210. Addressing Deere claim resolution. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>5/16/2023<br>B210. Reviewing revised MORs. | Patrick Turner | $310.00 | 0.80 | $248.00 |
| Time<br>5/16/2023<br>B310. Addressing sale inquiry re Helix and reviewing Helix claim for possible preference action. | Patrick Turner | $310.00 | 0.80 | $248.00 |
| Time<br>5/16/2023<br>B110. Drafts of April Operating Reports and review of supporting documents. Billed by Jenna Taylor. | Patrick Turner | $115.00 | 2.00 | $230.00 |
| Time<br>5/17/2023<br>B110. Addressing TLG and E&S fee applications. | Patrick Turner | $310.00 | 1.10 | $341.00 |
| Time<br>5/17/2023<br>B110. Status call with Ms. Taylor re fee application issues. | Patrick Turner | $310.00 | 0.10 | $31.00 |
| Time<br>5/17/2023<br>B310. Reviewing update of Champions hearing on motion to set aside. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>5/18/2023<br>B110. Status call with Ms. Taylor re fee application issues. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>5/18/2023<br>B110. Addressing possible need to amend MORs to address possible quarterly fee overpayment. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>5/18/2023<br>B210. Addressing ANB forbearance request. | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>5/18/2023<br>B110. Review of case law on UST Fees and meaning of disbursements and Review of VR disbursements on Operating reports versus Profit Loss Statement. Conference with PT to discuss the same. Billed by Jenna Taylor. | Patrick Turner | $115.00 | 2.30 | $264.50 |

| Time Entries | Billed | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>5/19/2023<br>B140. Addressing sale updates from Mr. Peil. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>5/22/2023<br>B110. Reviewing revised MORs. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>5/22/2023<br>B140. Addressing NDA and sale issues from new potential buyer. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>5/23/2023<br>B210. Status call with Mr. Biehl re ANB cash issues. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>5/23/2023<br>B130. Addressing status of Berkadia cc stipulation and reserve account. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>5/23/2023<br>B130. Addressing status of ANB cc stipulation. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>5/23/2023<br>B210. Finalizing and filing MORs. | Patrick Turner | $310.00 | 1.40 | $434.00 |
| Time<br>5/24/2023<br>B210. Addressing UST inquiry into daily balance of VR bank accounts. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>5/25/2023<br>B210. Addressing VR request for repairs. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>5/26/2023<br>B110. Addressing fee application. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>5/26/2023<br>B160. Drafting of April Monthly Fee App and Exhibits. Billed by Jenna Taylor. | Patrick Turner | $115.00 | 1.10 | $126.50 |
| Time<br>5/30/2023<br>B210. Status call with Mr. Burns. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>5/30/2023<br>B210. Status call with Mr. Biehl re ANB cash issues. | Patrick Turner | $310.00 | 0.10 | $31.00 |
| Time<br>5/30/2023<br>B140. Addressing and reviewing status of sale process. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>5/31/2023<br>B210. Addressing Champions claim challenge in light of court orders re stay relief. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>5/31/2023<br>B140. Addressing buyer inquiry re seller financing. | Patrick Turner | $310.00 | 0.60 | $186.00 |

| Time Entries | Billed | Rate | Hours | Sub |
|---|---|---|---|---|
| **Time Entries Total** | | | **46.00** | **$12,602.50** |

| | |
|---|---|
| Total (USD) | $12,602.50 |
| Paid | $0.00 |
| Balance | $12,602.50 |
| I-511 Previous Balance | $9,616.00 |
| I-521 Previous Balance | $14,610.94 |
| I-533 Previous Balance | $9,856.00 |
| I-548 Previous Balance | $10,075.00 |
| I-563 Previous Balance | $989.00 |
| Total Outstanding | $57,749.44 |

# Turner Legal Group, LLC

# INVOICE

139 S. 144TH STREET
#665
Omaha, 68010
pturner@turnerlegalomaha.com
https://turnerlegalomaha.com/
O: (402) 690-3675

| Number | 583 |
|---|---|
| Issue Date | 7/7/2023 |
| Due Date | 8/6/2023 |
| Email | amyburns@dimsrlvg.com |

## Bill To:

Amy Wilcox-Burns

O: (402) 898-1079

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>6/1/2023<br>B140. Addressing inqiuriy of possible ANB financing for purchaser. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>6/1/2023<br>B210. Addressing UST inquiry re Humboldt MOR. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>6/1/2023<br>B310. Continuing efforts to address Deere claim re Humboldt. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>6/2/2023<br>B130. Addressing ANB cash collateral order. | Patrick Turner | $310.00 | 0.60 | $186.00 |
| Time<br>6/2/2023<br>B310. Addressing John Deere claim resolution. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>6/7/2023<br>B140. Addressing inquiry from Mr. Land re status of Columbia property sale. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>6/7/2023<br>B210. Addressing service related issues with Stretto. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>6/7/2023<br>B210. Reviewing and analyzing Columbia insurance report and repair estimate. | Patrick Turner | $310.00 | 1.20 | $372.00 |
| Time<br>6/12/2023<br>B110. Meeting with PT to discuss status of case including sale of properties and claims. Billed by Jenna Taylor. | Patrick Turner | $115.00 | 1.00 | $115.00 |
| Time<br>6/12/2023<br>B160. Begin Drafting of May Fee Application with exhibits and Codification of Time Entries for May and Drafting of April ES Fee Application with Exhibits. Billed by Jenna Taylor. | Patrick Turner | $115.00 | 1.50 | $172.50 |

| Time Entries | Biller | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>6/12/2023<br>B110. Addressing pleading service issues with Stretto. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>6/12/2023<br>B110. Reviewing fee applications. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>6/12/2023<br>B140. Addressing draft APA. | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>6/12/2023<br>B210. Addressing service related issues with Stretto. | Patrick Turner | $310.00 | 0.10 | $31.00 |
| Time<br>6/12/2023<br>B210. Reviewing Gross lawsuit and impact on Debtors. | Patrick Turner | $310.00 | 0.70 | $217.00 |
| Time<br>6/13/2023<br>B130. Addressing ANB cc issues. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>6/13/2023<br>B140. Addressing status of Columbia sale and insurance claims. | Patrick Turner | $310.00 | 0.60 | $186.00 |
| Time<br>6/13/2023<br>B140. Continuing to address model APA. | Patrick Turner | $310.00 | 2.20 | $682.00 |
| Time<br>6/13/2023<br>B140. Status call with Mr. Heiman. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>6/13/2023<br>B140. Status call with Mr. Peil re DISL sale process. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>6/13/2023<br>B140. Status call with Mr. Peil re DISL sale process. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>6/13/2023<br>B210. Addressing E&S fee statement. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>6/13/2023<br>B210. Addressing inquiry from UST re quarterly fees. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>6/13/2023<br>B110. Meeting with PT. Assistance with Filing of outstanding items. Discussion of Additional open matters in the related cases.. Billed by Jenna Taylor. | Patrick Turner | $115.00 | 1.00 | $115.00 |
| Time<br>6/14/2023<br>B140. Addressing possible changes to auction date and bid deadline changes. | Patrick Turner | $310.00 | 0.60 | $186.00 |
| Time<br>6/14/2023<br>B140. Addressing sale APA. | Patrick Turner | $310.00 | 1.40 | $434.00 |

| Time Entries | Billed | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>6/14/2023<br>B140. Call with Mr. Whaley re status of bidding process. | Patrick Turner | $310.00 | 0.10 | $31.00 |
| Time<br>6/14/2023<br>B210. Addressing SUT inquriy into missing Humboldt bank statements. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>6/14/2023<br>B210. Status call with Mr. Heiman re Columbia insurance issues. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>6/14/2023<br>B210. Status conference with Ms. Taylor. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>6/15/2023<br>Addressing Berkadia inquiry into site visit. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>6/15/2023<br>B210. Finalzing review and response to UST inquriy into Humboldt MOR. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>6/15/2023<br>B210. Status call with Ms. Taub re MORs and related issues. | Patrick Turner | $310.00 | 0.10 | $31.00 |
| Time<br>6/15/2023<br>B210. Status call with Ms. Taub re MORs and related issues. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>6/15/2023<br>B210. Status call with Ms. Taub re MORs and related issues. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>6/15/2023<br>B110. Meeting with AWB and RB to discuss distribution errors in Village Ridge Operating Reports. Billed by Jenna Taylor. | Patrick Turner | $115.00 | 0.50 | $57.50 |
| Time<br>6/16/2023<br>B130. Addressing Berkadia CC stipulation. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>6/16/2023<br>B140. Addressing changes to bidding procedures dates. | Patrick Turner | $310.00 | 0.70 | $217.00 |
| Time<br>6/16/2023<br>B140. Status call with Mr. Peil re DISL sale process. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>6/16/2023<br>B210. Addressing Berkadia inspection requests. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>6/18/2023<br>B.110. Review and Revision to Amended January Report for Village Ridge. Billed by Jenna Taylor. | Patrick Turner | $115.00 | 0.50 | $57.50 |
| Time<br>6/19/2023<br>B110. Review and Revisions to Amended February, March and April Reports for Village Ridge. Billed by Jenna Taylor. | Patrick Turner | $115.00 | 1.30 | $149.50 |

| Time Entries | Billed | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>6/19/2023<br>B210. Reviewing revised MORs for VR. | Patrick Turner | $310.00 | 0.70 | $217.00 |
| Time<br>6/19/2023<br>B140. Addressing inquiry from NEDCO re new sale dates. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>6/20/2023<br>B140. Addressing changes to sale deadlines. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>6/20/2023<br>B310. Addressing status of Champions lawsuit and motion to set aside. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>6/20/2023<br>B210. Addressing columbia sale delay and insurance claim response. | Patrick Turner | $310.00 | 0.60 | $186.00 |
| Time<br>6/20/2023<br>B210. Reviewing recent financial statements. | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>6/20/2023<br>B210. Status call with Ms. Taub re MORs and related issues. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>6/20/2023<br>B110. Review and Revisions to Cumulative Totals for May Operating Reports and Review of Supporting Documents for All Debtors. Billed by Jenna Taylor. | Patrick Turner | $115.00 | 2.10 | $241.50 |
| Time<br>6/21/2023<br>B210. Addressing Berkadia inspection issues. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>6/21/2023<br>B210. Reviewing public adjustor contract. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>6/22/2023<br>B210. Addressing issues related to USDOL and inquiry sent to Mr. Jensen. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>6/22/2023<br>B140. Planning for and holding conference call re status of Columbia sale. | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>6/28/2023<br>B210. Reviewing ombudsman reports. | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>6/28/2023<br>B160. Drafting of Exhibits for May Fee App and Finalized 5th Fee Application. Billed by Jenna Taylor. | Patrick Turner | $115.00 | 1.70 | $195.50 |
| Time<br>6/29/2023<br>B160. Drafting of Erickson Sederstrom May Fee App and Exhibits. Conference with PT. Billed by Jenna Taylor. | Patrick Turner | $115.00 | 1.40 | $161.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>6/29/2023<br>B210. Status call with Ms. Taylor. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>6/29/2023<br>B140. Addressing possible stalking horse inquiry. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>6/29/2023<br>B210. Reviewing demand letters from ANB to guarantors. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| **Time Entries Total** | | | **33.70** | **$8,302.00** |

## Expenses

| Expenses | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| Outside printing<br>6/12/2023<br>Printing and Postage | Patrick Turner | $538.74 | 1.00 | $538.74 |
| **Expenses Total:** | | | **1.00** | **$538.74** |

| | |
|---|---|
| Total (USD) | $8,840.74 |
| Paid | $0.00 |
| Balance | $8,840.74 |
| I-511 Previous Balance | $9,616.00 |
| I-521 Previous Balance | $14,610.94 |
| I-533 Previous Balance | $9,856.00 |
| I-548 Previous Balance | $10,075.00 |
| I-563 Previous Balance | $989.00 |
| I-571 Previous Balance | $12,602.50 |
| Total Outstanding | $66,590.18 |