**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| In re Dimensions In Senior Living, LLC et al.,[1] | ) | Case No. 22-80860 |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | Joint Administered |

## THIRD APPLICATION FOR INTERIM APPROVAL OF FEES AND EXPENSES

COMES NOW Turner Legal Group, LLC ("Applicant"), pursuant to Fed. R. Bank. P. 2016 and Neb. R. Bank. P. 2016-1, 11 U.S.C. § 330, and the Motion to Approve Procedures for Interim Compensation and Reimbursement of Professional Fees previously entered and approved by this Court, the undersigned submits this Third Application for Interim Approval of Fee and Expense for Debtors' Counsel.

## BACKGROUND

1.    On November 21, 2022, (the "Petition Date"), Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  This Court has jurisdiction over this case pursuant to 28 U.S.C. §1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  No party has requested the appointment of a trustee or examiner in the Chapter 11 Cases, and no committees have been appointed or designated.

2.    On November 23, 2022, Debtors filed their *Motion To Approve Procedures For Interim Compensation And Reimbursement Of Professional Fees* at Filing No. 17, which motion was approved by this Court on December 28, 2022, at Filing No. 71 (the "Procedures").

3.    On May 17, 2023, Applicant filed its Application for Interim Approval of Fee and Expenses (the "First Application").  Filing No. 197.  On July 6, 2023, the Court entered an Order approving the First Application awarding fees of $60,412.00 and expenses of $1,889.94.  Of this amount, $32,193.00 in fees and $0.00 in expenses remain outstanding.  Applicant possesses $52,994.00 in trust.

4.    On October 25, 2023, Applicant filed its Second Application for Interim Approval of Fee and Expenses (the "Second Application") seeking fee in the amount of $31,968.50 and expenses of $538.74.  The Second Application remains outstanding.

5.    In accordance with the Procedure, Applicant submits this Third Application for Interim Approval of Fee and Expenses of Attorney's Fees and Expenses of actual and necessary costs and expenses incurred by Applicant as Counsel to Debtors from July 1, 2023, to September 30, 2023 (the "Period").

6.    Applicant was employed by Debtors on an hourly basis for the purpose of representing Debtors in the conduct of these Chapter 11 Case and its business affairs.  Applicant was employed to perform all services as were necessary or reasonable for and on behalf of Debtors on an hourly basis, with no budget or limitation being imposed upon services rendered or fees incurred in connection therewith.

7.    The names and hourly rates of all of Applicant's attorneys, paralegals and legal assistants who billed time with respect to this case are as set forth on Exhibit "A", as attached hereto and by this reference incorporated herein.  The hourly rates reflected on Exhibit "A" are the customary and standard hourly rates for

---

[1]

such attorneys, paralegals and legal assistants. The average hourly rate charged by Applicant to Debtors during the Period ranges between $100.00/h to $310.00/h.

8. Attached hereto as Exhibit "A" is a break-down by project code that includes the numbers of hours spent by Applicant per ABA Bankruptcy Code project categories. Copies of applicable invoices are set forth on Exhibit "B" attached hereto.

9. All services for which compensation is requested by Applicant were performed for and on behalf of Debtors and not on behalf of any other person. The services rendered by Applicant in this case were necessary and have aided in the collection, preservation, and sale of the assets of the estates, and the orderly administration thereof.

10. The reasonable value of the services rendered by Applicant as counsel for Debtors in this Chapter 11 case during the Period is $36,332.50. Of this amount, $36,332.50 remains outstanding.

11. Applicant has expended the sum of $349.32 for actual and necessary costs and expenses incurred by Applicant as counsel to Debtors during the Period. Of this amount $349.32 remains outstanding.

12. Set forth on Exhibit "A" is a detailed listing of Applicant's out-of-pocket expenses incurred with reference to this case.

## CASE STATUS

13. The Plans and Disclosure Statements have not yet been filed in this case. Debtors intend to file multiple plans and disclosure statements following the sale process described below.

14. To the best of Applicant's knowledge, all UST Quarterly Fees are current and all Monthly Operating Reports have been filed.

15. On February 6, 2023, Debtors filed there: (i) *Motion For Order Approving Bidding Procedures To Be Used In Relation To The Proposed Sale Of Debtors Assets* (Filing No. 130) (the "Procedures Motion"); and (ii) their *Motion For Order Pursuant To 11 U.S.C. §§ 105(a) and 365 And fed. R. Bank p. 6006 Authorizing And Approving Procedures Governing The Assumption And Assignment Of Executory Contracts And Unexpired Leases* (Filing No. 131) (the "Assumption Motion").

16. The Assumption Motion was approved by Order of the Court on March 10, 2023. Filing No. 154. The Procedures Motion was approved by Order of the Court on March 10, 2023. Filing No. 161.

17. During this time, Debtors' Financial Advisor, B. Riley Advisory Services, has undertaken a substantial marketing process that is generating substantial interest in Debtors' assets as a going concern.[2] As things stand, the sale process remains ongoing and Debtors are speaking with multiple parties interested in purchase some or all of Debtors' assets. Following this sale process, Debtors intend to file one or more plans of reorganization and disclosure statements.

18. At the same time, Debtors retained the services of Paul Land and Plaza Commercial Realty to act as a licensed real estate broker to market the assets of Wilcox Properties of Columbia, LLC ("Columbia"). On September 8, 2023, Debtors filed their Amended Motion to Sell (Filing No. 254) in which Debtors sought permission to sell certain assets of Columbia to a third party (the "Sale Motion"). On October 13, 2023, the Court entered an Order granting the Sale Motion and Debtors anticipate closing this sale within the next 21 days.

---

[2] B. Riley is not, however, actively marketing the assets of Wilcox Properties of Columbia, LLC.

## **CONCLUSION**

19.  Applicant requests that the Court approve this fee application pursuant to 11 U.S.C. §330 as fees and expenses which were reasonable, actual and necessary to the administration of the bankruptcy estates.

WHEREFORE, Debtors respectfully request that the Court enter an order: (a) granting this motion; (b) approving compensation in the amount of $36,332.50 and approving expenses in the amount of $349.32; and (c) granting such other and further relief as is just and proper.

Dated this 25th day of October, 2023.

By: /s Patrick Turner
Patrick R. Turner (#23461)
Turner Legal Group, LLC
14707 California Street, #1
Omaha, NE 68154
Tel: 402-690-3675
pturner@turnerlegalomaha.com

Counsel for Debtors.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| In re Dimensions In Senior Living, LLC et al., | ) | Case No. 22-80860 |
| | ) | |
| Debtors. | ) | Chapter 11, Joint Administered |

**Exhibit "A"
SUMMARY SHEET**

1. Total Compensation and Expenses Currently Requested in this Application.
   a. Fees –          $36,332.50
   b. Expenses –     $349.32

2. Total Compensation and Expenses Previously Requested (Petition Date through June 30, 2023).
   a. Fees -          $92,380.50
   b. Expenses –     $2,428.68

3. Total Compensation and Expenses Previously Awarded by the Court
   a. Fees –          $60,412.00
   b. Expenses –     $1,889.94

4. Name and Current Billing Rate for each person who billed time during period, total hours billed, average billing rate, and total fees billed:

| Timekeeper Name | Role | Work Hours | Work Rate | Work Amount |
|---|---|---|---|---|
| Turner, Patrick R | Attorney | 114.50 | $310.00 | $35,495.00 |
| Jenna Taylor | Paralegal | 6.7 | $125.00 | $837.50 |
| **Total** | | 121.20 | | $36,332.50 |

5. Detailed listing of Applicant's out-of-pocket expenses incurred with reference to this case:

| Work Date | Cost Type | Amount |
|---|---|---|
| 9/19/2023 | Printing and Postage | $349.32 |

6. Project Codes.

| Task-Code | Task | Work Hours | Work Amount |
|---|---|---|---|
| B110 | B110 Case Administration. | 2.9 | $399.50 |
| B130 | B130 Asset Disposition. | 70.7 | $21,917.00 |
| B140 | B140 Relief from Stay/Adequate Protection Proceedings. | 4.0 | $1,240.00 |
| B160 | B160 Fee/Employment Applications. | 4.0 | $500.00 |
| B210 | B210 Business Operations. | 38.9 | $12,059.00 |
| B310 | B310 Claims Administration and Objections. | .7 | $217.00 |
| Total | | 121.20 | $36,332.50 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| In re Dimensions In Senior Living, LLC et al., | ) | Case No. 22-80860 |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | Joint Administered |

**Exhibit "C"**

**INVOICES**

# Turner Legal Group, LLC

<div style="float:right">

# INVOICE

</div>

139 S. 144TH STREET
#665
Omaha, 68010
pturner@turnerlegalomaha.com
https://turnerlegalomaha.com/
O: (402) 690-3675

| | |
|---|---|
| Number | 595 |
| Issue Date | 8/24/2023 |
| Due Date | 9/23/2023 |
| Email | amyburns@dimsrlvg.com |

## Bill To:

Amy Wilcox-Burns

O: (402) 898-1079

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>7/3/2023<br>B210. Reviewing Columbia property report. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>7/4/2023<br>B160. Categorization of Time Entries for June. Billed by Jenna Taylor. | Patrick Turner | $125.00 | 0.20 | $25.00 |
| Time<br>7/4/2023<br>B110. Review of Docket Sheet. Billed by Jenna Taylor. | Patrick Turner | $125.00 | 0.20 | $25.00 |
| Time<br>7/4/2023<br>B160.Initial gathering of information for the Erickson Sederstrom First Interim Fee Application. Billed by Jenna Taylor. | Patrick Turner | $125.00 | 0.50 | $62.50 |
| Time<br>7/5/2023<br>B210. Reviewing and addressing revised MORs. | Patrick Turner | $310.00 | 1.30 | $403.00 |
| Time<br>7/6/2023<br>B210. Reviewing and addressing May MORs. | Patrick Turner | $310.00 | 2.20 | $682.00 |
| Time<br>7/6/2023<br>B210. Addressing John Deere claim issues. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>7/7/2023<br>B140. Status call with Mr. Biehl. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>7/9/2023<br>B160. Drafting of Erickson Sederstrom First Interim Fee Application. Billed by Jenna Taylor. | Patrick Turner | $125.00 | 1.00 | $125.00 |
| Time<br>7/9/2023<br>B160. Drafting of Turner Legal Group Second Interim Fee Application. Billed by Jenna Taylor. | Patrick Turner | $125.00 | 1.00 | $125.00 |
| Time<br>7/11/2023<br>B140. Addressing APA. | Patrick Turner | $310.00 | 2.90 | $899.00 |

| Time Entries | Billed | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>7/11/2023<br>B210. Status call with Mr. Heiman. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>7/11/2023<br>B210. Reviewing Columbia loan documents re Gross claim. | Patrick Turner | $310.00 | 0.80 | $248.00 |
| Time<br>7/11/2023<br>B210. Status call with Mr. Heiman. | Patrick Turner | $310.00 | 0.80 | $248.00 |
| Time<br>7/11/2023<br>B140. Status call with Mr. Peil. | Patrick Turner | $310.00 | 0.60 | $186.00 |
| Time<br>7/12/2023<br>B210. Status call with Mrs. Burns. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>7/12/2023<br>B140. Status call with Mr. Zluticky. | Patrick Turner | $310.00 | 0.10 | $31.00 |
| Time<br>7/12/2023<br>Addressing possible critical vendor demand from Fast Wyre. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>7/12/2023<br>B210. Addressing status issues with Columbia sale and analyzing options to liquidate assets. | Patrick Turner | $310.00 | 0.60 | $186.00 |
| Time<br>7/13/2023<br>B210. Status call with Mr. Heiman. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>7/13/2023<br>B140. Status call with Mr. Peil. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>7/13/2023<br>B140. Conference call with DISL and Mr. Peil. | Patrick Turner | $310.00 | 0.70 | $217.00 |
| Time<br>7/13/2023<br>B140. Status call with Mr. Peil and bank attorneys re sale process. | Patrick Turner | $310.00 | 1.00 | $310.00 |
| Time<br>7/13/2023<br>B140. Addressing notice of changes to bidding procedures. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>7/13/2023<br>B210. Addressing Gross lawsuit and options to prevent harm to Debtors. | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>7/17/2023<br>B210. Addressing Gross lawsuit and impact of standby agreement. | Patrick Turner | $310.00 | 0.80 | $248.00 |
| Time<br>7/19/2023<br>B210. Status call with Ms. Taylor. | Patrick Turner | $310.00 | 0.20 | $62.00 |

| Time Entries | Biller | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>7/19/2023<br>B210. Addressing status and review of ANB forbearance documents and changes. | Patrick Turner | $310.00 | 0.70 | $217.00 |
| Time<br>7/19/2023<br>B210. Reviewing and summarizing Debtor loan documents for assumption of loan discussions. | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>7/19/2023<br>B210. Addressing Gross lawsuit and standby agreement impact on same. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>7/20/2023<br>B140. Addressing Champions inquiry into bidding procedures changes. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>7/20/2023<br>B140. Addressing inquires into status of Columbia re from Ms. Burns. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>7/21/2023<br>B140. Reviewing status updates for sale process. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>7/21/2023<br>B210. Reviewing ANB calculations for Columbia payments. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>7/24/2023<br>B130. Addressing Columbia adequate protection calculation and loan document review. | Patrick Turner | $310.00 | 0.80 | $248.00 |
| Time<br>7/24/2023<br>B210. Status call with Ms. Taylor. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>7/24/2023<br>B110. Review and Revisions as needed to June Operating Reports. Billed by Jenna Taylor. | Patrick Turner | $125.00 | 1.20 | $150.00 |
| Time<br>7/25/2023<br>B210. Addressing case status update. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>7/25/2023<br>B210. Addressing inspection request from Berkadia. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>7/25/2023<br>B130. Addressing Columbia adequate protection calculation and Bank revisions. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>7/26/2023<br>B110. Continuation on review and revisions to remaining June Operating Reports. Billed by Jenna Taylor. | Patrick Turner | $125.00 | 1.30 | $162.50 |
| Time<br>7/26/2023<br>B210. Addressing Berkadia inspection issues. | Patrick Turner | $310.00 | 0.50 | $155.00 |

| Time Entries | | Billed | Rate | Hours | Sub |
|---|---|---|---|---|---|
| Time<br>7/26/2023<br>B210. Reviewing E&S fee application. | | Patrick Turner | $310.00 | 0.60 | $186.00 |
| Time<br>7/26/2023<br>B210. Reviewing MORs. | | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>7/27/2023<br>B140. Analyzing and addressing revised proposal re Columbia sale. | | Patrick Turner | $310.00 | 0.60 | $186.00 |
| Time<br>7/27/2023<br>B160. Drafting of Erickson Sederstrom June Monthly Fee Application including exhibits and categorization of time entries. Billed by Jenna Taylor. | | Patrick Turner | $125.00 | 1.00 | $125.00 |
| Time<br>7/27/2023<br>B160. Drafting of Turner June Monthly Fee Application. Billed by Jenna Taylor. | | Patrick Turner | $125.00 | 0.30 | $37.50 |
| Time<br>7/28/2023<br>B140. Continuing to address Columbia sale issues and terms. | | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>7/28/2023<br>B140. Call with Mr. Land re Columbia sale issues. | | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>7/31/2023<br>B210. Status call with ANB and Mr. Heiman re forbearance agreement. | | Patrick Turner | $310.00 | 0.50 | $155.00 |
| | | **Time Entries Total** | | **31.80** | **$8,618.50** |

| | |
|---|---|
| Total (USD) | $8,618.50 |
| Paid | $0.00 |
| Balance | $8,618.50 |

# Turner Legal Group, LLC

## INVOICE

139 S. 144TH STREET
#665
Omaha, 68010
pturner@turnerlegalomaha.com
https://turnerlegalomaha.com/
O: (402) 690-3675

| Number | 605 |
|---|---|
| Issue Date | 9/20/2023 |
| Due Date | 10/20/2023 |
| Email | amyburns@dimsrlvg.com |

## Bill To:

Amy Wilcox-Burns

O: (402) 898-1079

Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>8/1/2023<br>B140. Review and analysis of new Columbia marketing proposal and plan. | Patrick Turner | $310.00 | 0.80 | $248.00 |
| Time<br>8/1/2023<br>B140. Reviewing additional due diligence materials re buyers requests. | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>8/2/2023<br>B140. Status call with Mr. Zluticky . | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>8/2/2023<br>B140. Continuing review and analysis of new Columbia marketing proposal and plan. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>8/2/2023<br>B140. Addressing correspondence from Mr. Peil re additional due diligence issues. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>8/3/2023<br>B130. Addressing CC stipulation and budget needs. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>8/3/2023<br>B140. Reviewing finalized and send Columbia sale package. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>8/3/2023<br>B140. Reviewing additional sale due diligence materials. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>8/3/2023<br>B210. Reviewing ANB requested forbearance agreements. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>8/3/2023<br>B210. Addressing Columbia insurance premium payment issues. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>8/4/2023<br>B140. Addressing status of Columbia sale. | Patrick Turner | $310.00 | 0.20 | $62.00 |

| Time Entries | Billed | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>8/7/2023<br>B210. Call with USDOL re retirement programs. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>8/7/2023<br>B210. Continuing to address Columbia notice of insurance cancellation. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>8/7/2023<br>B210. Review and analysis of Columbia sale update information. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>8/7/2023<br>B210. Reviewing an analyzing Columbia insurance claim documents. | Patrick Turner | $310.00 | 1.10 | $341.00 |
| Time<br>8/7/2023<br>B140. Status call with Mr. Biehl. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>8/7/2023<br>B140. Status call with Mr. Knickrehm and Mr. Biehl. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>8/7/2023<br>B130. Addressing Columbia budget issues and CC stipulation. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>8/8/2023<br>B140. Status call with Mr. Peil and Mr. Zluticky. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>8/8/2023<br>B140. Status call with Mr. Peil re sale. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>8/8/2023<br>B140. Meeting with investment broker for potential asset buyer. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>8/8/2023<br>B210. Addressing insurance payment logistics. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>8/8/2023<br>B210. Reviewing Berkadia information request. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>8/8/2023<br>B210. Reviewing Columbia Insurance claim documents including reports and repaid estimates. | Patrick Turner | $310.00 | 1.20 | $372.00 |
| Time<br>8/14/2023<br>B210. Status call with Mr. Heiman re Columbia property issues. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>8/14/2023<br>B210. Status call with Mr. Grazier re ERC program. | Patrick Turner | $310.00 | 0.10 | $31.00 |
| Time<br>8/14/2023<br>B210. Addressing June MORs. | Patrick Turner | $310.00 | 1.50 | $465.00 |

| Time Entries | Billed | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>8/14/2023<br>B210. Continuing to review Columbia insurance claim issues and correspondence re possible lawsuit. | Patrick Turner | $310.00 | 0.60 | $186.00 |
| Time<br>8/14/2023<br>B130. Addressing Columbia CC issues. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>8/14/2023<br>B140. Addressing Columbia sale process and offer inquiries. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>8/15/2023<br>B210. Status call with Ms. Taylor. | Patrick Turner | $310.00 | 0.10 | $31.00 |
| Time<br>8/15/2023<br>B210. Status call with Mr. Grazier re ERC program. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>8/16/2023<br>B210. Addressing collection company inquiry re notice. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>8/16/2023<br>B140. Addressing Berkadia inquiries for credit bid purposes. | Patrick Turner | $310.00 | 0.80 | $248.00 |
| Time<br>8/17/2023<br>B140. Reviewing potential bidder correspondence and inquires and addressing bidding deadline changes. | Patrick Turner | $310.00 | 0.70 | $217.00 |
| Time<br>8/17/2023<br>B210. Research into ERTC program. | Patrick Turner | $310.00 | 0.60 | $186.00 |
| Time<br>8/17/2023<br>B140. Status call with Mr. Peil re sale. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>8/18/2023<br>B140. Addressing changes to bidding procedures and correspondence with UST and lenders' counsel re same | Patrick Turner | $310.00 | 0.70 | $217.00 |
| Time<br>8/18/2023<br>B130. Addressing Columbia budget and CC issues. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>8/21/2023<br>B130. Addressing ANB third cash collateral order. | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>8/21/2023<br>B140. Addressing change notice to bidding procedures. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>8/21/2023<br>B210. Continuing to address ERTC program research and related issues. | Patrick Turner | $310.00 | 0.60 | $186.00 |
| Time<br>8/22/2023<br>B140. Reviewing sale offers for Columbia. | Patrick Turner | $310.00 | 0.90 | $279.00 |

| Time Entries | Billed | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>8/22/2023<br>B140. Call with Mr. Whaley re FC sale issues. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>8/23/2023<br>B210. Continuing to review and assess possible bad faith claims re Columbia insurance claim. | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>8/23/2023<br>B140. Status call with Mr. Land re Columbia sale. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>8/23/2023<br>B140. Status call with Mr. Land. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>8/23/2023<br>B140. Status call with Mr. Heiman and Ms. Burns re Columbia issues. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>8/24/2023<br>B140. Continuing revisions to model APA for sale. | Patrick Turner | $310.00 | 1.50 | $465.00 |
| Time<br>8/24/2023<br>B210. Review and analysis of correspondence to and from Mr. Heiman re Columbia insurance claim. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>8/24/2023<br>B210. Addressing creditor request for address notice change. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>8/25/2023<br>B140. Continuing revisions to DISL model APA. | Patrick Turner | $310.00 | 2.90 | $899.00 |
| Time<br>8/28/2023<br>B140. Reviewing and assessing revisions to model APA. | Patrick Turner | $310.00 | 1.60 | $496.00 |
| Time<br>8/29/2023<br>B140. Addressing Columbia sale motion. | Patrick Turner | $310.00 | 1.80 | $558.00 |
| Time<br>8/29/2023<br>B140. Addressing NEDCO inquiry re sale process. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>8/29/2023<br>B140. Call with Mr. Whaley re FC sale issues. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>8/29/2023<br>B210. Continuing to addressing possible insurance company claims and reviewing BK jurisdictional issues re venue. | Patrick Turner | $310.00 | 0.80 | $248.00 |
| Time<br>8/30/2023<br>B210. Reviewing ombudsman reports. | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>8/30/2023<br>B140. Continuing revisions to APA. | Patrick Turner | $310.00 | 2.90 | $899.00 |

| Time Entries | Biller | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>8/30/2023<br>B140. Addressing Columbia closing issues. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>8/31/2023<br>B140. Addressing Columbia sale motion and reviewing related service needs. | Patrick Turner | $310.00 | 2.20 | $682.00 |
| Time<br>8/31/2023<br>B140. Status call with Mr. Peil re sale process. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>8/31/2023<br>B210. Addressing ANB lawsuit against Debtors' guarantors. | Patrick Turner | $310.00 | 0.90 | $279.00 |
| | **Time Entries Total** | | **39.70** | **$12,307.00** |

| | |
|---|---|
| Total (USD) | $12,307.00 |
| Paid | $0.00 |
| Balance | $12,307.00 |

# Turner Legal Group, LLC

# INVOICE

139 S. 144TH STREET
#665
Omaha, 68010
pturner@turnerlegalomaha.com
https://turnerlegalomaha.com/
O: (402) 690-3675

| Number | 613 |
|---|---|
| Issue Date | 10/10/2023 |
| Due Date | 11/9/2023 |
| Email | amyburns@dimsrlvg.com |

## Bill To:

Amy Wilcox-Burns

O: (402) 898-1079

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>9/1/2023<br>B230. Addressing ANB cash collateral order. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>9/1/2023<br>B130. Call with Ms. Appleby re Berkley bid issues. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>9/1/2023<br>B130. Status call with ANB counsel re sale process. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>9/4/2023<br>Reviewing Columbia property title commitment. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>9/5/2023<br>B130. Addressing Columbia sale motion and related pleadings. | Patrick Turner | $310.00 | 1.20 | $372.00 |
| Time<br>9/5/2023<br>B210. Addressing creditor inquiry into status of Village Place bankruptcy. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>9/6/2023<br>B130. Addressing status of Columbia closing. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>9/6/2023<br>B210. Addressing ANB lawsuit re guarantor liability and addressing inquiry from Debtors re same. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>9/6/2023<br>B130. Finalzing and addressing Motion to Sell and Motion to Limit Notice re Columbia sale. | Patrick Turner | $310.00 | 3.90 | $1,209.00 |
| Time<br>9/6/2023<br>B130. Addressing and analyzing Berkley stalking horse offer proposal. | Patrick Turner | $310.00 | 1.10 | $341.00 |
| Time<br>9/6/2023<br>B210. Status call with Mr. Heiman re Columbia insurance claims. | Patrick Turner | $310.00 | 0.70 | $217.00 |

| Time Entries | Billed | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>9/6/2023<br>B130. Status call with Mr. Heiman re sale process. | Patrick Turner | $310.00 | 0.10 | $31.00 |
| Time<br>9/6/2023<br>B130. Addressing Sale Motion procedural issues with BK court. | Patrick Turner | $310.00 | 0.10 | $31.00 |
| Time<br>9/6/2023<br>B130. Addressing Sale Motion procedural issues with BK court. | Patrick Turner | $310.00 | 0.10 | $31.00 |
| Time<br>9/7/2023<br>B130. Addressing possible dispute over asset inclusion re Columbia sale. | Patrick Turner | $310.00 | 0.60 | $186.00 |
| Time<br>9/7/2023<br>B130. Addressing revisions to Model APA for sale process. | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>9/7/2023<br>B310. Addressing | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>9/7/2023<br>B210. Addressing inquiry re jurisdiction of BK court to address insurance claim issues. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>9/8/2023<br>B130. Addressing Sale Motion procedural issues with BK court. | Patrick Turner | $310.00 | 0.10 | $31.00 |
| Time<br>9/8/2023<br>B130. Resolving asset inclusion dispute re Columbia sale. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>9/8/2023<br>B210. Addressing MOR issues. | Patrick Turner | $310.00 | 1.40 | $434.00 |
| Time<br>9/8/2023<br>Status call with Mr. Jacobs. | Patrick Turner | $310.00 | 0.80 | $248.00 |
| Time<br>9/8/2023<br>B130. Addressing amended sale motion. | Patrick Turner | $310.00 | 0.60 | $186.00 |
| Time<br>9/11/2023<br>B130. Addressing Sale Motion procedural issues with BK court. | Patrick Turner | $310.00 | 0.10 | $31.00 |
| Time<br>9/12/2023<br>B130. Beginning analysis of Berkely offer. | Patrick Turner | $310.00 | 0.80 | $248.00 |
| Time<br>9/12/2023<br>B210. Addressing ERTC claim issues. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>9/13/2023<br>B210. Status call re ERTC program and eligibility. | Patrick Turner | $310.00 | 0.40 | $124.00 |

| Time Entries | | Billed | Rate | Hours | Sub |
|---|---|---|---|---|---|
| Time<br>9/13/2023<br>B230. Addressing ANB cash collateral stipulation. | | Patrick Turner | $310.00 | 0.80 | $248.00 |
| Time<br>9/13/2023<br>B130. Continuing analysis of Berkley bid letter and Mr. Peil's analysis of same. | | Patrick Turner | $310.00 | 0.80 | $248.00 |
| Time<br>9/14/2023<br>B130. Preparing for and participating in conference call with Berkley working group re sale process. | | Patrick Turner | $310.00 | 1.00 | $310.00 |
| Time<br>9/14/2023<br>B210. Status call with Mr. Biehl re DISL strategy. | | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>9/14/2023<br>B130. Call with Mr. Zluticky re sale process and bid issues. | | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>9/14/2023<br>B130. Addressing broker inquiry into status of Columbia closing. | | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>9/14/2023<br>B210. Status call with Mr. Heiman re Columbia insurance claims. | | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>9/14/2023<br>B210. Continuing to address claims against insurance company re Col | | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>9/14/2023<br>B210. Status call with Ms. Burns re case issues. | | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>9/14/2023<br>B130. Status call with Mr. Whaley re sale process. | | Patrick Turner | $310.00 | 0.10 | $31.00 |
| Time<br>9/15/2023<br>B130. Addressing bank payoff calculations for possible credit bids. | | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>9/15/2023<br>B130. Status call with Mr. Whaley re sale process. | | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>9/15/2023<br>B210. Call with Mr. Heiman and Mr. Orr re insurance dispute re Columbia sale. | | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>9/18/2023<br>B130. Continuing to addressing DISL sale logistics. | | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>9/18/2023<br>B130. Status call with ANB counsel re sale process. | | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>9/18/2023<br>B130. Addressing Columbia sale notice issues. | | Patrick Turner | $310.00 | 0.30 | $93.00 |

| Time Entries | Billed | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>9/18/2023<br>B130. Call with Ms. Appleby re Berkley bid issues. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>9/19/2023<br>B130. Continuing to address bidder negotiations and sale issues. | Patrick Turner | $310.00 | 1.20 | $372.00 |
| Time<br>9/19/2023<br>B210. Addressing Orr and Horgan retention issues. | Patrick Turner | $310.00 | 0.70 | $217.00 |
| Time<br>9/20/2023<br>B310. Addressing claim inquiry from Unimovers. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>9/21/2023<br>B110. Addressing attorney retention terms. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>9/21/2023<br>B130. Reviewing Berkley APA changes. | Patrick Turner | $310.00 | 2.90 | $899.00 |
| Time<br>9/21/2023<br>B210. Status call with Mr. Heiman. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>9/21/2023<br>B130. Addressing sale status with Mr. Peil. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>9/22/2023<br>B210. Status call with Mr. Heiman. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>9/22/2023<br>B130. Beginning review of Berkley bid package and related documents. | Patrick Turner | $310.00 | 2.80 | $868.00 |
| Time<br>9/22/2023<br>B130. Continuing to review and address additional bid proposals. | Patrick Turner | $310.00 | 0.80 | $248.00 |
| Time<br>9/22/2023<br>B130. Status call with Mr. Biehl re sale issues. | Patrick Turner | $310.00 | 0.10 | $31.00 |
| Time<br>9/22/2023<br>B130. Status call with Mr. Peil re sale issues. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>9/25/2023<br>B130. Addressing Columbia buyer concerns re property condition. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>9/25/2023<br>B130. Addressing bid submission issues and bank updates. | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>9/25/2023<br>B130. Preparing for and participating in conference call with Debtors re sale process. | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>9/25/2023<br>B130. Status call with Mr. Peil re sale issues. | Patrick Turner | $310.00 | 0.30 | $93.00 |

| Time Entries | Billed | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>9/26/2023<br>B210. Assessing and addressing Fannie Mae appraiser questions. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>9/26/2023<br>B130. Preparing for and participating in conference call with Mr. Zluticky re sale process. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>9/26/2023<br>B130. Addressing bidder inquiry re sale process and status. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>9/26/2023<br>B210. Reviewing Unimovers claim issues. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>9/26/2023<br>B210. Continuing to assess and address Buyer concerns over Columbia status. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>9/26/2023<br>B130. Preparing for and participating in conference call with Bank lawyers re sale process. | Patrick Turner | $310.00 | 0.60 | $186.00 |
| Time<br>9/26/2023<br>B130. Call with Berkley counsel re sale process. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>9/26/2023<br>B130. Status call with Mr. Peil re sale issues. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>9/26/2023<br>B130. Status call with Mr. Peil re sale issues. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>9/26/2023<br>B210. Reviewing status of insurance renewals. | Patrick Turner | $310.00 | 0.10 | $31.00 |
| Time<br>9/27/2023<br>B130. Reviewing and addressing additional buyer interest and possible bids. | Patrick Turner | $310.00 | 1.10 | $341.00 |
| Time<br>9/27/2023<br>B130. Status call with Mr. Peil re sale issues. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>9/27/2023<br>B210. Addressing UST inquiries re fees and insurance status. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>9/27/2023<br>B130. Addressing Berkley claim and auction issues related to same. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>9/28/2023<br>B130. Status call with Mr. Biehl re sale issues. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>9/28/2023<br>B130. Status call with Mr. Peil re sale issues. | Patrick Turner | $310.00 | 0.20 | $62.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>9/28/2023<br>B130. Status call with Mr. Peil re sale issues. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>9/28/2023<br>B130. Call with Title Company re Columbia sale. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>9/28/2023<br>B130. Addressing response to Fannie Mae credit bid. | Patrick Turner | $310.00 | 0.40 | $124.00 |
| Time<br>9/28/2023<br>B130. Addressing status of sale offers with correspondence to and from Mr. Peil re same. | Patrick Turner | $310.00 | 0.70 | $217.00 |
| Time<br>9/28/2023<br>B130. Addressing Columbia title issues and sale order to address same. | Patrick Turner | $310.00 | 1.80 | $558.00 |
| Time<br>9/29/2023<br>B210. Addressing Columbia insurance claim subpoenas. | Patrick Turner | $310.00 | 1.30 | $403.00 |
| Time<br>9/29/2023<br>B130. Addressing modifications to sale process timeline. | Patrick Turner | $310.00 | 0.90 | $279.00 |
| Time<br>9/29/2023<br>B130. Status call with Mr. Peil re sale issues. | Patrick Turner | $310.00 | 0.50 | $155.00 |
| Time<br>9/29/2023<br>B130. Call with Mr. Cali re Fannie loan issues. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>9/29/2023<br>B130. Addressing analysis of Fannie credit bid and correspondence to Mr. Zluticky re same. | Patrick Turner | $310.00 | 0.30 | $93.00 |
| Time<br>9/29/2023<br>B130. Status call with Mr. Biehl re sale issues. | Patrick Turner | $310.00 | 0.20 | $62.00 |
| Time<br>9/29/2023<br>B130. Status call with Mrs. Burns re sale process. | Patrick Turner | $310.00 | 0.10 | $31.00 |
| Time<br>9/29/2023<br>B130. Status call with Mr. Peil re sale issues. | Patrick Turner | $310.00 | 0.10 | $31.00 |
| Time<br>9/29/2023<br>B130. Status call with Mr. Peil re sale issues. | Patrick Turner | $310.00 | 0.10 | $31.00 |
| | **Time Entries Total** | | **49.70** | **$15,407.00** |

## Expenses

| Expenses | Billed By | Price | Qty | Sub |
|---|---|---|---|---|

Copying
9/19/2023
Postage and Copy.

Patrick Copier      $349.32      1.00      $349.32

|  | Expenses Total: | 1.00 | $349.32 |
|---|---|---|---|

| | | |
|---|---|---|
| Total (USD) | | $15,756.32 |
| Paid | | $0.00 |
| Balance | | $15,756.32 |