5:01 PM
12/19/23
Accrual Basis

# Candlelight Lodge
# Profit & Loss
### November 2023

|  | Nov 23 |
|---|---|
| Net Income | 0.00 |

5:02 PM
12/19/23
Accrual Basis

## Candlelight Lodge
## Balance Sheet
### As of November 30, 2023

|  | Nov 30, 23 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1003 · Checking-American National | -38,038.17 |
| 1002 · Operating - Boone County | 2,689.88 |
| **Total Checking/Savings** | -35,348.29 |
| **Accounts Receivable** | |
| 1105 · Accounts Receivable Residents | 49,044.81 |
| **Total Accounts Receivable** | 49,044.81 |
| **Other Current Assets** | |
| 1525 · Prepaid Insurance | 45,569.50 |
| **Total Other Current Assets** | 45,569.50 |
| **Total Current Assets** | 59,266.02 |
| **Fixed Assets** | |
| 2010 · Land | 50,204.53 |
| 2011 · Building | 4,909,000.15 |
| 2012 · Equipment | 782,365.47 |
| 2016 · Furniture | 11,580.66 |
| 2020 · Remodeling/Leashold Improvement | 118,101.75 |
| 2031 · ACCUM. DEPRN. - BUILDING | -1,963,600.00 |
| 2032 · Accum. Deprn. - Equipment | -412,142.55 |
| 2034 · Accum. Deprn. - Furniture | -36,847.10 |
| 2036 · Accum. Deprn. - Leasehold Impr. | -117,506.63 |
| 2050 · Leasehold Acquisiton Costs | -1,298.41 |
| **Total Fixed Assets** | 3,339,857.87 |
| **Other Assets** | |
| 3101 · Undisbursed Funds-Am National | 200,000.00 |
| 1350 · Replacement Reserve Account | 261,357.19 |
| **Total Other Assets** | 461,357.19 |
| **TOTAL ASSETS** | **3,860,481.08** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 4005 · Accounts Payable | 2,815.99 |
| **Total Accounts Payable** | 2,815.99 |
| **Other Current Liabilities** | |
| 4145 · Accrued Interest Payable | 32,636.09 |
| **Total Other Current Liabilities** | 32,636.09 |
| **Total Current Liabilities** | 35,452.08 |
| **Long Term Liabilities** | |
| 4306 · Mortgage Loan-American National | 3,205,985.36 |
| 4350 · Note Payable-Larry Gross | 658,365.20 |
| **Total Long Term Liabilities** | 3,864,350.56 |
| **Total Liabilities** | 3,899,802.64 |
| **Equity** | |
| 3900 · Retained Earnings | -34,944.42 |
| 5000 · Partners Equity | 2,429.12 |
| Net Income | -6,806.26 |

Page 1

5:02 PM  
12/19/23  
Accrual Basis

# Candlelight Lodge
## Balance Sheet
### As of November 30, 2023

|  | Nov 30, 23 |
|---|---|
| Total Equity | -39,321.56 |
| **TOTAL LIABILITIES & EQUITY** | 3,860,481.08 |

5:02 PM
12/19/23
Accrual Basis

# Candlelight Lodge
## Transactions by Account
### As of November 30, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **1003 · Checking-American National** | | | | | | | | | | |
| Total 1003 · Checking-American National | | | | | | | | | | -38,038.17 |
| | | | | | | | | | | -38,038.17 |
| **TOTAL** | | | | | | | | | | -38,038.17 |

Page 1

5:02 PM
12/19/23
Accrual Basis

# Candlelight Lodge
## Transactions by Account
### As of November 30, 2023

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 1002 · Operating - Boone County | | | | | | | | | | 2,689.88 |
| Total 1002 · Operating - Boone County | | | | | | | | | | 2,689.88 |
| TOTAL | | | | | | | | | | 2,689.88 |

Page 1

E/N

# Central Bank
MEMBER FDIC  P.O. Box 4500, Jefferson City, MO 65102
(573) 874-8100

**RETURN SERVICE REQUESTED**

WILCOX PROPERTIES OF COLUMBIA LLC
1406 BUSINESS LOOP 70 W
COLUMBIA MO 65202-1324

| Period | Page |
|---|---|
| 11/01/2023 - 11/30/2023 | 1 of 1 |

Web Address
www.centralbank.net

M
128303200

## Your Financial Summary on November 30, 2023

|  | Bank Deposits | Totals |
|---|---|---|
| **Bank Deposit Accounts:** Checking | $ 1,629.42 |  |
| **Bank Deposit Total** |  | $ 1,629.42 |
| **Total Assets:** | $ 1,629.42 | $ 1,629.42 |

## Detailed Explanation of Account Balances and Other Assets

### Business Checking Plus

No. 128303200    Beginning Balance October 31, 2023    $ 1,635.42

Withdrawals and other charges

| Date | Type | Transaction Description |  |
|---|---|---|---|
| Nov. 09 | 10/2023 SERVICE CHARGE |  | 6.00 |
|  |  | Total    -$ | 6.00 |

Ending Balance November 30, 2023    $ 1,629.42

Number of days since last statement/interest cycle    30
Beginning and ending dates for calculation of statement/interest cycle are 11/01/2023 through 11/30/2023
Low ledger balance                1,629.00
Average collected balance         1,631.00
Average ledger balance            1,631.00

End of Bank Deposits

## To Balance Your Checkbook

**Central Bank**
720 East Broadway
P.O. Box 678
Columbia, Missouri 65205-678
573-874-8100
Member FDIC

Fill in amounts below from your checkbook or savings record book and bank statement.

| | |
|---|---|
| Enter balance shown on bank statement. $_____ | Enter balance shown in your checkbook or savings record book. $_____ |
| Add deposits not on bank statement. $_____ | Add any deposits and other additions, loan advances, bank deposits, Online Banking deposits, other electronic deposits, or transfers between savings & checking (including Online Banking, InfoLine, and ATMs) not entered in your checkbook or savings record book. $_____ |
| Subtotal (+) $_____ | Subtotal (+) $_____ |
| Subtract checks or withdrawals issued but not on statement. $_____ | Subtract service charges, maintenance fees, automatic payments, the bank withdrawals, Online Banking payments, Debit Point-of-Sale transactions, other electronic transactions, or transfers between savings & checking (including Online Banking, InfoLine, and ATMs) not entered in your checkbook or savings record book. $_____ |
| Subtotal (-) $_____ | Subtotal (-) $_____ |
| Balance shown in your checkbook or savings record book. (=) $_____ | Balance (=) $_____ |

These totals represent the correct amount of money you have in the bank and should agree. Please examine your statement promptly and report any errors immediately.

---

**Important Information About Securities Line, Cash Reserve and Business Reserve**

**INTEREST CHARGE CALCULATION:**
We figure the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance", we take the beginning balance of your account each day, add any new advances and subtract any credits or payments for that day. This gives us the daily balance. We add each day's interest charge to get the total interest charge which is shown on your monthly statement.

To calculate the Average Daily Balance noted in the Balance Subject to Interest Rate column we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance". The interest charge may be calculated by multiplying each of the average daily balances by the applicable daily periodic rate, multiplying the results by the number of days in the billing cycle divided by 365 and adding together to get the Total Interest For This Period.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT/BILL:**
If you think there is an error on your statement/Bill, write to us at:
Central Bank, 720 East Broadway, P.O. Box 678, Columbia, Missouri 65205-678

In your letter, give us the following information:
> Account Information: Your name and account number.
> Dollar amount: The dollar amount of the suspected error.
> Description of Problem: If you think there is an error on your statement/bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement/bill.
You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
> We cannot try to collect the amount in question, or report you as delinquent on that amount.
> The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
> While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
> We can apply any unpaid amount against your credit limit.

**PERSONAL ACCOUNTS:**
**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
Telephone us at 1-866-998-4617
or write us at:
Central Bancompany, Regulation E Investigations, P.O. Box 779, Jefferson City, MO 65102-9982

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error occurred.
(1) Tell us your name and account number
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (20 business days if the transfer involved a new account), we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

# Candlelight Lodge
## A/R Aging Summary
### As of November 30, 2023

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | -2,021.38 | -2,021.38 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | -4,304.30 | -4,304.30 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | -817.53 | -817.53 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | -871.66 | -871.66 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | -762.00 | -762.00 |
| Resident | 567.00 | 0.00 | 0.00 | 0.00 | 736.80 | 1,303.80 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | 1,360.38 | 1,360.38 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | -659.57 | -659.57 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | 203.44 | 203.44 |
| Resident | 325.00 | 0.00 | 0.00 | 0.00 | 425.00 | 750.00 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | -1,951.00 | -1,951.00 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | 226.16 | 226.16 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | 2,036.64 | 2,036.64 |
| Resident | 42.66 | 0.00 | 0.00 | 0.00 | 1,529.34 | 1,572.00 |
| Resident | 1,225.00 | 0.00 | 0.00 | 0.00 | 1,054.00 | 2,279.00 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | -1,339.20 | -1,339.20 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | -323.30 | -323.30 |
| Resident | 925.00 | 0.00 | 0.00 | 0.00 | 3,145.70 | 4,070.70 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | -628.76 | -628.76 |
| Resident | 735.00 | 0.00 | 0.00 | 0.00 | 1,035.64 | 1,770.64 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | -888.20 | -888.20 |
| Resident | 1,125.00 | 0.00 | 0.00 | 0.00 | 1,402.58 | 2,527.58 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | -1,674.76 | -1,674.76 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | 2,062.61 | 2,062.61 |
| Resident | 450.00 | 0.00 | 0.00 | 0.00 | 1,170.08 | 1,620.08 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | -173.37 | -173.37 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | -2,501.70 | -2,501.70 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | 7,113.62 | 7,113.62 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | 7,138.30 | 7,138.30 |
| Resident | 450.00 | 0.00 | 0.00 | 0.00 | 8,974.08 | 9,424.08 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | -300.00 | -300.00 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | 4,557.77 | 4,557.77 |
| Resident | 742.00 | 0.00 | 0.00 | 0.00 | 654.78 | 1,396.78 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | 1,121.60 | 1,121.60 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | 2,737.37 | 2,737.37 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | -925.00 | -925.00 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | 419.20 | 419.20 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | 216.30 | 216.30 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | 2,260.06 | 2,260.06 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | -2,375.00 | -2,375.00 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | -911.75 | -911.75 |
| Resident | 0.00 | 0.00 | 0.00 | 0.00 | 17,988.19 | 17,988.19 |
| **TOTAL** | **6,586.66** | **0.00** | **0.00** | **0.00** | **46,141.16** | **52,727.82** |