**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| IN RE: | CASE NO. BK22-80860-BSK |
| DIMENSIONS IN SENIOR LIVING, LLC ET. AL, | CHAPTER 11 |
| Debtors. | Jointly Administered |

**PATIENT CARE OMBUDSMAN'S FIFTH REPORT**

In accordance with Section 333(b)(2) of Title 11 of the United States Bankruptcy Code (the "Code"), I, Abigail Mohs, in my capacity as the Patient Care Ombudsman appointed by the Court in the above-captioned matter on December 19, 2022, submit this fifth report on the status of patient care provided by Humboldt Assisted Living, LLC d/b/a Arrowood Lane Residential Care Facility (the "Debtor") during the period from August 23, 2023 through December 22, 2023.

Prior Reports

On February 22, I submitted an initial report detailing the background of Debtor and its Assisted Living Program (the "Program"). I filed interim reports. On August 30, 2023, I submitted a fourth report on the Program's operations. I concluded:

> Since my third report, I have found no additional areas of concern. In order to continue monitoring the Debtor's patient care, I will be taking the following action: (i) monitoring patient volume; (ii) verifying Debtor is making progress on building repairs (iii) ensure patient complaints are reported to me; and (iv) continued verification that payroll is current and continued monitoring of employee turnover.

Follow Up

1. Patient Volume

    I asked about patient volume/occupancy. Ms. Burns stated that the occupancy had increased and stabilized.

2. Patient Care-Related Issues

    There have been no patient complaints or other patient-related issues.

3. Employees

Debtor has continued to make payroll during the entire period covered by this report.

4. Miscellaneous

During the period covered by this report, Debtor has been in the process of attempting to wrap up the bankruptcy proceedings. It continues as of the last date covered by this report.

Conclusion

Since my fourth report, I have found no additional areas of concern. In order to continue monitoring the Debtor's patient care, I will be taking the following action: (i) monitoring patient volume; (ii) ensure patient complaints are reported to me; and (iii) continued verification that payroll is current and continued monitoring of employee turnover.

In accordance with Section 333(b)(2) of Title 11 the Code, I will submit my next report within the next sixty (60) days and will inform the Court if there are any critical concerns discovered prior to that time, as necessary.

Dated: January 23, 2024

PATIENT CARE OMBUDSMAN

By: /s/_____
Abigail T. Mohs
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
402-344-0500
amohs@bairdholm.com

6268092.1
DOCID:  DOCPROPERTY DOCXDOCID DMS=IManage Format=<<LIB>>/<<NUM>>.<<VER>>