**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

IN RE:

DIMENSIONS IN SENIOR LIVING, LLC
ET. AL,

      Debtors.

CASE NO. BK22-80860-BSK

CHAPTER 11

Jointly Administered

**PATIENT CARE OMBUDSMAN'S FIFTH REPORT**

In accordance with Section 333(b)(2) of Title 11 of the United States Bankruptcy Code (the "Code"), I, Abigail Mohs, in my capacity as the Patient Care Ombudsman appointed by the Court in the above-captioned matter on December 19, 2022, submit this fifth report on the status of patient care provided by Village Ridge, LLC d/b/a Village Ridge Assisted Living (the "Debtor") during the period from August, 2023 through December 22, 2023.

<u>Prior Reports</u>

On February 22, I submitted an initial report detailing the background of Debtor and its Assisted Living Program (the "Program"). I continued to submit interim reports. On August 30, 2023, I submitted a fourth report on the Program's operations.  I concluded:

> Since my third report, I have found no areas of concern.  In order to continue monitoring the Debtor's patient care, I will be taking the following action: (i) seek information about the outstanding DIA survey report and patient complaint report; (ii) inquire about an on-site visit during the period covered by the next report; (iii) ensure patient complaints are reported to me; and (iv) continued verification that payroll is current and continued monitoring of employee turnover.

<u>Follow Up</u>

Since the fourth report, I have been in contact with Debtor, with my questions focused on the priority items identified in the fourth report's conclusion.

1. On-Site Visit

   On Tuesday, September 19, I conducted an on-site visit at Debtor's Facility. I met with Diana Niemeier, Executive Director of Debtor ("Director"). Director and I met and discussed the Facility and then conducted a tour of the Facility. Director was open and welcoming during our meeting.

In our interview, we discussed a variety of topics, including the bankruptcy. Director stated that Ms. Burns has been direct and open with respect to the bankruptcy process. Both staff and residents were informed. Some residents and some staff ended up leaving due to the news, but it was not substantial.

The Debtor has had no trouble making payroll or buying necessary supplies.

While there is a lower than normal census, Ms. Niemeier stated that all similar facilities in the area have had lower than normal censuses too. Ms. Niemeier knows this because the administrators in the area have an informal network and keep in touch.

During the tour, we walked through the Facility. The tour included both community spaces, employee spaces, and private resident spaces (with resident permission). The residents and Director engaged with one another in a friendly manner. It appeared clean and organized. There were different levels of security based on the patient populations, with the memory care space having more stringent interior and exterior locks. All exterior doors are locked and/or alarmed. Alarms are sent to staff pagers.

2.  Patient Volume

    I asked about patient volume/occupancy. In my contact after the tour, Ms. Burns stated that the occupancy was stable.

3.  Patient Care-Related Issues

    There have been no patient complaints or other patient-related issues.

4.  Employees

    Debtor has continued to make payroll during the entire period covered by this report.

5.  Miscellaneous

    During the period covered by this report, Debtor has been in the process of attempting to wrap up the bankruptcy proceedings. It continues as of the last date covered by this report.

    Debtor is still awaiting the survey.

<u>Conclusion</u>

Since my fourth report, I have found no areas of concern.  In order to continue monitoring the Debtor's patient care, I will be taking the following action: (i) monitoring patient volume;

(ii) continuing to ensure patient complaints are reported to me; and (iii) continuing to verify that payroll is current and monitoring of employee turnover.

In accordance with Section 333(b)(2) of Title 11 the Code, I will submit my next report within the next sixty (60) days and will inform the Court if there are any critical concerns discovered prior to that time, as necessary.

Dated: January 23, 2024

PATIENT CARE OMBUDSMAN

By: /s/_____

    Abigail T. Mohs
    1700 Farnam Street
    Suite 1500
    Omaha, NE 68102-2068
    402-344-0500
    amohs@bairdholm.com

6268090.1
DOCID:  DOCPROPERTY DOCXDOCID DMS=IManage
Format=<<LIB>>/<<NUM>>.<<VER>>