## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: | CASE NO. BK22-80860-BSK |
| DIMENSIONS IN SENIOR LIVING, LLC ET. AL, | CHAPTER 11 |
| Debtors. | Jointly Administered |

### PATIENT CARE OMBUDSMAN'S FIFTH REPORT

In accordance with Section 333(b)(2) of Title 11 of the United States Bankruptcy Code (the "Code"), I, Abigail Mohs, in my capacity as the Patient Care Ombudsman appointed by the Court in the above-captioned matter on December 19, 2022, submit this fifth report on the status of patient care provided by Wilcox Properties of Fort Calhoun, LLC d/b/a Autumn Pointe Assisted Living (the "Debtor") during the period from August 23, 2023 through December 22, 2023.

Prior Reports

On February 22, I submitted an initial report detailing the background of Debtor and its Assisted Living Program (the "Program"). Since that initial report, I've continued to assess the Program and submitted interim reports. On August 30, 2023, I submitted a fourth report on the Program's operations. I concluded:

> Since my third report, I have found no areas of concern. In order to continue monitoring the Debtor's patient care, I will be taking the following action: (i) ensuring patient complaints are reported to me; and (ii) continued verification that payroll is current and continued monitoring of employee turnover.

Follow Up

Since the fourth report, I have been in contact with Debtor on a few occasions, with my questions focused on the priority items identified in the prior report's conclusion.

1. Patient Care-Related Issues

    Ms. Burns informed me Debtor admitted two married residents who have an active adult protective services case related to their son from before the admission.

    Additionally, Debtor has been working with the Nebraska Ombudsman and the Nebraska Department of Health and Human Services related to pharmacy charges

for two residents. The local pharmacy is now to notify Debtor prior to filling or refilling a prescription for a Medicaid-covered resident if the medication is not covered by Medicaid.

There have been no patient complaints.

2. Employees

Debtor has continued to make payroll during the entire period covered by this report.

3. Miscellaneous

I asked about patient volume/occupancy. Ms. Burns stated that the occupancy was up slightly and stabilized.

During the period covered by this report, Debtor has been in the process of attempting to wrap up the bankruptcy proceedings. It continues as of the last date covered by this report.

Conclusion

Since my fourth report, I have found no areas of concern.  In order to continue monitoring the Debtor's patient care, I will be taking the following action: (i) ensuring patient complaints and other incidents are reported to me; and (ii) continued verification that payroll is current and continued monitoring of employee turnover.

In accordance with Section 333(b)(2) of Title 11 the Code, I will submit my next report within the next sixty (60) days and will inform the Court if there are any critical concerns discovered prior to that time, as necessary.

Dated: January 23, 2024

                      PATIENT CARE OMBUDSMAN

                      By: /s/_____
                          Abigail T. Mohs
                          1700 Farnam Street
                          Suite 1500
                          Omaha, NE 68102-2068
                          402-344-0500
                          amohs@bairdholm.com

6267912.1

DOCID:  DOCPROPERTY DOCXDOCID DMS=IManage Format=<<LIB>>/<<NUM>>.<<VER>>

Case 22-80860-BSK    Doc 322    Filed 01/24/24    Entered 01/24/24 12:22:39    Desc Main
Document    Page 3 of 3