ntcnc (04/10)

# UNITED STATES BANKRUPTCY COURT
## District of Nebraska

In Re:

Dimensions in Senior Living, LLC and Wilcox Properties of Fort Calhoun, LLC

Debtor(s)

Bankruptcy Proceeding No. 22−80860−BSK
Chapter 11

Judge: Brian S. Kruse

## NOTICE OF NONCOMPLIANCE

ISSUE:   Notice Pursuant to Rule 9013−1

ATTY:   Nicholas Zluticky

Movant has failed to comply with Neb. R. Bankr. P. 4001−1. The movant incorrectly served notice under Neb. R. Bankr. P. 9013−1, which does not apply to motions for relief from stay. When a motion for relief is filed, the clerk will enter a notice scheduling a hearing within 30 days and setting the date by which resistances and evidence must be filed and served. The movant must serve the notice along with the motion. See Neb. R. Bankr. P. 4001−1.

Dated: 1/24/24

Eva Roeber
Clerk, U.S. Bankruptcy Court

Copies served by the court on the movant.
Nicholas Zluticky