## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In re Dimensions In Senior Living, LLC et al.,[1] | ) | Case No. 22-80860 |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | Joint Administered |

### OPERATING REPORTS COVERING DECEMBER 2023

Attached hereto are Debtors' operating reports covering December 2023.

Respectfully submitted.

                                    **Dimensions In Senior Living, LLC, et al, Debtors.**

By:    /s/ *Patrick R. Turner*
           TURNER LEGAL GROUP, LLC
           Patrick Turner (NE Bar No. 23461)
           139 S. 144th Street, Suite 665
           Omaha, Nebraska 68010
           Telephone: (402) 690-3675
           pturner@turnerlegalomaha.com

           Counsel for Debtors

---

[1] Dimensions In Senior Living, LLC, Tax I.D. No. 76-0771058, Village Ridge, LLC, Tax I.D. No. 20-3042744, Village Place, LLC, Tax I.D. No. 81-2042780, WB Real Estate Of Iola, LLC, Tax I.D. No. 46-5548614, Humboldt Assisted Living, LLC, Tax I.D. No. 48-1221950, Wilcox Properties Of Columbia, LLC, Tax I.D. No. 43-1934089, Wilcox Properties Of Fort Calhoun, LLC, Tax I.D. No. 20-5822304.

CORE/3505107.0002/137690701.1