# UNITED STATES BANKRUPTCY COURT

DISTRICT OF    Nebraska

In Re. Dimensions in Senior Living LLC    §
                                          §    Case No.   22-80860
                                          §
_____          §    Lead Case No.   22-80860
                    Debtor(s)             §
                                               ☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2023    Petition Date: 11/21/2022

Months Pending: 14    Industry Classification: | 6 | 2 | 3 | 3 |

Reporting Method:    Accrual Basis ⦿    Cash Basis ○

Debtor's Full-Time Employees (current):    3

Debtor's Full-Time Employees (as of date of order for relief):    5

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒    Statement of cash receipts and disbursements
☒    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒    Statement of operations (profit or loss statement)
☒    Accounts receivable aging
☐    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Amy Wilcox-Burns
_____
Signature of Responsible Party

01/22/2024
_____
Date

Amy Wilcox-Burns
_____
Printed Name of Responsible Party

122 N. McKenna Ave, Gretna, NE 68028
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)    1

Debtor's Name Dimensions in Senior Living LLC                                    Case No.  22-80860

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $-3,395 | |
| b. Total receipts (net of transfers between accounts) | $70,330 | $383,406 |
| c. Total disbursements (net of transfers between accounts) | $65,823 | $382,849 |
| d. Cash balance end of month (a+b+c) | $1,112 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $65,823 | $382,849 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $604,803 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ○  Market ○  Other ●   (attach explanation)) | $0 |
| d Total current assets | $493,234 |
| e. Total assets | $629,071 |
| f. Postpetition payables (excluding taxes) | $2,919 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $2,919 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $137,372 |
| n. Total liabilities (debt) (j+k+l+m) | $140,291 |
| o. Ending equity/net worth (e-n) | $488,780 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $29,387 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $29,387 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $24,288 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $134 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $5,099 | $83,822 |

Debtor's Name Dimensions in Senior Living LLC                                  Case No.  22-80860

## Part 5:  Professional Fees and Expenses

|  |  | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)

Debtor's Name  Dimensions in Senior Living LLC                         Case No.  22-80860

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

| Debtor's Name | Dimensions in Senior Living LLC | | Case No.  22-80860 |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxviii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name Dimensions in Senior Living LLC                                   Case No.  22-80860

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name Dimensions in Senior Living LLC                                    Case No.  22-80860

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Dimensions in Senior Living LLC                                    Case No.  22-80860

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $134 | $3,289 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ○  No ⦿

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ○  No ⦿

c. Were any payments made to or on behalf of insiders?  Yes ⦿  No ○

d. Are you current on postpetition tax return filings?  Yes ⦿  No ○

e. Are you current on postpetition estimated tax payments?  Yes ⦿  No ○

f. Were all trust fund taxes remitted on a current basis?  Yes ⦿  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ○  No ⦿

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ○  No ○  N/A ⦿

i. Do you have:        Worker's compensation insurance?  Yes ⦿  No ○
        If yes, are your premiums current?  Yes ⦿  No ○  N/A ○  (if no, see Instructions)
        Casualty/property insurance?  Yes ⦿  No ○
        If yes, are your premiums current?  Yes ⦿  No ○  N/A ○  (if no, see Instructions)
        General liability insurance?  Yes ⦿  No ○
        If yes, are your premiums current?  Yes ⦿  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?  Yes ○  No ⦿

k. Has a disclosure statement been filed with the court?  Yes ○  No ⦿

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ○  No ⦿

Debtor's Name  Dimensions in Senior Living LLC                                    Case No.  22-80860

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Amy Wilcox-Burns                                    Amy Wilcox-Burns
_____                        _____
Signature of Responsible Party                         Printed Name of Responsible Party

CRO                                                    01/22/2024
_____                        _____
Title                                                  Date

Debtor's Name Dimensions in Senior Living LLC

Case No. 22-80860



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Dimensions in Senior Living LLC                                    Case No.  22-80860



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Dimensions in Senior Living LLC                                    Case No. 22-80860



PageThree



PageFour

**11:44 AM**

**01/22/24**

**Accrual Basis**

# Dimensions
# Profit & Loss
### December 2023

|  | Dec 23 |
|---|---|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **Income** | |
|       6000 · Management Fee | 29,387.08 |
|     **Total Income** | 29,387.08 |
|   **Total Income** | 29,387.08 |
|   **Expense** | |
|     7120 · Bank Service Charges | 35.00 |
|     7160 · Dues and Subscriptions | 217.31 |
|     7170 · Equipment Rental | 115.19 |
|     7180 · Insurance | 635.68 |
|     7198 · Facility Benefits | 227.33 |
|     7199 · Employee Benefits | 4,258.90 |
|     7230 · Licenses and Permits | 100.00 |
|     7250 · Postage and Delivery | 54.28 |
|     7270 · Professional Fees | 29.23 |
|     7290 · Rent | 3,263.88 |
|     7335 · Service Contract | 1,042.88 |
|     7340 · Telephone | 565.89 |
|     7400 · Utilities | 1,431.85 |
|     7550 · Office Supplies | 120.66 |
|     7560 · Payroll Expenses | 1,856.49 |
|     7562 · Guaranteed Payments | 10,333.32 |
|   **Total Expense** | 24,287.89 |
|   **Net Ordinary Income** | 5,099.19 |
| **Net Income** | 5,099.19 |

11:45 AM

**Dimensions**

01/22/24

**Balance Sheet**

Accrual Basis

**As of December 31, 2023**

|  | Dec 31, 23 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1030 · Checking American National | 7,414.69 |
| 1035 · Payroll American National | 1,467.46 |
| **Total Checking/Savings** | 8,882.15 |
| **Accounts Receivable** | |
| 1200 · *Accounts Receivable | 679,307.47 |
| **Total Accounts Receivable** | 679,307.47 |
| **Other Current Assets** | |
| 1255 · Rec-Tapestry Senior Living | 1,700.00 |
| 1257 · Rec-Autumn Pointe | 47,801.42 |
| 1261 · Rec - Village Place | 38,356.74 |
| 1262 · Rec-Candlelight Lodge | 835,305.90 |
| 1263 · Reimbursed Expenses | 100,580.22 |
| 1265 · Rec - Village Ridge | 1,755.00 |
| 1266 · Rec-Greystone | 8,024.50 |
| 1499 · Undeposited Funds | 4,947.80 |
| **Total Other Current Assets** | 1,038,471.58 |
| **Total Current Assets** | 1,726,661.20 |
| **Fixed Assets** | |
| 2010 · EQUIPMENT | 150,634.83 |
| 2012 · ACCUM. DEPRN. - EQUIPMENT | -150,340.85 |
| **Total Fixed Assets** | 293.98 |
| **Other Assets** | |
| 1256 · Rec-Humboldt Assisted Living | 38,967.25 |
| **Total Other Assets** | 38,967.25 |
| **TOTAL ASSETS** | **1,765,922.43** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 4005 · Accounts Payable | 80,020.24 |
| **Total Accounts Payable** | 80,020.24 |
| **Other Current Liabilities** | |
| 4040 · Payroll Liabilities | 27,511.87 |
| 4250 · Loan  from Tapestry | 226,712.93 |
| 4251 · Payable - Autumn Pointe | 204,764.10 |
| 4252 · Payable-Humboldt Assisted Livin | 50,841.45 |
| 4253 · Payable-WB Real Estate of Iola | 32,267.11 |
| 4254 · Payable - Village Place | 79,989.33 |
| 4255 · Payable-Concepts Senior Living | 156,105.60 |
| **Total Other Current Liabilities** | 778,192.39 |
| **Total Current Liabilities** | 858,212.63 |
| **Long Term Liabilities** | |
| 4200 · Loan - Concepts | 4,600.00 |
| 4300 · Note Pay - Wilcox Properties | 7,300.00 |
| 4502 · Loan-Partners | -4.00 |
| **Total Long Term Liabilities** | 11,896.00 |
| **Total Liabilities** | 870,108.63 |

**11:45 AM**

**01/22/24**

**Accrual Basis**

**Dimensions**

# Balance Sheet

### As of December 31, 2023

|  | Dec 31, 23 |
|---|---|
| **Equity** | |
| 3000 · Opening Bal Equity | -3,249.01 |
| 5000 · Partner One Equity | 204,883.23 |
| 5010 · Retained Earnings | 638,760.17 |
| Net Income | 55,419.41 |
| **Total Equity** | 895,813.80 |
| **TOTAL LIABILITIES & EQUITY** | 1,765,922.43 |

11:45 AM
01/22/24
Accrual Basis

# Dimensions
## Transactions by Account
### As of December 31, 2023

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **1030 · Checking American National** | | | | | | | | | |
| Bill Pmt -Check | 12/01/2023 | 7291 | City of Gretha | | X | 4005 · Account... | | 34.08 | 2,907.56 |
| Bill Pmt -Check | 12/05/2023 | DM | Muzak | 125385 | X | 4005 · Account... | | 115.19 | 2,873.48 |
| Bill Pmt -Check | 12/06/2023 | DM | WB Real Estate of ... | | X | 4005 · Account... | | 13,055.52 | 2,758.29 |
| Transfer | 12/06/2023 | | | Funds Transf... | X | 1035 · Payroll ... | | 912.00 | -10,297.23 |
| Deposit | 12/06/2023 | | | Deposit | X | -SPLIT- | 13,726.88 | | -11,209.23 |
| Bill Pmt -Check | 12/07/2023 | 7292 | American National B... | VOID: | X | 4005 · Account... | 0.00 | | 2,517.65 |
| Transfer | 12/07/2023 | | | WB RE of G | X | 4502 · Loan-P... | 33,655.89 | | 2,517.65 |
| Check | 12/07/2023 | 7293 | Amy Wilcox-Burns | | X | 7562 · Guarant... | | 2,833.33 | 36,173.54 |
| Check | 12/07/2023 | 7294 | Ryan Burns | | X | 7562 · Guarant... | | 2,333.33 | 33,340.21 |
| Transfer | 12/08/2023 | DM | Ryan Burns | WB RE of G | X | 4502 · Loan-P... | | 33,659.89 | 31,006.88 |
| Deposit | 12/11/2023 | | | Deposit | X | 1499 · Undepo... | 4,500.00 | | -2,653.01 |
| Liability Check | 12/13/2023 | DM | Empower Retirement | 375679-01 | X | -SPLIT- | | 368.45 | 1,846.99 |
| Bill Pmt -Check | 12/15/2023 | 7295 | Ryan Burns | VOID: | X | 4005 · Account... | 0.00 | | 1,478.54 |
| Bill Pmt -Check | 12/15/2023 | 7296 | Ryan Burns | | X | 4005 · Account... | | 39.02 | 1,478.54 |
| Bill Pmt -Check | 12/18/2023 | DM | T-Mobile | | X | 4005 · Account... | | 572.28 | 1,439.52 |
| Bill Pmt -Check | 12/19/2023 | DM | Papillion Sanitation | | X | 4005 · Account... | | 54.19 | 867.24 |
| Transfer | 12/21/2023 | | | Funds Transf... | X | 1035 · Payroll ... | | 941.00 | 813.05 |
| Check | 12/22/2023 | 7297 | Amy Wilcox-Burns | | X | 7562 · Guarant... | | 2,833.33 | -127.95 |
| Check | 12/22/2023 | 7298 | Ryan Burns | | X | 7562 · Guarant... | | 2,333.33 | -2,961.28 |
| Bill Pmt -Check | 12/22/2023 | 7300 | Assurity Life Insuran... | | X | 4005 · Account... | | 278.18 | -5,294.61 |
| Bill Pmt -Check | 12/22/2023 | DM | Cox Communications | 501 7210 024... | X | 4005 · Account... | | 1,043.03 | -5,572.79 |
| Bill Pmt -Check | 12/22/2023 | 7301 | Unum | Billing # 0128... | | 4005 · Account... | | 633.20 | -6,615.82 |
| Bill Pmt -Check | 12/22/2023 | 7302 | Unum (Life & AD&D) | Billing # 0603... | | 4005 · Account... | | 2.48 | -7,249.02 |
| Liability Check | 12/28/2023 | DM | Empower Retirement | 375679-01 | | -SPLIT- | | 369.35 | -7,251.50 |
| Bill Pmt -Check | 12/29/2023 | 7299 | City of Gretna | | | 4005 · Account... | | 100.00 | -7,620.85 |
| Bill Pmt -Check | 12/29/2023 | DM | Principal Life Insura... | | | 4005 · Account... | | 170.51 | -7,720.85 |
| Bill Pmt -Check | 12/29/2023 | DM | United HealthCare | 399748 | | 4005 · Account... | | 3,106.23 | -7,891.36 |
| Deposit | 12/29/2023 | | | Deposit | X | 1499 · Undepo... | 6,220.40 | | -10,997.59 |
| Deposit | 12/31/2023 | | | Deposit | | -SPLIT- | 7,726.88 | | -4,777.19 |
| Deposit | 12/31/2023 | | | Deposit | | 1499 · Undepo... | 4,500.00 | | 2,949.69 |
| Check | 12/31/2023 | | | Service Charge | X | 7120 · Bank S... | | 35.00 | 7,449.69 |
| | | | | | | | | | 7,414.69 |
| **Total 1030 · Checking American National** | | | | | | | 70,330.05 | 65,822.92 | 7,414.69 |
| **TOTAL** | | | | | | | 70,330.05 | 65,822.92 | 7,414.69 |

Case 22-80860-BSK    Doc 333-2    Filed 02/13/24    Entered 02/13/24 11:53:08    Desc
Dimensions in Senior Living Report    Page 17 of 36

Page 1

11:45 AM

01/22/24

Accrual Basis

# Dimensions
## Transactions by Account
### As of December 31, 2023

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-----|-------|-------|--------|---------|
| **1035 · Payroll American National** | | | | | | | | | |
| Liability Check | 12/06/2023 | | QuickBooks Payroll ... | Created by P... | X | -SPLIT- | | | 1,091.79 |
| Transfer | 12/06/2023 | | | Funds Transf... | X | 1030 · Checkin... | | 726.23 | 365.56 |
| Paycheck | 12/07/2023 | DD1626 | Hasting, Amy J | Direct Deposit | X | -SPLIT- | 912.00 | | 1,277.56 |
| Paycheck | 12/07/2023 | DD1627 | Wilcox, Karryn D | Direct Deposit | X | -SPLIT- | 0.00 | | 1,277.56 |
| Liability Check | 12/21/2023 | | QuickBooks Payroll ... | Created by P... | X | -SPLIT- | 0.00 | | 1,277.56 |
| Transfer | 12/21/2023 | | | Funds Transf... | X | 1030 · Checkin... | | 751.10 | 526.46 |
| Paycheck | 12/22/2023 | DD1628 | Hasting, Amy J | Direct Deposit | X | -SPLIT- | 941.00 | | 1,467.46 |
| Paycheck | 12/22/2023 | DD1629 | Wilcox, Karryn D | Direct Deposit | X | -SPLIT- | 0.00 | | 1,467.46 |
| | | | | | | | | | 1,467.46 |
| **Total 1035 · Payroll American National** | | | | | | | 1,853.00 | 1,477.33 | 1,467.46 |
| **TOTAL** | | | | | | | 1,853.00 | 1,477.33 | 1,467.46 |

## Dimensions

### AR Aging Summary

**As of December 31, 2023**

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Arrowood Lane | 18,996.06 | 0.00 | 0.00 | 0.00 | -3,790.40 | 15,205.66 |
| Autumn Pointe | 96,308.15 | 0.00 | 0.00 | 0.00 | -13,853.07 | 82,455.08 |
| Candlelight Lodge | 90,226.41 | 0.00 | 0.00 | 0.00 | 69,787.33 | 160,013.74 |
| Greystone | 67,781.67 | 0.00 | 0.00 | 0.00 | 0.00 | 67,781.67 |
| Village Place | 29,902.34 | 0.00 | 0.00 | 0.00 | 4,310.30 | 34,212.64 |
| Village Ridge | 337,489.18 | 6,000.00 | 0.00 | 0.00 | -98,355.38 | 245,133.80 |
| TOTAL | 640,703.81 | 6,000.00 | 0.00 | 0.00 | -41,901.22 | 604,802.59 |



# AMERICAN
## NATIONAL BANK

PO Box 2139
Omaha, NE 68103-2139

**RETURN SERVICE REQUESTED**

**December 2023**

*Reporting Activity*
*December 01 2023 - December 29 2023*

Page 1 of 5

DIMENSIONS IN SENIOR LIVING
122 N MC KENNA AVE
GRETNA NE 68028 - 8079

### SUMMARY OF ACCOUNTS

| ACCOUNT TYPE | ACCOUNT NUMBER | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|---|
| Business Value | XXXXXX2711 | $9,506.00 | $9,109.09 |

## Business Value XXXXXX2711

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/01/23 | Beginning Balance | $9,506.00 |
| | Deposits (5) | $70,417.53 |
| | Withdrawals (24) | $70,814.44 |
| 12/31/23 | Ending Balance | $9,109.09 |

### Interest Summary

| Description | Amount |
|---|---|
| Average Ledger | $13,922.87 |
| Average Collected | $12,578.68 |
| Service Charge | $0.00 |
| Interest Paid | $0.00 |
| APY Earned | 0.00% |
| Interest Paid YTD | $0.00 |

## TRANSACTION ACTIVITY FOR Business Value XXXXXX2711

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 12/01 | Remote Deposit | $12,314.36 |
| 12/06 | Remote Deposit | $13,726.88 |
| 12/07 | Online Xfer From/To: 320104649-D/3102711-D | $33,655.89 |
| 12/11 | Online Xfer From/To: 320405251-D/3102711-D | $4,500.00 |
| 12/29 | Online Xfer From/To: 320405251-D/3102711-D | $6,220.40 |

### WITHDRAWALS

| Date | Description | Debits |
|---|---|---|
| 12/01 | EDI PAYMTSUNITED HEALTHCAR 718790019358 ISA*00*    *00* *ZZ*1411289245 | $-3,106.23 |



EQUAL HOUSING
LENDER

# Treasury Management

## Solutions Tailored to Fit Your Needs

Whether you are a small business owner, non-profit, or large corporation, our products and services are designed to meet your organization's unique needs.

## PAYABLES

**Business Bill Pay**
Pay vendors without writing checks

**Automated Clearing House (ACH)**
Low-cost, secure way to make and receive payments

**Business Credit Cards**
Save time and money with a single card for expenses

**Wire Transfers**
Transfer funds quickly and safely

## FRAUD PROTECTION

**Positive Pay**
Protection against check fraud

## RECEIVABLES

**Remote Deposit Capture**
Deposit checks 24/7 from the convenience of your office

**Merchant Services**
A holistic approach to accepting card payments

## INFORMATION REPORTING & LIQUIDITY MANAGEMENT

**Business Online Banking**
Comprehensive information reporting right at your fingertips

**Sweep/Zero Balance Accounts (ZBA)**
Maximize use of funds and increase funds control

*ZZ*BNYMEL LON   *231201*1014*U*00401*

| Date | Description | Amount |
|------|-------------|--------|
| 12/04 | EFT     MUZAK LLC 352995 | $-115.19 |
| 4 | INSUR CLM PLIC-SBD PACT#220931216 | $-170.51 |
| 12/06 | Online Xfer From/To: 3102711-D/3102703-D | $-912.00 |
| 12/07 | Online Xfer From/To: 3102711-D/320104649-D | $-13,055.52 |
| 12/08 | Online Xfer From/To: 3102711-D/320104649-D | $-33,659.89 |
| 12/08 | Account Analysis Charge | $-35.00 |
| 12/15 | EMPOWER  EMPOWER 706555597115 ISA*00*     *00* *ZZ*EMPOWER     *ZZ*Dimens ions in S*231214*1046*U*00400* | $-368.45 |
| 12/20 | WEB_PAY   WASTE CONNECTION 78007824121923 WEB  DIMENSIONS IN SENIOR L | $-54.19 |
| 12/21 | PCS SVC   T-MOBILE.COM 2646626 WEB  DIMENSIONS IN SENIOR L 800-937-8997 | $-572.28 |
| 12/21 | Online Xfer From/To: 3102711-D/3102703-D | $-941.00 |
| 12/26 | BANK DRAFT  COX COMM OMA r08oSMVwEMak5tJ TEL  Dimensions in Senior L | $-1,043.03 |
| 12/29 | DIRECT DEB Pitney Purchase PBPurchasPwr | $-294.21 |

### Checks Paid

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---------|------|--------|---------|------|--------|---------|------|--------|
| 7286 | 12/04 | 2833.33 | 7290 | 12/12 | 633.20 | 7296* | 12/18 | 39.02 |
| 7287 | 12/04 | 2333.33 | 7291 | 12/07 | 34.08 | 7297 | 12/27 | 2833.33 |
| 7288 | 12/12 | 278.18 | 7293* | 12/18 | 2833.33 | 7298 | 12/27 | 2333.33 |
| 7289 | 12/12 | 2.48 | 7294 | 12/18 | 2333.33 | | | |

* Denotes missing check numbers

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## DAILY BALANCES

| Date | Account | Balance | Date | Account | Balance | Date | Account | Balance |
|------|---------|---------|------|---------|---------|------|---------|---------|
| 12/01 | XXXXXX2711 | $18,714.13 | 12/11 | XXXXXX2711 | $17,448.05 | 12/21 | XXXXXX2711 | $9,392.59 |
| 12/04 | XXXXXX2711 | $13,261.77 | 12/12 | XXXXXX2711 | $16,534.19 | 12/26 | XXXXXX2711 | $8,349.56 |
| 12/06 | XXXXXX2711 | $26,076.65 | 12/15 | XXXXXX2711 | $16,165.74 | 12/27 | XXXXXX2711 | $3,182.90 |
| 12/07 | XXXXXX2711 | $46,642.94 | 12/18 | XXXXXX2711 | $10,960.06 | 12/29 | XXXXXX2711 | $9,109.09 |
| 12/08 | XXXXXX2711 | $12,948.05 | 12/20 | XXXXXX2711 | $10,905.87 | | | |

**DIMENSIONS IN SENIOR LIVING, LLC**
AMERICAN NATIONAL BANK — 7286
DATE 11/22/2023
PAY TO THE ORDER OF: Amy Wilcox-Burns — $ **2,833.33
Two Thousand Eight Hundred Thirty-Three and 33/100******** DOLLARS
Amy Wilcox-Burns
11825 S. 224th St.
Gretna, NE 68028

Account: XXXXXX2711    Date: 12-04-2023
Number: 7286    Amount: 2833.33

**DIMENSIONS IN SENIOR LIVING, LLC**
AMERICAN NATIONAL BANK — 7287
DATE 11/22/2023
PAY TO THE ORDER OF: Ryan Burns — $ **2,333.33
Two Thousand Three Hundred Thirty-Three and 33/100******** DOLLARS
Ryan Burns
11825 S. 224th St.
Gretna, NE 68028

Account: XXXXXX2711    Date: 12-04-2023
Number: 7287    Amount: 2333.33

**DIMENSIONS IN SENIOR LIVING, LLC**
AMERICAN NATIONAL BANK — 7288
DATE 11/30/2023
PAY TO THE ORDER OF: Assurity Life Insurance Company — $ **278.18
Two Hundred Seventy-Eight and 18/100******** DOLLARS
Assurity Life Insurance Company

Account: XXXXXX2711    Date: 12-12-2023
Number: 7288    Amount: 278.18

**DIMENSIONS IN SENIOR LIVING, LLC**
AMERICAN NATIONAL BANK — 7289
DATE 11/30/2023
PAY TO THE ORDER OF: UNUM — $ **2.48
Two and 48/100******** DOLLARS
Unum Life Insurance Company of America
PO Box 406948
Atlanta, GA 30384-6948
Billing # 0003835-001

Account: XXXXXX2711    Date: 12-12-2023
Number: 7289    Amount: 2.48

**DIMENSIONS IN SENIOR LIVING, LLC**
AMERICAN NATIONAL BANK — 7290
DATE 11/30/2023
PAY TO THE ORDER OF: Unum — $ **633.20
Six Hundred Thirty-Three and 20/100******** DOLLARS
Unum Life Insurance Co. of America
PO Box 406990
Atlanta, GA 30384-6990
Billing # 0126551-006

Account: XXXXXX2711    Date: 12-12-2023
Number: 7290    Amount: 633.20

**DIMENSIONS IN SENIOR LIVING, LLC**
AMERICAN NATIONAL BANK — 7291
DATE 12/1/2023
PAY TO THE ORDER OF: City of Gretna — $ **34.08
Thirty-Four and 08/100******** DOLLARS
City of Gretna
204 N. McKenna Ave
Gretna, NE 68028

Account: XXXXXX2711    Date: 12-07-2023
Number: 7291    Amount: 34.08

**DIMENSIONS IN SENIOR LIVING, LLC**
AMERICAN NATIONAL BANK — 7293
DATE 12/7/2023
PAY TO THE ORDER OF: Amy Wilcox-Burns — $ **2,833.33
Two Thousand Eight Hundred Thirty-Three and 33/100******** DOLLARS
Amy Wilcox-Burns
11825 S. 224th St.
Gretna, NE 68028

Account: XXXXXX2711    Date: 12-18-2023
Number: 7293    Amount: 2833.33

**DIMENSIONS IN SENIOR LIVING, LLC**
AMERICAN NATIONAL BANK — 7294
DATE 12/7/2023
PAY TO THE ORDER OF: Ryan Burns — $ **2,333.33
Two Thousand Three Hundred Thirty-Three and 33/100******** DOLLARS
Ryan Burns
11825 S. 224th St.
Gretna, NE 68028

Account: XXXXXX2711    Date: 12-18-2023
Number: 7294    Amount: 2333.33

**DIMENSIONS IN SENIOR LIVING, LLC**
AMERICAN NATIONAL BANK — 7296
DATE 12/15/2023
PAY TO THE ORDER OF: Ryan Burns — $ **39.02
Thirty-Nine and 02/100******** DOLLARS
Ryan Burns
11825 S. 224th St.
Gretna, NE 68028

Account: XXXXXX2711    Date: 12-18-2023
Number: 7296    Amount: 39.02

**DIMENSIONS IN SENIOR LIVING, LLC**
AMERICAN NATIONAL BANK — 7297
DATE 12/22/2023
PAY TO THE ORDER OF: Amy Wilcox-Burns — $ **2,833.33
Two Thousand Eight Hundred Thirty-Three and 33/100******** DOLLARS
Amy Wilcox-Burns
11825 S. 224th St.
Gretna, NE 68028

Account: XXXXXX2711    Date: 12-27-2023
Number: 7297    Amount: 2833.33



**Account:** XXXXXX2711
**Number:** 7298

**Date:** 12-27-2023
**Amount:** 2333.33

---

**Remote Deposit**                                                    **Credit**

**DIMENSIONS IN SENIOR LIVING**
*DIMENSIONS OPERATING - 2711*
122 N MC KENNA AVE
GRETNA, NE 68028
402-330-6040

Date:        12/1/2023
Items:       2
Amount:   $12,314.36
Batch ID:   19538178630
Account ID: 1235141 8585421
Acct Num:   3102711

**Account:** XXXXXX2711
**Number:**

**Date:** 12-01-2023
**Amount:** 12314.36

---

**Remote Deposit**                                                    **Credit**

**DIMENSIONS IN SENIOR LIVING**
*DIMENSIONS OPERATING - 2711*
122 N MC KENNA AVE
GRETNA, NE 68028
402-330-6040

Date:        12/6/2023
Items:       3
Amount:   $13,726.88
Batch ID:   19588299986
Account ID: 1235141 8585421
Acct Num:   3102711

**Account:** XXXXXX2711
**Number:**

**Date:** 12-06-2023
**Amount:** 13726.88

10:19 AM

01/22/24

# Dimensions
## Reconciliation Summary
### 1030 · Checking American National, Period Ending 12/31/2023

|  | Dec 31, 23 |
|---|---|
| **Beginning Balance** | 9,506.00 |
| **Cleared Transactions** | |
| Checks and Payments - 24 items | -70,814.44 |
| Deposits and Credits - 9 items | 70,417.53 |
| **Total Cleared Transactions** | -396.91 |
| **Cleared Balance** | 9,109.09 |
| **Uncleared Transactions** | |
| Checks and Payments - 20 items | -13,921.28 |
| Deposits and Credits - 2 items | 12,226.88 |
| **Total Uncleared Transactions** | -1,694.40 |
| **Register Balance as of 12/31/2023** | 7,414.69 |
| **New Transactions** | |
| Checks and Payments - 16 items | -17,296.96 |
| **Total New Transactions** | -17,296.96 |
| **Ending Balance** | -9,882.27 |

**10:19 AM**

**01/22/24**

**Dimensions**

## Reconciliation Detail

### 1030 · Checking American National, Period Ending 12/31/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 9,506.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 24 items** | | | | | | |
| Bill Pmt -Check | 10/20/2023 | DM | Pitney Bowes Purch... | X | -294.21 | -294.21 |
| Check | 11/22/2023 | 7286 | Amy Wilcox-Burns | X | -2,833.33 | -3,127.54 |
| Check | 11/22/2023 | 7287 | Ryan Burns | X | -2,333.33 | -5,460.87 |
| Bill Pmt -Check | 11/30/2023 | DM | United HealthCare | X | -3,106.23 | -8,567.10 |
| Bill Pmt -Check | 11/30/2023 | 7290 | Unum | X | -633.20 | -9,200.30 |
| Bill Pmt -Check | 11/30/2023 | 7288 | Assurity Life Insuran... | X | -278.18 | -9,478.48 |
| Bill Pmt -Check | 11/30/2023 | DM | Principal Life Insura... | X | -170.51 | -9,648.99 |
| Bill Pmt -Check | 11/30/2023 | 7289 | Unum (Life & AD&D) | X | -2.48 | -9,651.47 |
| Bill Pmt -Check | 12/01/2023 | 7291 | City of Gretna | X | -34.08 | -9,685.55 |
| Bill Pmt -Check | 12/05/2023 | DM | Muzak | X | -115.19 | -9,800.74 |
| Bill Pmt -Check | 12/06/2023 | DM | WB Real Estate of ... | X | -13,055.52 | -22,856.26 |
| Transfer | 12/06/2023 | | | X | -912.00 | -23,768.26 |
| Check | 12/07/2023 | 7293 | Amy Wilcox-Burns | X | -2,833.33 | -26,601.59 |
| Check | 12/07/2023 | 7294 | Ryan Burns | X | -2,333.33 | -28,934.92 |
| Transfer | 12/08/2023 | DM | | X | -33,659.89 | -62,594.81 |
| Liability Check | 12/13/2023 | DM | Empower Retirement | X | -368.45 | -62,963.26 |
| Bill Pmt -Check | 12/15/2023 | 7296 | Ryan Burns | X | -39.02 | -63,002.28 |
| Bill Pmt -Check | 12/18/2023 | DM | T-Mobile | X | -572.28 | -63,574.56 |
| Bill Pmt -Check | 12/19/2023 | DM | Papillion Sanitation | X | -54.19 | -63,628.75 |
| Transfer | 12/21/2023 | | | X | -941.00 | -64,569.75 |
| Check | 12/22/2023 | 7297 | Amy Wilcox-Burns | X | -2,833.33 | -67,403.08 |
| Check | 12/22/2023 | 7298 | Ryan Burns | X | -2,333.33 | -69,736.41 |
| Bill Pmt -Check | 12/22/2023 | DM | Cox Communications | X | -1,043.03 | -70,779.44 |
| Check | 12/31/2023 | | | X | -35.00 | -70,814.44 |
| Total Checks and Payments | | | | | -70,814.44 | -70,814.44 |
| **Deposits and Credits - 9 items** | | | | | | |
| Bill Pmt -Check | 04/28/2023 | 7227 | U.S. Trustees | X | 0.00 | 0.00 |
| Bill Pmt -Check | 04/30/2023 | | U.S. Trustees | X | 0.00 | 0.00 |
| Deposit | 11/30/2023 | | | X | 12,314.36 | 12,314.36 |
| Deposit | 12/06/2023 | | | X | 13,726.88 | 26,041.24 |
| Bill Pmt -Check | 12/07/2023 | 7292 | American National B... | X | 0.00 | 26,041.24 |
| Transfer | 12/07/2023 | | | X | 33,655.89 | 59,697.13 |
| Deposit | 12/11/2023 | | | X | 4,500.00 | 64,197.13 |
| Bill Pmt -Check | 12/15/2023 | 7295 | Ryan Burns | X | 0.00 | 64,197.13 |
| Deposit | 12/29/2023 | | | X | 6,220.40 | 70,417.53 |
| Total Deposits and Credits | | | | | 70,417.53 | 70,417.53 |
| Total Cleared Transactions | | | | | -396.91 | -396.91 |
| **Cleared Balance** | | | | | -396.91 | 9,109.09 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 20 items** | | | | | | |
| Bill Pmt -Check | 01/31/2023 | | All Copy Products | | -900.81 | -900.81 |
| Bill Pmt -Check | 01/31/2023 | | Jean Wilcox | | -124.64 | -1,025.45 |
| Bill Pmt -Check | 01/31/2023 | | Storage Mart#1401 | | -103.00 | -1,128.45 |
| Bill Pmt -Check | 01/31/2023 | | Ryan Burns | | -72.09 | -1,200.54 |
| Bill Pmt -Check | 02/28/2023 | | Ryan Burns | | -365.67 | -1,566.21 |
| Bill Pmt -Check | 02/28/2023 | | Amy Wilcox-Burns | | -81.64 | -1,647.85 |
| Bill Pmt -Check | 04/28/2023 | | All Copy Products | | -2,697.24 | -4,345.09 |
| Bill Pmt -Check | 04/28/2023 | | Nebraska Health Ca... | | -475.00 | -4,820.09 |
| Bill Pmt -Check | 06/09/2023 | | Ryan Burns | | -158.60 | -4,978.69 |
| Bill Pmt -Check | 06/09/2023 | | Amy Wilcox-Burns | | -25.99 | -5,004.68 |
| Bill Pmt -Check | 06/16/2023 | | All Copy Products | | -900.42 | -5,905.10 |
| Bill Pmt -Check | 07/31/2023 | DM | United HealthCare | | -3,106.23 | -9,011.33 |
| Bill Pmt -Check | 10/20/2023 | 7305 | U.S. Trustees | | -250.00 | -9,261.33 |
| Bill Pmt -Check | 12/22/2023 | 7301 | Unum | | -633.20 | -9,894.53 |
| Bill Pmt -Check | 12/22/2023 | 7300 | Assurity Life Insuran... | | -278.18 | -10,172.71 |
| Bill Pmt -Check | 12/22/2023 | 7302 | Unum (Life & AD&D) | | -2.48 | -10,175.19 |
| Liability Check | 12/28/2023 | DM | Empower Retirement | | -369.35 | -10,544.54 |
| Bill Pmt -Check | 12/29/2023 | DM | United HealthCare | | -3,106.23 | -13,650.77 |

**Dimensions**

10:19 AM

01/22/24

## Reconciliation Detail
### 1030 · Checking American National, Period Ending 12/31/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Bill Pmt -Check | 12/29/2023 | DM | Principal Life Insura... | | -170.51 | -13,821.28 |
| Bill Pmt -Check | 12/29/2023 | 7299 | City of Gretna | | -100.00 | -13,921.28 |
| **Total Checks and Payments** | | | | | -13,921.28 | -13,921.28 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 12/31/2023 | | | | 4,500.00 | 4,500.00 |
| Deposit | 12/31/2023 | | | | 7,726.88 | 12,226.88 |
| **Total Deposits and Credits** | | | | | 12,226.88 | 12,226.88 |
| **Total Uncleared Transactions** | | | | | -1,694.40 | -1,694.40 |
| Register Balance as of 12/31/2023 | | | | | -2,091.31 | 7,414.69 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 16 items** | | | | | | |
| Bill Pmt -Check | 01/02/2024 | | WB Real Estate of ... | | -6,527.76 | -6,527.76 |
| Bill Pmt -Check | 01/02/2024 | | All Copy Products | | -1,803.21 | -8,330.97 |
| Bill Pmt -Check | 01/03/2024 | 7303 | Jean Wilcox | | -129.81 | -8,460.78 |
| Bill Pmt -Check | 01/03/2024 | 7304 | City of Gretna | | -33.54 | -8,494.32 |
| Transfer | 01/04/2024 | | | | -798.00 | -9,292.32 |
| Bill Pmt -Check | 01/04/2024 | 7306 | U.S. Trustees | | -29.23 | -9,321.55 |
| Check | 01/05/2024 | 7307 | Amy Wilcox-Burns | | -2,833.33 | -12,154.88 |
| Check | 01/05/2024 | 7308 | Ryan Burns | | -2,333.33 | -14,488.21 |
| Bill Pmt -Check | 01/11/2024 | DM | Pitney Bowes Global... | | -258.00 | -14,746.21 |
| Bill Pmt -Check | 01/16/2024 | DM | OPPD | | -372.84 | -15,119.05 |
| Bill Pmt -Check | 01/16/2024 | DM | Papillion Sanitation | | -54.91 | -15,173.96 |
| Bill Pmt -Check | 01/17/2024 | 7309 | Amy Wilcox-Burns | | -78.79 | -15,252.75 |
| Bill Pmt -Check | 01/18/2024 | DM | T-Mobile | | -565.89 | -15,818.64 |
| Bill Pmt -Check | 01/18/2024 | DM | Black Hills Energy | | -146.48 | -15,965.12 |
| Bill Pmt -Check | 01/18/2024 | DM | Culligan of Omaha | | -63.84 | -16,028.96 |
| Transfer | 01/19/2024 | | | | -1,268.00 | -17,296.96 |
| **Total Checks and Payments** | | | | | -17,296.96 | -17,296.96 |
| **Total New Transactions** | | | | | -17,296.96 | -17,296.96 |
| **Ending Balance** | | | | | -19,388.27 | -9,882.27 |



**AMERICAN NATIONAL BANK**

PO Box 2139
Omaha, NE 68103-2139

**RETURN SERVICE REQUESTED**

DIMENSIONS IN SENIOR LIVING
PAYROLL ACCOUNT
122 N MC KENNA AVE
GRETNA NE 68028 - 8079

**December 2023**

*Reporting Activity*                                    *Page 1 of 3*
*December 01 2023 - December 29 2023*

### SUMMARY OF ACCOUNTS

| ACCOUNT TYPE | ACCOUNT NUMBER | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|---|
| Business Value | XXXXXX2703 | $1,091.79 | $1,467.46 |

## Business Value XXXXXX2703

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/01/23 | Beginning Balance | $1,091.79 |
| | Deposits (2) | $1,853.00 |
| | Withdrawals (2) | $1,477.33 |
| 12/31/23 | Ending Balance | $1,467.46 |

### Interest Summary

| Description | Amount |
|---|---|
| Average Ledger | $1,314.98 |
| Average Collected | $1,314.98 |
| Service Charge | $0.00 |
| Interest Paid | $0.00 |
| APY Earned | 0.00% |
| Interest Paid YTD | $0.00 |

### TRANSACTION ACTIVITY FOR Business Value XXXXXX2703

**DEPOSITS AND CREDITS**

| Date | Description | Amount |
|---|---|---|
| 12/06 | Online Xfer From/To: 3102711-D/3102703-D | $912.00 |
| 12/21 | Online Xfer From/To: 3102711-D/3102703-D | $941.00 |

**WITHDRAWALS**

| Date | Description | Debits |
|---|---|---|
| 12/06 | QUICKBOOKS INTUIT PAYROLL S 760771058 | $-726.23 |
| 12/21 | QUICKBOOKS INTUIT PAYROLL S 760771058 | $-751.10 |



EQUAL HOUSING
LENDER

# Treasury Management

## Solutions Tailored to Fit Your Needs

Whether you are a small business owner, non-profit, or large corporation, our products and services are designed to meet your organization's unique needs.

## PAYABLES

**Business Bill Pay**
Pay vendors without writing checks

**Automated Clearing House (ACH)**
Low-cost, secure way to make and receive payments

**Business Credit Cards**
Save time and money with a single card for expenses

**Wire Transfers**
Transfer funds quickly and safely

## FRAUD PROTECTION

**Positive Pay**
Protection against check fraud

## RECEIVABLES

**Remote Deposit Capture**
Deposit checks 24/7 from the convenience of your office

**Merchant Services**
A holistic approach to accepting card payments

## INFORMATION REPORTING & LIQUIDITY MANAGEMENT

**Business Online Banking**
Comprehensive information reporting right at your fingertips

**Sweep/Zero Balance Accounts (ZBA)**
Maximize use of funds and increase funds control

December 2023

*Reporting Activity*
*December 01 2023 - December 29 2023*

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## DAILY BALANCES

| Date | Account | Balance | Date | Account | Balance | Date | Account | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/01 | XXXXXX2703 | $1,091.79 | 12/06 | XXXXXX2703 | $1,277.56 | 12/21 | XXXXXX2703 | $1,467.46 |

10:20 AM
01/22/24

## Dimensions
## Reconciliation Summary
### 1035 · Payroll American National, Period Ending 12/31/2023

|  | Dec 31, 23 |
|---|---|
| **Beginning Balance** | 1,091.79 |
| **Cleared Transactions** |  |
| Checks and Payments - 2 items | -1,477.33 |
| Deposits and Credits - 6 items | 1,853.00 |
| **Total Cleared Transactions** | 375.67 |
| **Cleared Balance** | 1,467.46 |
| **Register Balance as of 12/31/2023** | 1,467.46 |
| **New Transactions** |  |
| Checks and Payments - 2 items | -1,633.49 |
| Deposits and Credits - 6 items | 2,066.00 |
| **Total New Transactions** | 432.51 |
| **Ending Balance** | 1,899.97 |

**10:20 AM**

**01/22/24**

## Dimensions

## Reconciliation Detail

### 1035 · Payroll American National, Period Ending 12/31/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 1,091.79 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Liability Check | 12/06/2023 | | QuickBooks Payroll ... | X | -726.23 | -726.23 |
| Liability Check | 12/21/2023 | | QuickBooks Payroll ... | X | -751.10 | -1,477.33 |
| Total Checks and Payments | | | | | -1,477.33 | -1,477.33 |
| **Deposits and Credits - 6 items** | | | | | | |
| Transfer | 12/06/2023 | | | X | 912.00 | 912.00 |
| Paycheck | 12/07/2023 | DD1627 | Wilcox, Karryn D | X | 0.00 | 912.00 |
| Paycheck | 12/07/2023 | DD1626 | Hasting, Amy J | X | 0.00 | 912.00 |
| Transfer | 12/21/2023 | | | X | 941.00 | 1,853.00 |
| Paycheck | 12/22/2023 | DD1628 | Hasting, Amy J | X | 0.00 | 1,853.00 |
| Paycheck | 12/22/2023 | DD1629 | Wilcox, Karryn D | X | 0.00 | 1,853.00 |
| Total Deposits and Credits | | | | | 1,853.00 | 1,853.00 |
| Total Cleared Transactions | | | | | 375.67 | 375.67 |
| **Cleared Balance** | | | | | 375.67 | 1,467.46 |
| Register Balance as of 12/31/2023 | | | | | 375.67 | 1,467.46 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Liability Check | 01/04/2024 | | QuickBooks Payroll ... | | -634.97 | -634.97 |
| Liability Check | 01/19/2024 | | QuickBooks Payroll ... | | -998.52 | -1,633.49 |
| Total Checks and Payments | | | | | -1,633.49 | -1,633.49 |
| **Deposits and Credits - 6 items** | | | | | | |
| Transfer | 01/04/2024 | | | | 798.00 | 798.00 |
| Paycheck | 01/05/2024 | DD1631 | Wilcox, Karryn D | | 0.00 | 798.00 |
| Paycheck | 01/05/2024 | DD1630 | Hasting, Amy J | | 0.00 | 798.00 |
| Transfer | 01/19/2024 | | | | 1,268.00 | 2,066.00 |
| Paycheck | 01/22/2024 | DD1632 | Hasting, Amy J | | 0.00 | 2,066.00 |
| Paycheck | 01/22/2024 | DD1633 | Wilcox, Karryn D | | 0.00 | 2,066.00 |
| Total Deposits and Credits | | | | | 2,066.00 | 2,066.00 |
| Total New Transactions | | | | | 432.51 | 432.51 |
| **Ending Balance** | | | | | 808.18 | 1,899.97 |